UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **LETICIA SHELDON** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-150 |
| | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Court's Order Setting Conference, Defendant Aetna Life Insurance Company, as Administrator for The Prudential Insurance Company of America, files the following Disclosure of Interested Parties:

I.

The undersigned counsel of record states to the best of his knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Aetna Life Insurance Company
2. The Prudential Insurance Company of America
3. Leticia Sheldon

II.

The undersigned counsel of record further certifies that the following is a full and complete list of all persons and firms serving as attorneys for the parties in this proceeding at this time:

HOU:2206466.1

1. John B. Shely
2. Dimitri Zgourides
3. Andrews & Kurth L.L.P.
4. Norton A. Colvin, Jr.
5. Marjory Nell Colvin Batsell
6. Rodriguez, Colvin & Chaney, L.L.P.
7. Guillermo Vega, Jr.

Submitted this 5th day of September, 2003.

HOU:2206466.1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | By: /s/ John B. Shely by permission JBKShula |
|  | JOHN B. SHELY |
|  | Attorney-in-Charge |
| OF COUNSEL: | State Bar No. 18215300 |
|  | S.D.O.T. No. 7544 |
| ANDREWS & KURTH L.L.P. | DIMITRI ZGOURIDES |
| and | State Bar No. 00785309 |
| RODRIGUEZ, COLVIN & CHANEY, L.L.P. | S.D.O.T. No. 16513 |
|  | 600 Travis Street, Suite 4200 |
|  | Houston, Texas 77002 |
|  | Telephone: (713) 220-4105 |
|  | Facsimile: (713) 220-4285 |
|  |  |
|  | NORTON A. COLVIN, JR. |
|  | State Bar No. 04632100 |
|  | S.D.O.T. No. 3983 |
|  | MARJORY NELL COLVIN BATSELL |
|  | State Bar No. 04631400 |
|  | S.D.O.T No. 1941 |
|  | 1201 East Van Buren Street |
|  | Brownsville, Texas 78520 |
|  | Telephone: (956) 542-7441 |
|  | Facsimile: (956) 541-2170 |
|  |  |
|  | ATTORNEYS FOR DEFENDANT |
|  | AETNA LIFE INSURANCE COMPANY |
|  | AS ADMINISTRATOR FOR THE |
|  | PRUDENTIAL LIFE INSURANCE |
|  | COMPANY OF AMERICA |

HOU:2206466.1

-4-

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by U.S. mail, certified, return receipt requested, on September 5, 2003 to:

Guillermo Vega, Jr.
302 Kings Highway, Suite 105
Brownsville, Texas 78521

_____
John B. Shely  by permission
(MKStrahan)