UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LETICIA SHELDON §<br>Plaintiff §<br>§<br>§<br>VS. §<br>§<br>PRUDENTIAL INSURANCE §<br>COMPANY OF AMERICA §<br>Defendant § | CIVIL ACTION NO. <u>B-03-150</u> |

### PLAINTIFF'S NOTICE OF RESPONSE TO DEFENDANT'S NOTICE OF REMOVAL OF STATE COURT ACTION

TO: Defendant, Prudential Insurance Company of America and Brownsville Independent School District, by and through its attorney of record, Norton A. Colvin, 1201 East Van Buren Street, Brownsville, Texas 78520.

You are hereby notified that on the 12th day of September, 2003, a Plaintiff's Response to Defendant's Notice of Removal of Civil Action, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Southern District of Texas, Brownsville Division. The Plaintiff's Response to Defendant's Notice of Removal was filed in reference to cause number 2003-07-3828-A, styled Leticia Sheldon v. Prudential Insurance Company of America and Brownsville Independent School District, pending in the 107th Judicial District Court of Cameron County, Texas.

Respectfully submitted,

By: *[signature]*
Guillermo Vega, Jr.
Texas Bar No. 20533700
302 Kings Highway, Suite 105
Brownsville, Texas 78521
Tel. (956)546-5573
Fax. (956)542-1977
Fed. I.D #1946
Attorney for Plaintiff
LETICIA SHELDON

## CERTIFICATE OF SERVICE

I certify that on this the 12th day of September, 2003, a true and correct copy of Plaintiff's Response to Defendant's Notice of Removal was served by certified mail, return receipt requested on:

> Norton A. Colvin
> Attorney at Law
> 1201 East Van Buren Street
> Brownsville, Texas 78520

*[signature]*
Guillermo Vega, Jr.