UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LETICIA SHELDON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>B-03-150</u> |
| | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA AND | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| Defendants | § | |

## <u>PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO REMAND</u>

Plaintiff files this motion to remand under 28 U.S.C. § 1447(c).

### A. <u>Statement of Facts</u>

1. Leticia Sheldon is Plaintiff. Prudential Insurance Company of America and Brownsville Independent School District are defendants.

2. On July 28, 2003, Plaintiff sued defendant for unfair deceptive acts in the business of insurance pursuant to Article 21.21 of the Texas Insurance Code.

3. Defendant was served with notice of the suit on or about July 30, 2003.

4. Defendant filed its notice of removal on August 28, 2003.

### B. <u>Argument</u>

5. The court may remand a case on the basis of any defect identified in a motion for remand made within 30 days after the filing of the notice of removal under 28 U.S. C. § 1446(a). 28 U.S.C. § 1447(c).

6. The court should remand this case to state court because:

   a. The amount in controversy is less than $75,000.00, exclusive of interest cost, and attorney fees. The amount in controversy is only $16,688.22. Defendant Prudential Insurance Company of America gave its Notice of Removal of Civil Action pursuant to U.S.C. §1332. This statute does not apply to this case since the amount of controversy is less than $75,000.00.

   b. The parties are not diverse. This matter may not be removed to this Court because it doesn't involve a controversy between citizens of different

       States. Leticia Sheldon who is plaintiff is a resident of Cameron County, Texas and Brownsville Independent School District who is Co-Defendant is a resident of Cameron County, Texas. Prudential Insurance Company of America conducts activities in the state of Texas, therefore diversity of citizenship does not exist on this case.

c.      The parties which are defendants, Brownsville Independent School District and Prudential Insurance Company of America have been properly joined as Defendants and cannot remove this cause of action to Federal Court since diversity does not exist among the parties.

d.      The Plaintiff is entitled to have this cause of action remanded to State Court pursuant to 28 U.S. C § 1447 (c) and 28 U.S.C. § 1447 (d).

### C. Conclusion

Plaintiff asks the Court to grant the motion to remand, remand this suit to the State Court in which it was originally filed, and award Plaintiff its court costs, expenses, and attorney fees.

                                 Respectfully Submitted,

                                 By Guillermo Vega, Jr.
                                 Texas Bar No. 20533700
                                 302 Kings Highway, Suite 105
                                 Brownsville, Texas 78521
                                 Tel. (956)546-5573
                                 Fax. (956)542-1977
                                 Fed. I.D. #1946
                                 Attorney for Plaintiff
                                 LETICIA SHELDON

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by certified mail, return receipt requested, on September _12_, 2003 to:

Norton A. Colvin
Attorney at Law
1201 East Van Buren Street
Brownsville, Texas 78520

Guillermo Vega, Jr.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LETICIA SHELDON<br>Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. <u>B-03-150</u> |
| PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA AND<br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT<br>Defendants | § § § § § | |

## ORDER ON PLAINTIFF'S MOTION TO REMAND

On the _____ day of _____, 2003, the Court considered Plaintiff, Leticia Sheldon's Motion to Remand. After considering the Motion, the response, and all documents filed of record, the Court:

FINDS that Cameron County Court has venue over this cause of action

REMANDS this case to the 107th Judicial District of Cameron County Texas.

ORDER that Defendants, Prudential Insurance Company of America and Brownsville Independent School District, pay Plaintiff's court costs, expenses, and attorney fees in the amount of $ _____.

SIGNED On _____, 2003.

_____
U.S. DISTRICT JUDGE