UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LETICIA SHELDON<br>Plaintiff | § § § § | |
| VS. | § | CIVIL ACTION NO. <u>B-03-150</u> |
| | § | |
| PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA AND<br>BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT<br>Defendant | § § § § § | |

## PLAINTIFF'S FIRST AMENDED NOTICE OF RESPONSE TO DEFENDANT PRUDENTIAL INSURANCE COMPANY OF MAERICA'S NOTICE OF REMOVAL OF STATE COURT ACTION

TO: Defendant, Prudential Insurance Company of America and Brownsville Independent School District, by and through its attorney of record, Norton A. Colvin, 1201 East Van Buren Street, Brownsville, Texas 78520.

You are hereby notified that on the 18th day of September, 2003, a Plaintiff's Response to Defendant Prudential Insurance Company of America's Notice of Removal of Civil Action, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Southern District of Texas, Brownsville Division. The Plaintiff's Response to Defendant Prudential Insurance Company of America's Notice of Removal was filed in reference to cause number 2003-07-3828-A, styled Leticia Sheldon v. Prudential Insurance Company of America and Brownsville Independent School District, pending in the 107th Judicial District Court of Cameron County, Texas.

Respectfully submitted,

By: *[signature]*

Guillermo Vega, Jr.
Texas Bar No. 20533700
SDOT No. 1946
302 Kings Highway, Suite 105
Brownsville, Texas 78521
Tel. (956)546-5573
Fax. (956)542-1977

Attorney for Plaintiff
LETICIA SHELDON

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by certified mail, return receipt requested, on September 18th, 2003 to:

1) Norton A. Colvin
   Attorney at Law
   1201 East Van Buren Street
   Brownsville, Texas 78520

2) Miguel Saldaña
   Attorney at Law
   302 Kings Highway, Suite 109
   Brownsville, Texas 78521

*[signature]*
Guillermo Vega, Jr.