**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **LETICIA SHELDON** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-150** |
| | § | |
| **PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA AND** | § | |
| **BROWNSVILLE INDEPENDENT** | § | |
| **SCHOOL DISTRICT** | § | |
| **Defendants** | § | |

## PLAINTIFF'S FIRST AMENDED MOTION TO REMAND TO STATE COURT

Plaintiff, Leticia Sheldon, moves the Court for an order remanding this cause of

action back to State District Court. There is no diversity among the parties and the

amount in controversy is less than $75,000.00. Thus this Honorable Court has no

jurisdiction over the subject matter in this cause of action under 28 U.S.C. § 1332 (a).

Signed this _18th_ day of September, 2003.

Guillermo Vega, Jr.
Texas Bar No. 20533700
SDOT No. 1946
302 Kings Highway, Suite 105
Brownsville, Texas 78521
Tel. (956)546-5573
Fax. (956)542-1977

Attorney for Plaintiff
LETICIA SHELDON

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by certified mail, return receipt requested, on September _18th_, 2003 to:

1)   Norton A. Colvin
     Attorney at Law
     1201 East Van Buren Street
     Brownsville, Texas 78520

2)   Miguel Saldaña
     Attorney at Law
     302 Kings Highway, Suite 109
     Brownsville, Texas 78521

Guillermo Vega Jr.