UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LETICIA SHELDON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>B-03-150</u> |
| | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA AND | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| Defendants | § | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S FIRST AMENDED MOTION TO REMAND

Plaintiff files this motion to remand under 28 U.S.C. § 1447(c).

### Statement of Facts

1. Leticia Sheldon is Plaintiff. Prudential Insurance Company of America and Brownsville Independent School District are Defendants.

2. On July 28, 2003, Plaintiff sued Defendant Prudential Insurance Company of America for unfair deceptive acts in the business of insurance pursuant to Article 21.21 of the Texas Insurance Code.

3. Defendant Prudential Insurance Company of America was served with notice of the suit on or about July 30, 2003.

4. Defendant Prudential Insurance Company of America filed its notice of removal on August 28, 2003.

5. On September 3, 2003 Plaintiff sued Defendant Brownsville Independent School District for unfair deceptive acts in the business of insurance pursuant to Article 21.21 of Texas Insurance Code.

6. Defendant Brownsville Independent School District, was served with notice of the suit on or about September 4, 2003.

Argument

7. The court may remand a case on the basis of any defect identified in a motion for remand made within 30 days after the filing of the notice of removal under 28 U.S.C. § 1446(a). 28 U.S.C. § 1447(c).

8. The court should remand this case to state court because:

    a. The amount in controversy is less than $75,000.00, exclusive of interest cost, and attorney fees. The amount in controversy is only $16,688.22. Defendant Prudential Insurance Company of America gave its Notice of Removal of Civil Action pursuant to U.S.C. §1332. This statute does not apply to this case since the amount of controversy is less than $75,000.00.

    b. The parties are not diverse. This matter may not be removed to this Court because it doesn't involve a controversy between citizens of different States. Leticia Sheldon who is plaintiff is a resident of Cameron County, Texas and Brownsville Independent School District who is Co-Defendant is a resident of Cameron County, Texas. Prudential Insurance Company of America conducts activities in the State of Texas, therefore diversity of citizenship does not exist in this case.

    c. The parties which are defendants, Brownsville Independent School District and Prudential Insurance Company of America have been properly joined as Defendants and cannot remove this cause of action to Federal Court since diversity does not exist among the parties.

    d. The Plaintiff is entitled to have this cause of action remanded to State Court pursuant to 28 U.S.C § 1447 (c) and 28 U.S.C. § 1447 (d).

Conclusion

Plaintiff asks the Court to grant the motion to remand and to remand this suit to the State Court in which it was originally filed, and award Plaintiff its court costs, expenses, and attorney fees.

Respectfully Submitted,

*[signature]*

By Guillermo Vega, Jr.
Texas Bar No. 20533700
SDOT No. 1946
302 Kings Highway, Suite 105
Brownsville, Texas 78521
Tel. (956)546-5573
Fax. (956)542-1977

Attorney for Plaintiff
LETICIA SHELDON

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by certified mail, return receipt requested, on September 18th, 2003 to:

1) Norton A. Colvin
   Attorney at Law
   1201 East Van Buren Street
   Brownsville, Texas 78520

2) Miguel Saldaña
   Attorney at Law
   302 Kings Highway, Suite 109
   Brownsville, Texas 78521

*[signature]*
Guillermo Vega, Jr.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LETICIA SHELDON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. <u>B-03-150</u> |
| | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA AND | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| Defendants | § | |

### ORDER ON PLAINTIFF'S FIRST AMENDED MOTION TO REMAND

On the _____ day of _____, 2003, the Court considered Plaintiff, Leticia Sheldon's First Amended Motion to Remand. After considering the Motion, the response, and all documents filed of record, the Court:

FINDS that Cameron County Court has venue over this cause of action

REMANDS this case to the 107th Judicial District of Cameron County Texas.

ORDER that Defendants, Prudential Insurance Company of America and Brownsville Independent School District, pay Plaintiff's court costs, expenses, and attorney fees in the amount of $ _____.

SIGNED On _____, 2003.

_____
U.S. DISTRICT JUDGE