

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LETICIA SHELDON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-150 |
| | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S RESPONSE AND BRIEF IN OPPOSITION**
**TO PLAINTIFF'S MOTION TO REMAND**

Defendant Aetna Life Insurance Company, as Administrator for The Prudential Insurance Company of America ("Aetna" or "Defendant"), files this Response and Brief in Opposition to the Motion to Remand filed by Plaintiff Leticia Sheldon ("Plaintiff") on September 12, 2003, and the First Amended Motion to Remand filed by Plaintiff on September 18, 2003. In support, Aetna respectfully shows the Court as follows:

## I. INTRODUCTION

Aetna properly removed this case to federal court because it involves a controversy wholly between citizens of different states, and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. In her Motion to Remand, Plaintiff argues that this Court does not have diversity jurisdiction because it involves a non-diverse party and the amount in controversy does not exceed $75,000.00. As shown more fully below, such arguments are belied by the jurisdictional facts of this case.

## II. SUMMARY OF ARGUMENT

Having sued only a foreign corporation that is completely diverse from Plaintiff, Plaintiff attempted to join an additional non-diverse party, Brownsville Independent School District ("BISD"), by filing an amended petition in state court *after* this case was removed and the state court lost jurisdiction. In any event, there is no possibility that Plaintiff can recover against BISD, a school district, on her claims in this lawsuit, which arise out of the allegedly improper denial of a *medical insurance claim* under a policy of insurance issued by The Prudential Insurance Company of America ("PICA"). Therefore, under controlling authority, Plaintiff cannot "join" BISD to defeat complete diversity between the parties in interest in this case, even if she did attempt to properly join BISD. Thus, the "amended petition" Plaintiff touts in her Motion to Remand is a nullity, and such shenanigans cannot defeat this Court's jurisdiction.

Additionally, in her Motion to Remand, Plaintiff claims that this case only involves $16,688.22 in policy benefits. Such an assertion simply ignores her plea in her Complaint of $16,688.22 in actual damages, *plus additional damages for mental anguish, distress, exemplary damages, and statutory penalties that include both treble damages and attorneys' fees*. Moreover, although Plaintiff's counsel has been presented with a stipulation of damages from Defendant's counsel that she is not seeking more than $75,000.00 in this case, she has not signed such stipulation as of the date of filing this response. Thus, Plaintiff's ineffectual attempt to avoid federal jurisdiction in her remand briefing by stating that she is only seeking actual damages in the amount of $16,688.22, utterly fails.

Accordingly, Plaintiff's assertions in her Motion to Remand are simply incorrect, and her Motion should be denied.

### III. THE PROCEEDINGS

Plaintiff filed her Original Petition ("Original Complaint") against PICA, a New Jersey corporation, in state court on July 28, 2003,[1] asserting claims for violations of the Texas Insurance Code, bad faith and breach of contract arising out of the denial of a claim for medical benefits under a policy of insurance issued by PICA.   Aetna Life Insurance Company, a Connecticut corporation, answered as Administrator for PICA on August 22, 2003.   Aetna timely removed the case to this Court based on diversity jurisdiction on August 28, 2003,[2] and on the same date, filed its notice of removal with the clerk for the state court.[3]   Aetna also served written notice of the removal on Plaintiff's counsel on August 28, 2003, which was received on August 29, 2003.[4]   Plaintiff subsequently filed her First Amended Original Petition in state court on September 3, 2003 (hereinafter referred to as "First Amended Complaint"),[5] then filed her Motion to Remand on September 12, 2003.

### IV. LEGAL STANDARD AND ISSUES TO BE RULED UPON

Removal of a state law action to federal court is proper when the complaint falls within the original jurisdiction of the federal district court.[6]   Thus, removal is proper if, as Defendant

---

[1]    *See* Notice of Removal of Civil Action, Exhibit A, Docket Entry # 1.

[2]    *See* Docket Entry # 1.  Aetna Life Insurance Company, a Connecticut corporation, appeared in the state court action as Administrator for PICA and timely removed the lawsuit to this Court based on diversity jurisdiction.  Plaintiff has not challenged Aetna's citizenship in this matter. Removal allegations that are not challenged are taken as true for purposes of determining jurisdiction. *See Wilson v. Republic Iron & Steel Co.*, 257 U.S. 92, 97 (1921).

[3]    A true and correct copy of the Notice of Removal of State Court Action, dated August 28, 2003, is attached as Exhibit 1.

[4]    A true and correct copy of the Return Receipt of the certified mailing sent to Plaintiff, dated August 29, 2003, is attached as Exhibit 2.

[5]    *See* Plaintiff's Notice of Response to Defendant's Notice of Removal of State Court Action, Exhibit B, Docket Entry # 7.

[6]    28 U.S.C. § 1441(a).

contends, there is complete diversity between the parties and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.[7]

Defendant properly removed this case based on diversity jurisdiction. Therefore, the issues to be ruled upon by this Court are as follows:

> (1)    Whether this Court has diversity jurisdiction because this case involves a controversy wholly between citizens of different states; and

> (2)    Whether this Court has diversity jurisdiction because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

## V. ARGUMENTS AND AUTHORITIES

### A.    Plaintiff's Complaint Reveals That Complete Diversity Between The Parties Exists

Jurisdictional facts that support removal must be determined at the time of removal to federal court.[8] In her Original Complaint, Plaintiff, a Texas resident, named PICA, a New Jersey corporation -- for whom Aetna, a Connecticut corporation, appeared -- as the sole defendant in this lawsuit arising out of the alleged denial of insurance benefits. As such, the jurisdictional facts at the time of the removal demonstrate that this controversy is wholly between citizens of different states. Therefore, complete diversity jurisdiction exists and this case was properly removed because "none of the parties in interest *properly joined* and served as defendants is a citizen of the State in which such action is brought."[9]

---

[7]    28 U.S.C. §1332.

[8]    *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995); *Bank One Texas Nat'l Ass'n v. Morrison*, 26 F.3d 544 (5th Cir. 1994).

[9]    28 U.S.C. § 1441(b) (emphasis added).

### 1.    Plaintiff's First Amended Petition Filed In State Court Is A Nullity

Plaintiff's argument that she has joined a non-diverse defendant to this action is simply incorrect.[10]  Contrary to her assertion, BISD is not a party to this lawsuit because Plaintiff only attempted to name BISD as a defendant in state court *after* Aetna had properly removed this case to federal court.

Under controlling authority, it is well-settled that once a copy of a notice of removal is filed with the clerk of the state court in which the action is pending, the state court is divested of jurisdiction.[11]  When such notice occurs, the state court must stop all proceedings "unless and until the case is remanded."[12]  Thus, any state court action after the filing of the removal notice is a nullity.[13]

In this case, the state court received notice of the removal of the lawsuit on August 28, 2003.  Plaintiff attempted to join BISD to this lawsuit by filing her First Amended Complaint in the state court on September 5, 2003 – *5 days after* the state court had received actual notice that the case had been removed to this Court.  By filing her amended pleading subsequent to removal, Plaintiff's First Amended Complaint is a nullity because the state court no longer had jurisdiction

---

[10]    Plaintiff's Memorandum in Support of Motion to Remand, at ¶6(b).

[11]    28 U.S.C. § 1446(d); *Dukes v. South Carolina Ins. Co.*, 770 F.2d 545, 547 (5th Cir. 1985 ) (holding that "the state court retains jurisdiction until the state court receives actual or constructive notice of the removal") (citing *Medrano v. State of Texas*, 580 F.2d 803 (5th Cir. 1978)).

[12]    28 U.S.C. § 1446(d).

[13]    *Farias v. Bexar County Bd. of Trs. for Mental Retardation Servs.*, 925 F.2d 866, 873 (5th Cir. 1991) (holding that "removal ends the power of the state court") (citing *Allman v. Hanley*, 302 F.2d 559, 562 (5th Cir. 1962)); *E.D. Sys. Corp. v. Southwestern Bell Tel. Co.*, 674 F.2d 453, 457 (5th Cir. 1982) (holding same); *Medrano*, 580 F.2d at 804 (holding that 28 U.S.C. §1446 requires that the state stop all state court proceedings once notice of removal is given, and such notice is "sufficient to deprive the state court of jurisdiction, thus *making any further proceedings void.*") (emphasis added).

over the case at that time.[14]  Accordingly, Plaintiff's improper attempt to join BISD does not defeat complete diversity in this action.[15]

### 2.    BISD's Citizenship Should Be Ignored For Purposes Of Determining Diversity Jurisdiction In Any Event

Additionally, and in the alternative, even assuming, *arguendo*, Plaintiff had properly joined BISD as a defendant in this lawsuit, such joinder would still fail to defeat diversity jurisdiction because there is no possibility that Plaintiff could prevail on the merits of her claims against BISD.  Indeed, a plaintiff cannot avoid proper federal court diversity jurisdiction by fraudulently joining a non-diverse defendant when there is no reasonable basis for predicting that the plaintiff can establish such defendant's liability on the pleaded claims in state court.[16]  In analyzing fraudulent joinder, the key inquiry is whether the alleged facts support a plaintiff's substantive claims against the non-diverse defendant.[17]

Here, Plaintiff attempted to amend her Complaint (again, after removal) to add the very same allegations against BISD as against PICA, *i.e.*, that Plaintiff purchased an insurance policy

---

[14]    *Id.*  Moreover, Plaintiff did not amend her pleading within the time provided for amendments under Rule 15.  Aetna answered on August 22, 2003, but she did not file her amended pleading until September 3, 2003.

[15]    *See, e.g., Fox Valley AMC/Jeep, Inc. v. AM Credit Corp.*, 836 F.3d 366, 367 (7th Cir. 1988) (holding that any motion presented by the plaintiff to the state court to add a nondiverse party, made after the defendant had removed the action, "would have come too late since by then the state court had lost jurisdiction"); *Otway v. City of New York*, 818 F. Supp. 659, 660 (S.D.N.Y. 1993) (refusing to recognize any effect of an amended complaint filed in state court after the action had been removed to federal court); *Crummie v. Dayton-Hudson Corp.*, 611 F. Supp. 692, 693 (E.D. Mich. 1985) ("Plaintiff's filing of an amended complaint in state court subsequent to the removal of the cause was of no effect.")

[16]    *See, e.g., Burden v. General Dynamics Corp.*, 60 F.3d 213, 216 (5th Cir. 1995); *Carriere v. Sears, Roebuck and Co.*, 893 F.2d 98, 100 (5th Cir. 1990).

[17]    *See B., Inc. v. Miller Brewing Co.*, 663 F.2d 545, 549-550 (5th Cir. 1981); *see also Green v. Amerada Hess Corp.*, 707 F.2d 201, 204 (5th Cir. 1983).

from BISD and PICA, and that BISD and PICA improperly denied her claim.[18]  Contrary to

Plaintiff's allegation in her purported First Amended Complaint, Plaintiff did **not** purchase an

insurance policy from BISD, which is obviously a school district and not engaged in the business

of insurance.  In fact, the insurance contract on which Plaintiff sues is group health insurance

policy issued *by PICA to BISD* for the benefit of its employees (the "Group Contract"),[19] and

Plaintiff's claims arise out of the alleged failure to pay benefits under the terms of this Group

Contract.[20]

Because PICA -- not BISD -- agreed to pay covered claims for medical benefits under the

Group Contract,[21] BISD is not a party that can be held liable on Plaintiff's pleaded causes of

action.[22]  For example, Plaintiff cannot maintain a breach of contract claim against BISD for

failure "to pay policy benefits for a covered loss," as alleged by Plaintiff, because BISD did not

agree to pay for covered benefits.  Additionally, BISD is not engaged in the business of

insurance, so Plaintiff cannot maintain claims against it under Article 21.21 of the Texas

---

[18]    *See* Plaintiff's First Amended Complaint, Exhibit B to Plaintiff's Notice of Response to
Defendant's Notice of Removal of State Court Action, Docket entry #4.

[19]    *See* Group Insurance Contract between The Prudential Insurance Company of America and
Brownsville Independent School District ("Group Contract"), at p. 1.  A true and correct copy the
Group Contract is attached as Exhibit 3A.

[20]    *See* Plaintiff's Complaint, Docket entry #1.

[21]    *See* Exhibit 3A, p. 71 (claim rules); *see also* Exhibit 3A, p. 1 (stating that PICA "will provide or
pay the benefits described in the Group Insurance Certificate" issued by PICA pursuant to the
Group Contract).

[22]    *See id.* at ¶1 (stating "Prudential will provide or pay benefits described in the Group Insurance
Certificate(s) listed in the Schedule of Plans in the Group Contract"); *see also* Coverage Booklet,
issued pursuant to the Group Insurance Contract, at p. 71 (describing claims processing rules
under the Group Contract).  A true and correct copy of the Group Contract is attached as Exhibit
3B.

Insurance Code.[23]   Similarly, Plaintiff cannot maintain a claim against BISD for breach of the duty of good faith and fair dealing because BISD is not the insurer under the facts of this case.[24] In sum, Plaintiff only asserts conclusory allegations against BISD that would not support a cause of action against it anyway.

Thus, there is no possibility under state law that the Plaintiff will recover against BISD, the mere policyholder.  Accordingly, BISD's citizenship is ignored for purposes of determining diversity jurisdiction.[25]

---

[23]   *See Dagley v. Haag Engineering Co.*, 18 S.W.3d 787, 792 (Tex.App.—Houston [14th Dist.] 2000, no pet.) (concluding that an engineering firm hired by the insurance company in connection with the evaluation of a claim could not be held liable under Article 21.21 of the Texas Insurance Code because it was not engaged in the business of insurance).

[24]   *See, e.g., id.* at 790 ("The duty of good faith and fair dealing emanates from the special relationship between an ***insurer*** and its ***insured***.") (emphasis added).

[25]   *Rodriguez v. Sabatino*, 120 F.3d 589, 591 (5th Cir. 1997) (noting that federal diversity jurisdiction is not defeated if the plaintiff fraudulently joins individual defendants in order to defeat diversity); *Cavallini v. State Farm Mut. Auto Ins. Co.*, 44 F.3d 256, 260 n.8 (5th Cir. 1995) (denying remand because plaintiffs' joinder of a non-diverse defendant after removal was fraudulent and was done solely to defeat diversity.)

- 8 -

**B.    The Amount in Controversy Exceeds $75,000.00**

Removal to federal court is proper when the defendant demonstrates by a preponderance of the evidence that the amount in controversy exceed $75,000.00, exclusive of interest or cost.[26] A defendant meets this burden when either (i) it is "facially apparent" from the plaintiff's complaint that the claimed damages are likely above the jurisdictional amount, or (ii) the defendant can set forth facts in controversy that support a finding of the requisite amount.[27] Under binding Fifth Circuit authority, the amount in controversy for determining federal jurisdiction includes not only the plaintiff's actual damages, but also encompasses unliquidated damages including, but not limited to, statutory damages, punitive damages, and attorneys' fees.[28]

Based on the Plaintiff's pleading in this case, the amount in controversy is clearly over the jurisdictional minimum of this Court.  For example, in addition to seeking actual damages in the amount of $16,688.22, Plaintiff also pleads for statutory penalties under the Texas Insurance Code – including treble damages and attorneys' fees – as well as damages for mental anguish, distress, and exemplary damages.  By seeking both treble damages and exemplary damages alone, Plaintiff's potential award in this lawsuit could easily increase to a figure that far exceeds $75,000.00, assuming such damages are awarded.  Indeed, numerous examples of jury verdicts

---

[26]    28 U.S.C. §1332.

[27]    *Allen*, 63 F.3d at 1335; *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882-83 (5th Cir. 2000); *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999) (citing *Allen*, 63 F.3d at 1335).

[28]    *Foret v. Southern Farm Bureau Life Ins. Co.*, 918 F.2d 534, 536 (5th Cir. 1990) ("[A]ttorney's fees may be included in determining the jurisdictional amount."); *U.S. Fire Ins. Co. v. Villegas*, 242 F.3d 279, 284 (5th Cir. 2001) (recognizing that federal court can consider potential exemplary damages in determining amount in controversy); *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 n.7 (5th Cir. 1998) ("Punitive damages can be included to reach the amount in controversy requirement if, under the governing law of the suit, they are recoverable."); *Lewis v. State Farm Lloyds*, 205 F. Supp. 2d 706, 708 (S.D. Tex. 2002) (considering, *inter alia*, damages arising from mental anguish, treble damages, statutory damages under the Texas Insurance Code, exemplary damages, and attorneys' fees for determining amount in controversy).

in similar lawsuits under the Texas Insurance Code exceeding this amount are reported by Westlaw.com as having been handed down in this region.[29]

Significantly, Defendant's counsel presented Plaintiff's counsel with a stipulation that she is not seeking damages in the amount of $75,000.00 or more, but Plaintiff has not signed the stipulation.[30] In similar instances, courts have declined to remand the case.[31] Accordingly, Aetna has otherwise satisfactorily proved that this dispute is within jurisdiction of this Court.[32]

## VI. Conclusion and Prayer

In sum, this civil action involves a controversy wholly between citizens of different states, and Plaintiff has pled damages that exceed $75,000.00. Accordingly, this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332, and this lawsuit is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b) and controlling case law. Plaintiff's attempt to challenge this Court's jurisdiction because the parties are not wholly

---

[29]   *See, e.g., Rakkar v. The St. Paul Ins. Co.*, 6 NAT'L JURY VERDICT REV. & ANALYSIS 11 at 28, *available at* 2002 WL 430447 ($117,000 jury verdict); *Ballard v. Fire Ins. Exch.*, 17 NAT'L JURY VERDICT REV. & ANALYSIS 9 at C1, *available at* 2001 WL 34046460 ($32,000,000 jury verdict).

[30]   *See* Exhibit 4.

[31]   *See, e.g., Callaway v. BASF Corp.*, 810 F. Supp. 191, 193 (S.D. Tex. 1993) (case not remanded on ground that amount in controversy did not meet jurisdictional amount considering plaintiff expressly declined to stipulate to damages less than jurisdictional amount and sought both actual and punitive damages); *Johnson v. Dillard Dept. Stores, Inc.*, 836 F. Supp. 390, 395 (N.D. Tex. 1993) (case not remanded where plaintiff failed to submit a sworn, unrebutted affidavit indicating that the requisite amount in controversy is not present, refused to stipulate that her damages did not exceed the jurisdictional amount, and refused to waive any damages in excess of that amount).

[32]   *Gebbia*, 233 F.3d at 883 (it was "facially apparent" that petition in slip-and-fall case satisfied amount in controversy requirement); *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1255 (5th Cir. 1998) (claim involving statutory penalties under the insurance code satisfied amount in controversy requirement); *Allen*, 63 F.3d at 1336 ("A court, in applying only common sense, would find that if the plaintiffs were successful in their punitive damages claim, they would collect more than [the jurisdictional amount]"); *Marcel v. Pool Co.*, 5 F.3d 81, 84 (5th Cir. 1993) (facially apparent that tort claim with punitive damages arising from automobile accident satisfied amount in controversy).

WHEREFORE, PREMISES CONSIDERED, Aetna Life Insurance Company, as Administrator for The Prudential Insurance Company of America, respectfully requests that the Court deny Plaintiff's Motion to Remand in its entirety and grant Aetna such other and further relief to which it shall show itself entitled.

Respectfully submitted,


By: _John B Shely_

JOHN B. SHELY   *w/ permission*
Attorney-in-Charge   *MC Batsell*
State Bar No. 18215300   *State Bar 04631400*
S.D.O.T. No. 7544   *SDOT 3983*
DIMITRI ZGOURIDES
State Bar No. 00785309
S.D.O.T. No. 16513
600 Travis Street, Suite 4200
Houston, Texas  77002
Telephone:  (713) 220-4105
Facsimile:  (713) 220-4285

NORTON A. COLVIN, JR.
State Bar No. 04632100
S.D.O.T. No. 1941
MARJORY COLVIN BATSELL
State Bar No. 04631400
S.D.O.T No. 3983
1201 East Van Buren Street
Brownsville, Texas  78520
Telephone:  (956) 542-7441
Facsimile:  (956) 541-2170

ATTORNEYS FOR DEFENDANT
AETNA LIFE INSURANCE COMPANY
AS ADMINISTRATOR FOR THE
PRUDENTIAL LIFE INSURANCE
COMPANY OF AMERICA

OF COUNSEL:

ANDREWS KURTH LLP
and
RODRIGUEZ, COLVIN & CHANEY, L.L.P.

- 11 -

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by U.S. mail, certified, return receipt requested, on October 2, 2003 to:

Guillermo Vega, Jr.
302 Kings Highway, Suite 105
Brownsville, Texas 78521

Marjory Colvin Batsell



UNITED STATES POSTAL SERVICE

MCALLEN TX 785
PM
SEP

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
POST OFFICE BOX 2155
BROWNSVILLE, TEXAS 78522-2155

Prudential / Sheldon  #19369  MCB

8522/2155



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Guillermo Vega, Jr.
302 Kings Highway suite 100
Brownsville, TX 78521

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 8-28-03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   2002 0030 0007 1997 8268

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

No. 2003-07-3828-A

| | | |
|---|---|---|
| **LETICIA SHELDON** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **OF CAMERON COUNTY TEXAS** |
| | § | |
| **PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA** | § | |
| | § | |
| **Defendant.** | § | **107TH JUDICIAL DISTRICT** |



FILED ___ 2:15___ O'CLOCK ___
AURORA DE LA GARZA DIST CLERK
AUG 2 8 2003
DISTRICT ___ CAMERON COUNTY TEXAS
DEPUTY

## NOTICE OF REMOVAL OF STATE COURT ACTION

TO:    Plaintiff Leticia Sheldon, by and through her attorney of record, Guillermo Vega, Jr., 302 Kings Highway, Suite 105, Brownsville, Texas 78521.

You are hereby notified that on the *28th* day of August, 2003, a Notice of Removal of Civil Action, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Southern District of Texas, Brownsville Division. The Notice of Removal was filed in reference to cause number 2003-07-3828-A, styled *Leticia Sheldon v. Prudential Insurance Company of America*, then pending in the 107th Judicial District Court of Cameron County, Texas.

HOU:2199902.1

Respectfully submitted,

_John B. Shely_    _uy permission_
_MCfsstael_

JOHN B. SHELY
Attorney-in-Charge
State Bar No. 00785309
ANDREWS & KURTH L.L.P.
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4105
Facsimile: (713) 220-4285

NORTON A. COLVIN, JR.
State Bar No. 04632100
MARJORY NELL COLVIN BATSELL
State Bar No. 04631400
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

ATTORNEYS FOR DEFENDANT
AETNA LIFE INSURANCE COMPANY
AS ADMINISTRATOR FOR THE
PRUDENTIAL LIFE INSURANCE
COMPANY OF AMERICA

## CERTIFICATE OF SERVICE

A copy of this document has been forwarded by U.S. mail, certified, return receipt requested, on August 25 , 2003 to:

Guillermo Vega, Jr.
302 Kings Highway, Suite 105
Brownsville, Texas 78521

_Norton A Colvin_    _uy permission_
_MCfsstaus_

Norton A. Colvin, Jr.

-2-

HOU:2199902.1

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **LETICIA SHELDON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-150** |
| | § | |
| **PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA** | § | |
| | § | |
| **Defendant.** | § | |

## AFFIDAVIT OF CLIFTON ABLE

| | |
|---|---|
| **COUNTY OF FORT BEND** | § |
| | § |
| **STATE OF TEXAS** | § |

Clifton Able, being by me duly sworn, deposes and says as follows:

1.    My name is Clifton Able.  I am a resident of Brazoria County, I am over the age of 21, I have never been convicted of a felony, and I am competent to make this affidavit.

2.    I am a Legal Analyst for Aetna Life Insurance Company ("Aetna"), and I have access to business records maintained by Aetna.  The statements contained in this affidavit are based on my personal knowledge and the business records of Aetna, and are true and correct.

3.    Aetna administers certain group medical insurance contracts issued by The Prudential Insurance Company of America ("PICA"), including the Group Insurance Contract ("Group Contract") issued by PICA to the Brownsville Independent School District ("BISD") for medical benefits for eligible BISD employees and their eligible dependents.  A true and correct copy of the Group Contract in effect throughout 1999 is attached as Exhibit A.  Exhibit B to this

affidavit is a true and correct copy of the Coverage Booklet, including the Certificate of Coverage, describing the medical benefits available pursuant to the Group Contract.

4.    Exhibits A and B attached hereto are records kept by Aetna in the regular course of business, and it was the regular course of business of Aetna for an employee or representative of Aetna, with knowledge of the act, event, condition, opinion or diagnosis, to make the records or to transmit information thereof to be included in such records, at or near the time thereof.

Further Affiant Sayeth Naught

_____
Clifton Able

SWORN TO AND SUBSCRIBED BEFORE ME this ___30th___ day of __September__ 2003.

_____
Notary Public in and for
the State of Texas



CHERYL L. TAYLOR
Notary Public State of Texas
My Commission Expires
September 14, 2004

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

# Group Insurance Contract

**Contract Holder:  BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**

**Group Contract No.:    G-72715-TX**

Prudential will provide or pay the benefits described in the Group Insurance Certificate(s) listed in the Schedule of Plans of the Group Contract, subject to the Group Contract's terms.  This promise is based on the Contract Holder's application and payment of the required premiums.

All of the provisions of the Group Insurance Certificate(s), attached to and made a part of the Group Contract, apply to the Group Contract as if fully set forth in the Group Contract.

The Group Contract takes effect on the Contract Date, if it is duly attested under the Group Contract Schedule.  It continues as long as the required premiums are paid, unless it ends as described in its General Rules.  Dividends are apportioned each year.

The Group Contract is delivered in and is governed by the laws of the Governing Jurisdiction.

**This is not a policy of workers' compensation insurance.  The employer does not become a subscriber to the workers' compensation system by purchasing this policy, and if the employer is a non-subscriber, the employer loses those benefits which would otherwise accrue under the workers' compensation laws.  The employer must comply with the Workers' Compensation law as it pertains to non-subscribers and the required notifications that must be filed and posted.**

Secretary                                          Chairman of the Board

83500
COV 1004

1

(1-10)(72715)

# Group Contract Schedule

**Contract Date:** October 1, 1997

**Contract Anniversaries:** October 1 of each year, beginning in 1998.

**Premium Due Dates:** The Contract Date, and the first day of the month beginning with November, 1997.

**Governing Jurisdiction:** State of Texas

**Associated Companies:** Employers who are the Contract Holder's subsidiaries or affiliates, and are reported in writing to Prudential for inclusion under the Group Contract.

**Minimum Participation Number:** 15

## INCLUDED EMPLOYERS

Included Employers under the Group Contract are the Contract Holder and its Associated Companies, if any.

Associated Companies are employers who are the Contract Holder's subsidiaries or affiliates and are listed in the Group Contract Schedule.

An Employee of more than one Included Employer will be considered an Employee of only one of those employers for the purpose of the Group Contract. That Employee's service with all other Included Employers will be treated as service with that one.

On any date when an employer ceases to be an Included Employer, the Group Contract will be considered to end for Employees of that employer. This applies to all of those Employees except those who, on the next day, are still within the Covered Classes of a plan of benefits of the Group Contract as Employees of another Included Employer. The plans of benefits for Covered Classes are listed in the Group Contract's Schedule of Plans.

The Contract Holder must let Prudential know, in writing, when an employer listed as an Associated Company is no longer one of its subsidiaries or affiliates.

————————————————

**Table of Contents** (as of the Contract Date): The Group Contract includes these forms with an 83500 prefix: COV 1004(1-10)(72715); GCS 1027(72715); SPR 1001(72715); SPR 1001(72715-1); GR 1019(1-24); MOD 1001(72715); SCH 1001(72715); APP 1001(72715).

————————————————

Attest:  Marsha Webb

83500
GCS 1027

(72715)

REDACTED

# Schedule of Premium Rates

G-72715-TX

**Classes of Employees to which this Schedule applies:**

All Classes of Employees in the Family Category (Employee, Qualified Dependent Spouse and Children), wherein both Employee and Spouse are employed with the School District.

| Applicable Coverage | Monthly Rate Per Employee |
|---|---|
| | Composite |
| Major Medical Expense | $ |

**REDACTED**

# Schedule of Premium Rates

G-72715-TX

**Classes of Employees to which this Schedule applies:**

All other Classes

| Applicable Coverage | Monthly Rate Per Employee | |
|---|---|---|
| | **Employee Insurance** | **Employee and Dependents Insurance** |
| **Major Medical Expense** | $ | (1) |
| | | (2) |
| | | (3) |

** respectively, for Employee's Qualified Dependents classification below:
   (1) Qualified Dependent Spouse, (2) Qualified Dependent Children,
   (3) Qualified Dependent Spouse and Children

# General Rules

## A. PAYMENT OF PREMIUMS - GRACE PERIOD.

Premiums are to be paid by the Contract Holder to Prudential. Each may be paid at a Prudential office or to one of its authorized agents. One is due on each Premium Due Date stated in the Group Contract Schedule. The Contract Holder may pay each premium other than the first within 31 days of the Premium Due Date without being charged interest. Those days are known as the grace period. The Contract Holder is liable to pay premiums to Prudential for the time the Group Contract is in force.

## B. PREMIUM AMOUNTS.

The premium due on each Premium Due Date is the sum of the premium charges for the insurance under the Coverages. Those charges are determined from the premium rates then in effect and the Employees then insured.

The following will apply if one or more premiums paid include premium charges for an Employee whose insurance has ended before the due date of that premium. Prudential will not have to refund more than the amount of the premium charges for such Employee that were included in the premiums paid for the two month period immediately before the date Prudential receives written notice from the Contract Holder that the Employee's insurance has ended.

Premiums may be determined in another way. But it must produce about the same amounts and be agreed to by the Contract Holder and Prudential.

## C. PREMIUM RATE CHANGES.

The premium rates in effect on the Contract Date are shown in the Group Contract's Schedule of Premium Rates. Prudential has the right to change premium rates:

(1)  As of any Premium Due Date; and

(2)  As of any date that an employer becomes, or ceases to be, an Included Employer; and

(3)  For a Coverage, as of any date that the extent or nature of the risk under that Coverage is changed: (a) by amendment of the Group Contract; or (b) by reason of any provision of law or any governmental program or regulation; or (c) by termination of, or any change in, benefits not in that Coverage but considered in determining the premium rates for that Coverage.

But, unless the Schedule of Premium Rates or an amendment states otherwise, (1) above will not be used to change premium rates for an insurance or any part that has separate rates before the first Contract Anniversary.

Prudential will tell the Contract Holder when a change in the premium rates is made.

## D. DIVIDENDS.

Prudential will determine the share, if any, of its divisible surplus allocable to the Group Contract as of each Contract Anniversary, if the Group Contract stays in force by the payment of all premiums to that date. The share will be credited to the Group Contract as a dividend as of that date.

Each dividend will be paid to the Contract Holder in cash unless the Contract Holder asks that it be applied toward the premium then due.

Prudential's sole liability as to any dividend is as set forth above.

**Non-profit Clause:** This applies if the aggregate dividends under the Group Contract and any other group contract(s) of the Contract Holder exceed the aggregate payments toward their cost made from the Employer's own funds. The Contract Holder will see that an amount equal to the excess is applied for the benefit of insured persons.

## E. END OF THE GROUP CONTRACT OR OF AN INSURANCE.

**During or at End of Grace Period - Failure to Pay Premiums:** If any premium is not paid by the end of its grace period, the Group Contract will end when the grace period ends. The Contract Holder may request in writing that the Group Contract be ended at the end of the period for which premiums have been paid or at any time during the grace period. Then the Group Contract will end on the requested date, but in no event will it end before the date Prudential receives the written request from the Contract Holder. The Contract Holder is liable to pay premiums to Prudential for the time the Group Contract is in force.

**On a Premium Due Date - Failure to Maintain Insuring Conditions:** On any Premium Due Date, Prudential may end the part of the Group Contract for Contributory or Non-contributory Insurance under a Coverage if one or more of the following conditions then exists for that part. But notice of its intent to do so must be given to the Contract Holder at least 31 days in advance.

Contributory Insurance: The insured Employees are:

(1)   less than the Minimum Participation Number; or

(2)   less than 75% of the Employees who are eligible to request the insurance; or

(3)   contributing at a rate higher than the maximum, if any, stated in the Group Contract for the insurance.

Non-contributory Insurance: The insured Employees are:

(1)   less than the Minimum Participation Number; or

(2)   contributing for the insurance.

The Minimum Participation Number is shown in the Group Contract Schedule.

**Fraud or Misrepresentation:** Prudential may end the Group Contract because of fraud or misrepresentation of a material fact by the Contract Holder or, with respect to Coverage of individual insureds, the insureds or their representatives.

**Association Plans:** Prudential may end the Group Contract if the Coverage is offered through an association, and the Contract Holder is no longer a member of the association sponsoring the Coverage.

**On Notice:** Prudential may elect to discontinue offering a particular type of Coverage offered in a market in which case Prudential will:

83500
GR 1019                                                                                                   (1-84)

(1)   provide notice of its decision to not renew that Coverage in such market, to each Contract Holder (and to each affected insured individual), at least 90 days prior to the date of nonrenewal; and

(2)   offer to each Contract Holder the option to purchase any other health insurance coverage currently being offered by Prudential to a group health plan in that market; and

Prudential may also elect to discontinue offering all Coverage in Texas, in which case Prudential will provide notice of its decision to not renew Coverage to all affected Contract Holders (and to each affected insured individual) and to the Commissioner in Texas at least 180 days prior to the nonrenewal of any Coverage by Prudential.

## F.   AGE ADJUSTMENT.

If an age is used to determine the premium charge for an Employee's insurance and the age is found to be in error, the premium charge for that insurance will then be adjusted to reflect the correct age. If this adjustment results in a change in the amount of premium, any difference between the premium paid and the premium required on the basis of the correct age will be paid as follows:

(1)   If the adjustment results in an increased premium, the difference will be paid by the Contract Holder when notified by Prudential.

(2)   If the adjustment results in a decreased premium, the difference will be refunded by Prudential.

If the change in age affects the amount of the Employee's insurance under any Coverage, such amount will be changed on the basis of the correct age. Any premium adjustment will take this into account.

## G.   EMPLOYEE'S CERTIFICATE.

Prudential will give the Contract Holder an individual certificate to give each insured Employee. It will describe the Employee's coverage under the Group Contract. It will include (1) to whom Prudential pays benefits, (2) any protection and rights when the insurance ends, and (3) claim rights and requirements.

## H.   RECORDS - INFORMATION TO BE FURNISHED.

Either the Contract Holder or Prudential, as they agree, will keep a record of the insured Employees. It will contain the key facts about their insurance.

At the times set by Prudential, the Contract Holder will send the data required by Prudential to perform its duties under the Group Contract, and to determine the premium rates. All records of the Contract Holder and of the Employer which bear on the insurance must be open to Prudential for its inspection at any reasonable time.

Prudential will not have to perform any duty that depends on such data before it is received in a form that satisfies Prudential. The Contract Holder may correct wrong data given to Prudential, if Prudential has not been harmed by acting on it. An Employee's insurance under a Coverage will not be made invalid by failure of the Contract Holder or the Employer, due to clerical error, to record or report the Employee for that insurance.

## I.   THE CONTRACT - INCONTESTABILITY OF THE CONTRACT.

The entire Group Contract consists of: (1) the Group Insurance Certificate(s) listed in the Schedule of Plans, a copy of which is attached to the Group Contract; (2) all modifications and endorsements to such Group Insurance Certificates which are attached to and made a part of the Group Contract by amendment to the Group Contract; (3) the forms shown in the Table of Contents as of the Contract Date; (4) the Contract Holder's application, a copy of which is attached to the Group Contract; (5) any endorsements or amendments to the Group Contract; and (6) the individual applications, if any, of the persons insured. No statement of the Contract Holder shall be used in any contest of the insurance under the Group Contract.

There will be no contest of the validity of the Group Contract, except for not paying premiums, after it has been in force for one year.

The Group Contract may be amended, at any time, without the consent of the insured Employees or of anyone else with a beneficial interest in it. This can be done through written request made by the Contract Holder and agreed to by Prudential. But an amendment will not affect a claim incurred before the date of change.

Only an officer of Prudential has authority: to waive any conditions or restrictions of the Group Contract; or to extend the time in which a premium may be paid; or to make or change a contract; or to bind Prudential by a promise or representation or by information given or received. A Prudential agent is not an officer.

No change in the Group Contract is valid unless shown in:

(1)   an endorsement on it signed by an officer of Prudential; or

(2)   an amendment to it signed by the Contract Holder and by an officer of Prudential.

But a change in the Group Contract may be made in an amendment to it that is signed only by an officer of Prudential if:

(a)   The amendment reflects a change in the Group Contract that has been automatically made to satisfy the requirements of any state or federal law or regulation that applies to the Group Contract, as provided in the Conformity With Law section. This change is known as a Statutory Amendment.

(b)   The amendment reflects a change in group insurance benefits where (i) the benefits are for services and supplies provided through Prudential Health Care Providers; and (ii) the change applies to all group insurance contracts which include these benefits. This change is known as a Managed Health Care Amendment. When the Group Contract is so amended, payment by the Contract Holder of the next premium due under the Group Contract will constitute acceptance of the Managed Health Care Amendment.

(c)   The amendment reflects a change in Prudential's administration of its group insurance benefits and is intended to apply to all group insurance contracts which are affected by the change. This change is known as a Portfolio Amendment. Prudential will give the Contract Holder written notice of its intent to make a Portfolio Amendment in the Group Contract at least 31 days in advance of the effective date of the Amendment. When the Group Contract is so amended, payment by the Contract Holder of the next premium due under the Group Contract will constitute acceptance of the Portfolio Amendment, unless the Contract Holder has rejected the Amendment, in writing, prior to its effective date.

83500
GR 1019                                                                                                            (1-84)

## J.  IDENTIFICATION CARDS.

Any identification cards (called ID Cards below) issued by Prudential in connection with insurance under the health care expense coverages, if any, of the Group Contract are for identification only and remain the property of Prudential.  Possession of an ID Card does not convey any rights to benefits under the Group Contract.  If any Covered Person permits another person to use the Covered Person's ID Card, Prudential may invalidate that Covered Person's ID Card.

## K.  RELATION AMONG PARTIES AFFECTED BY THE GROUP CONTRACT.

The relationship between Prudential and any Hospital is that of an independent contractor.  No Hospital is an agent or employee of Prudential, nor is Prudential or any employee of Prudential an employee or agent of any Hospital.  Each Hospital will maintain the hospital-patient relationship with Covered Persons under the Group Contract and is solely responsible to Covered Persons for Hospital supplies and services.

The relationship between Prudential and any Prudential Health Care Provider is that of an independent contractor.  No Prudential Health Care Provider is an agent or employee of Prudential, nor is Prudential or any employee of Prudential an employee or agent of a Prudential Health Care Provider.  Each Prudential Health Care Provider will maintain the provider-patient relationship with the Covered Persons under the Group Contract and is solely responsible to Covered Persons for supplies and services furnished to Covered Persons.

Neither the Contract Holder nor any Covered Person under the Group Contract is the agent or representative of Prudential.  Neither the Contract Holder nor any Covered Person under the Group Contract will be liable for any acts or omissions:  (a) of Prudential, its agent or employees; or (b) of any Hospital or other health care provider with which Prudential, its agents or employees make arrangements for furnishing supplies and services to Covered Persons.

## L.  CONFORMITY WITH LAW.

If the provisions of the Group Contract do not conform to the requirements of any state or federal law or regulation that applies to the Group Contract, the Group Contract is automatically changed to conform with Prudential's interpretation of the requirements of that law or regulation.

---

83500
GR 1019

(1-84)

# Modification of the Group Contract

The Group Contract is modified to include the following section:

## END OF EMPLOYMENT

An Employee's employment ends when the Employee is no longer actively at work on a full-time basis for the Employer. But, for insurance purposes, the Contract Holder may consider the Employee as still employed and in the Covered Classes for the insurance during certain types of absences from full-time work. The Contract Holder decides which Employees with those types of absences are to be considered as still employed, and for how long. In doing this, the Contract Holder must not discriminate among persons in like situations.

An Employee may be considered as still employed up to any time limit for the Employee's type of absence. When so considered, the Employee's insurance under a Coverage will be continued only while the Employee is paying contributions for it at the time and in the amounts, if any, required by the Contract Holder (whether or not that insurance would otherwise be Non-contributory Insurance). But it will not be continued after it would end for a reason other than end of employment. The types of absences and the time limits are shown below, subject to any exceptions.

### TYPES OF ABSENCES AND TIME LIMITS:

For absence due to part-time employment or retirement, there is no time limit.

For absence due to disability:

> Under health care expense Coverages, if any, the time limit is the end of the 29th contract month following the contract month in which the absence from full-time work starts.

> Under any other Coverages there is no time limit.

For absence due to temporary layoff the time limit is the end of the contract month following the contract month in which the absence from full-time work starts.

For absence due to leave of absence, there is no time limit.

# Schedule of Plans

**Effective Date:** October 1, 1998

**Group Contract No.:**   G-72715-TX

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date.  The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract. A copy of each Certificate and any modification to it are attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate described below.

**Plan of Benefits that Applies to this Covered Class:**

The Coverage(s) described in the Group Insurance Certificate:

(a)  Prepared for Group Contract No. G-72715-TX;
(b)  With the Program Date of October 1, 1998;
(c)  Bearing the code "72715; ED. 19990407: Doc.#1K3V0001".

---

83500
SCH 1001

(19990407)

97263-0014

# Application to

**The Prudential Insurance Company of America (Prudential)**

For Group Contract No.  G-72715-TX

**Applicant:**   BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

**Address:**   1900 Price Road
Brownsville, Texas  78521

Texas law requires the offer of benefits shown below:

(1)  In vitro fertilization procedures.
        ___   Include such benefits.                    _X_   Exclude such benefits.

(2)  Serious Mental Illness treated same as any other illness.
        ___   Accept such benefits.                    _X_   Not Accept such benefits.

The Group Contract is approved and its terms are accepted.

This Application is made in duplicate.  One is attached to the Group Contract.  The other is to be returned to Prudential.

It is agreed that this Application replaces any prior Application for the Group Contract.

BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT
_____
(Full or Corporate Name of Applicant)

Dated at _____      By _____
                                                            (Signature and Title)

On _____, 19_____      Witness _____
                                                            (To be signed by Resident
                                                            Agent where required by law)

83500                                                                                            (1/1)
APP 1001                                                                                      (72715)

12

# NOTICE TO EMPLOYEES

**(Attach to your Booklet)**

**Group Contract Holder:** BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

**Group Contract No:** G-72715-TX

**Covered Classes:** The "Covered Classes" are these Employees of the Contract Holder (and its Associated Companies): All Employees who are located in a Service Area in the state of Texas.

**Effective Date of Change:** The first day on or after May 1, 1999, on which you are insured. (See the When You Become Insured section.) The Delay of Effective Date section applies to this change.

**The POS Booklet coded "72715; ED. 19990407; Doc. #1K3V0001" is changed as follows:**

1.   The **Covered Classes** section of the SCHEDULE OF BENEFITS is replaced by the following:

**Covered Classes:** The "Covered Classes" are these Employees of the Contract Holder (and its Associated Companies):

   All Employees located in a Service Area in the State of Texas. But when Prudential and the Employer agree, Employees not located in a Service Area may be considered a part of these Covered Classes.

2.   The introductory paragraphs of the **MAJOR MEDICAL EXPENSE COVERAGE** section of the SCHEDULE OF BENEFITS are replaced by the following:

## MAJOR MEDICAL EXPENSE COVERAGE

●   This Coverage pays benefits for many of the charges incurred for care and treatment of your or your Qualified Dependent's Sicknesses and Injuries. Not all charges are eligible; some are eligible only to a limited extent. The Eligible Charges under this Coverage and the benefits for those charges are set forth in two parts.

●   Part I describes the benefits for Eligible Charges for services and supplies furnished to a person permanently residing in a Service Area by a Prudential Health Care Doctor, or by another Prudential Health Care Provider, or by a Non-Prudential Health Care Provider and authorized by a Prudential Health Care Doctor. Most Eligible Charges are not subject to a Deductible. But, under Part I, a Deductible does apply to Eligible Charges for certain services or supplies (as explained later) that must first be met before benefits are payable for that service or supply.

●   Part II describes the benefits for Eligible Charges that are not included under Part I. Under Part II, all Eligible Charges are subject to either a Calendar Year Deductible or a Prescription Drug Calendar Year Deductible. A Deductible must first be met each Calendar Year before benefits are payable.

- There are benefit limits for certain Sicknesses and there are benefit maximums. These are described in Part III of the Coverage. There is also an extension that may apply after a person ceases to be covered.

- If you are located in the Service Area, benefits for charges incurred are payable according to the terms of Part I, Part II and Part III of the Coverage. If you are not located in the Service Area, benefits for charges incurred are payable only according to the terms of Part II and Part III of the Coverage.

3.   The **Covered Percents:** provision in the **BENEFITS** section of the SCHEDULE OF BENEFITS is replaced by the following:

**Covered Percents:** The following Covered Percents apply to the Eligible Charges under Part I and Part II, except as described in the Coverage for charges for certain services for mental, psychoneurotic and personality disorders (other than Serious Mental Illnesses).

The Covered Percent for Eligible Charges for certain childhood immunization services from birth through age 6 under Part I and Part II is 100%.

Covered Percents for Eligible Charges under Part I:

| | |
|---|---|
| Eligible Charges for Prescription Drugs, Provider's Office Visits and Emergency Room Visits: | 100% |
| All other Eligible Charges: | 80%* |

Covered Percent for Eligible Charges under Part II:

| | |
|---|---|
| For All Employees located in the Service Area: | |
| Eligible Charges for Prescription Drugs: | 70%** |
| All other Eligible Charges: | 60%** |
| For All Employees located outside the Service Area: | 80%*** |

*For each person in each Calendar Year, the 80% for Part I shown above will be 100% after the 80% and any lesser percent used to determine benefits apply to a total of $5,000 of Eligible Charges under Part I incurred for the person's Sicknesses and Injuries in that Calendar Year. Charges used to meet a Deductible and charges already payable at 100% do not count toward that $5,000.

**For each person in each Calendar Year, the 70% and the 60% for Part II shown above will be 100% after the 70%, the 60%, and any lesser percent used to determine benefits apply to a total of $10,000 of Eligible Charges under Part II incurred for the person's Sicknesses and Injuries in that Calendar Year. Charges used to meet a Deductible and charges already payable at 100% do not count toward that $10,000.

***For each person in each Calendar Year, the 80% for Part II shown above will be 100% after the 80% and any lesser percent used to determine benefits apply to a total of $10,000 of Eligible Charges under Part II incurred for the person's Sicknesses and Injuries in that Calendar Year. Charges used to meet a Deductible and charges already payable at 100% do not count toward that $10,000.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA



**Prudential HealthCare POS**<sup>SM</sup>
**Point of Service**

BROWNSVILLE
INDEPENDENT SCHOOL
DISTRICT

**THIS NOTICE IS FOR TEXAS RESIDENTS ONLY**

| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |
|---|---|

To obtain information or make a complaint:

Para obtener información o para someter una queja:

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos o quejas al

**1-800-252-3439**

**1-800-252-3439**

You may write the Texas Department of Insurance

Puede escribir al Departamento de Seguros de Texas

P.O. Box 149104
Austin, TX 78714-9104
FAX No. (512) 475-1771

P.O. Box 149104
Austin, TX 78714-9104
FAX No. (512) 475-1771

**PREMIUM OR CLAIM DISPUTES:**

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**

Should you have a dispute concerning your premium or about a claim you should contact the PRUDENTIAL first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con LA PRUDENTIAL primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (DST).

**ATTACH THIS NOTICE TO YOUR POLICY:**

**UNA ESTE AVISO A SU POLIZA:**

This notice is for information only and does not become a part or condition of the attached document.

Este aviso es sólo para propósito de información y no se convierte en parte o condición del documento adjunto.

83500
TXN 1001

2

(1-1)

# Table of Contents

Foreword .................................................................................................................................1

Schedule of Benefits...............................................................................................................4

Who is Eligible to Become Insured.......................................................................................10

When You Become Insured....................................................................................................12

Major Medical Expense Coverage.........................................................................................14

Modification of Part II of the Major Medical Expense Coverage - Early Determination
    of Need for Hospital Stay..............................................................................................35

Changes in Major Medical Expense Coverage for Mental, Psychoneurotic and
    Personality Disorders, and Chemical Dependency .....................................................38

Modification of Major Medical Expense Coverage For Institutes of Quality and
    Companion Travel Programs.........................................................................................39

Generally Excluded Charges.................................................................................................44

Benefit Modification for Expenses Covered by the Texas Department of Human Services...51

Benefit Modification for Right of Reimbursement Under the Group Contract.........................52

Changes of Benefits to Provide Alternate Treatment for Certain Sicknesses and Injuries....54

Rules For Coordination of Benefits of the Group Contract With Other Benefits.....................56

Provisions For Reduction of Benefits Because of Medicare...................................................61

Rules For HMO Optional Enrollment.....................................................................................63

General Information...............................................................................................................65

When Your Insurance Ends...................................................................................................74

Extension of Health Care Protection ....................................................................................82

Prudential HealthCare Point of Service℠ (POS) Service Area Description............................83

Certificate of Coverage.........................................................................................................87

83500
BTC 1001

(72715-1)

# Schedule of Benefits

**Covered Classes:** The "Covered Classes" are these Employees of the Contract Holder (and its Associated Companies):

All Employees who are located in a Service Area in the state of Texas.

**Program Date:** October 1, 1998. This Booklet describes the benefits under the Group Program as of the Program Date.

**You should know...**

- The Coverages in this Booklet are available to you if you are included in the Covered Classes. Only those Coverages for which you become insured will apply to you. The rules for becoming insured are in this Booklet's When You Become Insured section.

- The Coverages are described more fully on later pages of this Booklet. Be sure to read these pages carefully. They show when benefits are or are not payable under the Group Contract. They also outline when your insurance ends and the conditions, limitations and exclusions that apply to the Coverages. The benefits otherwise payable under the Group Contract for a person's health care expenses may be reduced because of benefits from other sources. See later pages for details.

- A Definitions section is included in this Booklet. Many of the terms used in this Booklet, such as "Covered Person", are defined in that section.

- This Booklet and the Certificate of Coverage together form your Group Insurance Certificate. The Coverages in this Booklet are insured under a Group Contract issued by Prudential. All benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate. It alone forms the agreement under which payment of insurance is made.

## MAJOR MEDICAL EXPENSE COVERAGE

- This Coverage pays benefits for many of the charges incurred for care and treatment of your or your Qualified Dependent's Sicknesses and Injuries. Not all charges are eligible; some are eligible only to a limited extent. The Eligible Charges under this Coverage and the benefits for those charges are set forth in two parts.

- Part I describes the benefits for Eligible Charges for services and supplies furnished to a person permanently residing in a Service Area by a Prudential Health Care Doctor, or by another Prudential Health Care Provider, or by a Non-Prudential Health Care Provider and authorized by a Prudential Health Care Doctor. Most Eligible Charges are not subject to a Deductible. But, under Part I, a Deductible does apply to Eligible Charges for certain services or supplies (as explained later) that must first be met before benefits are payable for that service or supply.

- Part II describes the benefits for Eligible Charges that are not included under Part I. Under Part II, all Eligible Charges are subject to either a Calendar Year Deductible or a Prescription Drug Calendar Year Deductible. A Deductible must first be met each Calendar Year before benefits are payable.

- There are benefit limits for certain Sicknesses and there are benefit maximums. These are described in Part III of the Coverage. There is also an extension that may apply after a person ceases to be covered.

## DEDUCTIBLES
apply to certain Eligible Charges under Part I and to all Eligible Charges under Part II, other than charges for child immunization services from birth through age 6, as described in the Coverage:

- The only charges that may be used to meet the Deductibles are Eligible Charges to which the Deductibles apply.

- No benefits are payable for Eligible Charges used to meet the Deductibles.

- Eligible Charges under Part I do not count toward the Calendar Year Deductible or the Prescription Drug Calendar Year Deductible under Part II. Eligible Charges under Part II do not count toward any Deductible under Part I.

**Deductible Amounts For Certain Eligible Charges under Part I**

| | |
|---|---|
| Provider's Office Visit Deductible Amount for Provider's Services During Each Visit to a Provider's Office (except as shown in the Coverage): | $20.00 |
| Emergency Room Visit Deductible Amount for Each Visit to a Hospital's Emergency Room: | $75.00 |

**Deductible Amounts For Eligible Charges under Part II**

| | |
|---|---|
| Prescription Drug Calendar Year Deductible Amount for Each Person in each Calendar Year: | $100.00 |
| Calendar Year Deductible Amount for All Other Eligible Charges for Each Person in each Calendar Year: | $800.00 |

Once the Covered Persons in a Family Unit have incurred a total of $2,000.00 of Eligible Charges under Part II in a Calendar Year, from then on each Covered Person in that Family Unit will be considered to have met the Calendar Year Deductible for All Other Eligible Charges for that Calendar Year. Only those Eligible Charges under Part II for which no benefits are payable can be counted toward that $2,000.00. But in no event can Eligible Charges for Prescription Drugs be counted toward either the Calendar Year Deductible or that $2,000.00.

## BENEFITS
for Eligible Charges are subject to the Limits under Part III and the Overall Benefit Maximum(s).

**Amount Payable:** The Covered Percent that applies to the Eligible Charges.

83500
BSB 1001

5

(19990407)

**Covered Percents:** The following Covered Percents apply to the Eligible Charges under Part I and Part II, except as described in the Coverage for charges for certain services for mental, psychoneurotic and personality disorders (other than Serious Mental Illnesses).

The Covered Percent for Eligible Charges for certain childhood immunization services from birth through age 6 under Part I and Part II is 100%.

Covered Percents for Eligible Charges under Part I:

| | |
|---|---|
| Eligible Charges for Provider's Office Visits and Emergency Room Visits: | 100% |
| All other Eligible Charges: | 80% |

Covered Percent for Eligible Charges under Part II:

| | |
|---|---|
| Eligible Charges for Prescription Drugs: | 70% |
| All other Eligible Charges: | 60% |

For each person in each Calendar Year, the 80% for Part I shown above will be 100% after the 80% and any lesser percent used to determine benefits apply to a total of $5,000 of Eligible Charges under Part I incurred for the person's Sicknesses and Injuries in that Calendar Year. Charges used to meet a Deductible and charges already payable at 100% do not count toward that $5,000.

For each person in each Calendar Year, the 70% and 60% for Part II shown above will be 100% after the 70%, 60% and any lesser percent used to determine benefits apply to a total of $ 10,000 of Eligible Charges under Part II incurred for the person's Sicknesses and Injuries in that Calendar Year. Charges used to meet a Deductible and charges already payable at 100% do not count toward that $10,000.

**OVERALL BENEFIT MAXIMUMS**
The "Restoration with Evidence of Insurability" provision does not apply to any of the Overall Benefit Maximums described below.

**Lifetime Benefit Maximum for All Sicknesses and Injuries**

| | |
|---|---|
| For benefits under Part I: | -NONE- |
| For benefits under Part II: | $1,000,000 |

Benefits under Part II which count toward any of the Benefit Maximums described below also count toward the Part II Lifetime Benefit Maximum.

**Benefit Maximum for All Charges Incurred in Any One Period of Care in Hospice Care Programs**

| | |
|---|---|
| For benefits, combined, under Part I and Part II: | $7,400 |

83500
BSB 1001

6

(19990407)

All care in Hospice Care Programs is considered one period of care, except as follows: Care will be treated as starting a separate period of care if furnished after there has been no care in Hospice Care Programs for at least three consecutive months.

**Benefit Maximum for Counseling Services Under a Hospice Care Program After the Death of a Terminally Ill Person**

For benefits, combined, under Part I and Part II:                    $200.00

# BENEFIT MODIFICATIONS FOR INPATIENT HOSPITAL STAYS AND ELECTIVE SURGICAL PROCEDURES

### Applies to Part II of the Major Medical Expense Coverage

The Group Program includes a program for pre-authorization of Inpatient Hospital Stays and Elective Surgical Procedures. The purpose of this program is to make sure that you understand what will be eligible before you incur expenses. To receive the maximum benefits under the Group Program, you (or your Doctor or a family member) **must call** The Prudential for pre-authorization of an Inpatient Hospital Stay or an Elective Surgical Procedure.

**Pre-authorization of an Inpatient Hospital Stay:** If a request for pre-authorization is not made on time, there will be a limit on the Eligible Charges for an Inpatient Hospital Stay. This can result in a lesser benefit for an Inpatient Hospital Stay since benefits are based on Eligible Charges.

For details, see "Modification of Part II of the Major Medical Expense Coverage - Early Determination of Need for Hospital Stay" on a later page.

**Pre-authorization of an Elective Surgical Procedure:** There is an Eligible Charge Limit (and a person's benefits will be less) for Surgery-related Charges if an Elective Surgical Procedure is performed without pre-authorization.

The Eligible Charge Limit is 80% of the amount which would otherwise have been the Eligible Charge for the Surgical Procedure.

When you or another person calls The Prudential, this information will be needed:

- The Employee's name, social security number, address and phone number;

- The Employer's name and the Group Contract No. (see Other Information);

- The patient's name, birth date and the relationship to the Employee;

- The attending Doctor's name, address and phone number;

- The Hospital's name, address and phone number;

- The reason for being admitted and/or the surgery to be performed.

83500
BSB 1001                                                                        (19990407)

## OTHER INFORMATION

**Contract Holder:**  BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

**Group Contract No.:**  G-72715-TX

**Associated Companies:**  Employers who are the Contract Holder's subsidiaries or affiliates and are reported in writing to Prudential for inclusion under the Group Contract if Prudential agrees to include them.

**Employment Waiting Period:**  You may need to work full-time for the Employer for a continuous period before you become eligible for the insurance.  The period must be agreed upon by the Employer and Prudential.

Your Employer will inform you of any Employment Waiting Period for your class.

**Cost of the Insurance:**  You will be informed of the amount of your contribution, if any, when you enroll.

**Prudential's Address:**

The Prudential Insurance Company of America
56 North Livingston Avenue
Roseland, New Jersey  07068-1790

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay.  Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact your Employer.

## ALTERNATE BENEFIT PAYMENT

Whenever a law or court order requires payment of health care expense benefits under the Group Contract to be made to a person or facility other than you, the payment will be made to that person or facility.

---

# Who is Eligible to Become Insured

## FOR EMPLOYEE INSURANCE

**You are eligible for Employee Insurance while:**

- You are a full-time Employee of the Employer; and

- You are in a Covered Class; and

- You have completed the Employment Waiting Period.

**You are full-time** if you are regularly working for the Employer at least the number of hours in the Employer's normal full-time work week for your class, but not less than 30 hours per week. If you are a partner or proprietor of the Employer, that work must be in the conduct of the Employer's business.

**Your class** is determined by the Contract Holder. This will be done under its rules, on dates it sets. The Contract Holder must not discriminate among persons in like situations. You cannot belong to more than one class for insurance on each basis, Contributory or Non-contributory Insurance, under a Coverage. "Class" means Covered Class, Benefit Class or anything related to work, such as position or Earnings, which affects the insurance available.

**This applies if you are an Employee of more than one employer included under the Group Contract:** For the insurance, you will be considered an Employee of only one of those employers. Your service with the others will be treated as service with that one.

The rules for obtaining Employee Insurance are in the When You Become Insured section.

## FOR DEPENDENTS INSURANCE

**You are eligible for Dependents Insurance while:**

- You are eligible for Employee Insurance; and

- You have a Qualified Dependent.

**Qualified Dependents:**

**These are the persons for whom you may obtain Dependents Insurance:**

- Your spouse.

- Your unmarried children less than 19 years old.

Your children include your legally adopted children and each of your stepchildren and foster children who depends on you for support and maintenance. In the case of health care expense Coverages, your children also include your grandchildren if they are considered dependents for federal income tax purposes.

83500
BEL 1001

9

(19990407)

In the case of health care expense Coverages, your children also include children placed with you for adoption.

**Exceptions:**

- The age 19 limit does not apply to a child who:

    (a) wholly depends on you for support and maintenance;

    (b) is enrolled as a full-time student in a school; and

    (c) is less than the Student Age Limit.

    Student Age Limit: 25.

    However if the Student Age Limit shown above is greater than 21, the following also applies: A Qualified Dependent child who (a) has attained the age of 21 but is less than the Student Age Limit shown above; (b) wholly depends on you for support and maintenance; (c) begins an academic term as a full-time student; and (d) remains enrolled as a student for the full academic term, will be covered until the 10th day after the start of the next academic term.

- Your spouse or child is not your Qualified Dependent while:

    (a) on active duty in the armed forces of any country; or

    (b) insured for health care expenses under the Group Contract as an Employee.

**A child will not be considered the Qualified Dependent of more than one Employee.** If this would otherwise be the case, the child will be considered the Qualified Dependent of the Employee named in a written agreement of all such Employees filed with the Contract Holder. If there is no written agreement, the child will be considered the Qualified Dependent of:

(a) the Employee who became insured under the Group Contract with respect to the child, while the child was a Qualified Dependent of only that Employee; and otherwise

(b) the Employee who has the longest continuous service with the Employer, based on the Contract Holder's records.

The rules for obtaining Dependents Insurance are in the When You Become Insured section.

# When You Become Insured

## FOR EMPLOYEE INSURANCE

**Prompt enrollment is important,** so enroll on an early date. If you do so, your Employee Insurance under a Coverage will begin the first day on which you have enrolled, and:

- You are eligible for Employee Insurance; and

83500
BEL 1001

(19990407)

10

- You are in a Covered Class for that insurance; and

- That Coverage is part of the Group Contract.

You must enroll on a form approved by Prudential and agree to pay the required contributions.

At any time, the benefits for which you are insured are those for your class, unless otherwise stated.

## FOR DEPENDENTS INSURANCE

**Prompt enrollment for Dependents Insurance is important,** so if you are eligible for it, enroll on an early date. If you do so, your Dependents Insurance under a Coverage for a person will begin the first day on which you have enrolled for it, and:

- The person is your Qualified Dependent; and

- You are in a Covered Class for that insurance; and

- You are insured for the Employee Insurance, if any, under that Coverage; and

- Dependents Insurance under that Coverage is part of the Group Contract.

You must enroll on a form approved by Prudential and agree to pay the required contributions.

At any time, the Dependents Insurance benefits for which you are insured are those for your class, unless otherwise stated.

**Special Dependents Insurance Rules for Newborn Children and Children Adopted or Placed for Adoption:** These rules apply only to Dependents Insurance under a health care expense Coverage. With respect to a child born to you or adopted by or placed with you for adoption, when you:

(1) are in a Covered Class for that insurance; and

(2) are insured for Employee Insurance under that Coverage.

You will become insured for that child from the moment of the child's birth, or in the case of a child adopted or placed for adoption, from the date the child is adopted or placed with you for adoption.

The insurance for the child will end as described in the When Your Insurance Ends section, except that:

(1) It will not end, by reason of your failure to pay any required contribution for that insurance, during the 31 day period starting with: (a) the child's birth; or (b) in the case of a child adopted or placed for adoption, the date the child is adopted or placed with you for adoption.

(2) Subject to (3) below:

   (a) That insurance will not continue beyond the end of that 31 day period.

   (b) No benefits will be paid for any service or supply furnished for the child's health care after that period.

83500
BEL 1001

(19990407)

(3)  Item (2) above will not apply if, at the end of that 31 day period, you are insured for the child by complying, as to that child, with the rules for becoming insured for Dependents Insurance.

Any exclusion of charges for pre-existing Sickness or Injury will not exclude charges for services and supplies furnished to a child adopted or placed with you for adoption, if the adoption or placement occurs while you are insured for Employee Insurance.

**Change in Family Status:**  It is important that you inform the Employer promptly when:

*   you first acquire a Qualified Dependent; or

*   a new Qualified Dependent becomes eligible; or

*   a Qualified Dependent becomes ineligible.

Forms are available for reporting these changes.

-------------------------

83500
BEL 1001

(19990407)

# Major Medical Expense Coverage

## FOR YOU AND YOUR DEPENDENTS

This Coverage pays benefits for many of the charges incurred for care and treatment of your or your Qualified Dependent's Sicknesses and Injuries. Not all charges are eligible; some are eligible only to a limited extent.

The Eligible Charges under this Coverage and the benefits for those charges are set forth in two Parts.

Part I describes the benefits for Eligible Charges for services and supplies furnished to a person permanently residing in a Service Area: (a) by a Prudential Health Care Doctor; or (b) by another Prudential Health Care Provider; or (c) by a Non-Prudential Health Care Provider and authorized by a Prudential Health Care Doctor. Part I also describes exceptions to these requirements.

Part II describes the benefits for Eligible Charges that are not included under Part I.

Under Part I, most Eligible Charges are not subject to a Deductible. However, under Part I, Eligible Charges for certain services and supplies are subject to a Deductible that must first be met before benefits for Eligible Charges for each such service or supply are payable. Under Part II, all Eligible Charges for services and supplies are subject to either a Calendar Year Deductible or a Prescription Drug Calendar Year Deductible. These Deductibles must first be met separately each Calendar Year. Benefits under Part II are then based on the rest of those Eligible Charges incurred in that Calendar Year for: (1) other than Prescription Drugs; and (2) Prescription Drugs.

Benefits under both Part I and Part II for certain Sicknesses are subject to limits, as described in Part III. All benefits under both Part I and Part II are subject to the Overall Maximum described in that Part III.

A person's protection under this Coverage may be extended after the date that person ceases to be a Covered Person. See the Extension of Health Care Protection page. That page applies to this Coverage.

### PART I

### (In-Network)

This Part I describes the benefits for charges that are Eligible Charges under this Part I.

## A.  ELIGIBLE CHARGES UNDER PART I.

The Eligible Charges under this Part I are described below. Part III describes any modification of these Eligible Charges for certain Sicknesses.

A charge is an Eligible Charge under this Part I if all of these conditions are met:

- It is made for a service or supply furnished to you or your Qualified Dependent: (a) by a Prudential Health Care Doctor; or (b) by another Prudential Health Care Provider; or (c) by a Non-Prudential Health Care Provider and authorized by a Prudential Health Care Doctor. Exceptions are stated below.

- The service or supply is in the list below.

- The service or supply is ordered or authorized by a Prudential Health Care Doctor. This condition does not apply to: (a) services or supplies ordered or authorized by a Doctor, who is not a Prudential Health Care Doctor, on account of the person's Sickness or Injury and furnished by a Prudential Health Care Provider; or (b) services and supplies provided in connection with Emergency Care occurring inside or outside the Service Area during the first 48 hours after the onset of the emergency incident. These terms are defined in the Definitions section.

- It is made to you by a Non-Prudential Health Care Provider when a like Prudential Health Care Provider is not otherwise available to you or your Qualified Dependent.

- The person permanently resides in a Service Area and is a Covered Person when the charge is incurred.

A charge is considered incurred on the date of the service or purchase for which the charge is made. A charge, or part of a charge, is not an Eligible Charge under this Part I if excluded. It is excluded to the extent it falls outside any Eligible Charge Limit described below or in the list of services and supplies, or is described in the Generally Excluded Charges section.

Under this Part I, there is an Eligible Charge Limit for each service and supply furnished by a Prudential Health Care Provider. That Eligible Charge Limit is the amount which the Prudential Health Care Provider has agreed to charge for that service or supply when furnished to a Covered Person. The Eligible Charge Limit for each service and supply furnished by a Non-Prudential Health Care Provider is a charge not to exceed the usual charge or the prevailing charge.

**Services and Supplies**

(1) **Hospital room and board.** This includes normal daily services and supplies furnished by the Hospital. This item (1) has an Eligible Charge Limit for each day the person is in a private room. That limit is the Hospital's standard semi-private room rate for that day. If the Hospital has no semi-private rooms, that limit is 90% of its lowest private room rate for that day. This Eligible Charge Limit does not apply for a day if on that day: (a) the person is being isolated in a private room because of the person's communicable disease; or (b) use of a private room is medically necessary, as determined by Prudential or a Prudential Health Care Doctor, for treatment of the person's condition.

(2) **All other supplies and non-professional services** furnished by the Hospital for medical care in it.

(3) **Convalescent Nursing Home** services and supplies for the following:

    (a) Convalescent Nursing Home room and board. This includes normal daily services and supplies furnished by the Convalescent Nursing Home.

(b)  Other supplies and non-professional services furnished by the Convalescent Nursing Home for medical care in it.

But these services and supplies are included in this list of Services and Supplies only if all of these conditions are met:

(a)  A Doctor recommends the Convalescent Nursing Home Stay:

   (i)   for recovery from a Sickness or Injury that caused a prior Hospital stay, or from a related Sickness or Injury; or

   (ii)  in place of a Hospital stay that would be required in the absence of these services and supplies for care and treatment of the person's Sickness or Injury.

(b)  The person is under the continuous care of a Doctor.

(c)  A Doctor certifies that the person needs 24 hour a day nursing care.

There is an Eligible Charge Limit for Convalescent Nursing Home services and supplies: services and supplies are limited to those that are furnished during the first 100 days of all of the person's stays in a Convalescent Nursing Home that are due to the same or related causes and are separated by less than three months.  If any of these services and supplies that are Eligible Charges Under Part II are furnished on any day of the person's stay in a Convalescent Nursing Home, that day will count toward this limit.

(4)  **Anesthetics** and their administration.

(5)  **Ambulance** use for local travel.

(6)  **Doctors' services** for Surgical Procedures and for other medical care.

(7)  **Private duty professional nursing** by a registered graduate nurse, if such care is furnished while:

(a)  intensive nursing care by such a nurse is required in the treatment of an acute Sickness or Injury; and

(b)  the patient is not in either:  (i) a Hospital; or (ii) any other health care institution that provides nursing care.

Requirement (a) above will in no event be considered to be met if the care actually furnished is mainly Custodial Care.

(8)  **Speech therapy** by a qualified speech therapist.

(9)  **Treatment by an audiologist** for loss or impairment of hearing.  This includes examinations to determine the need for hearing aids or the need to adjust them.

(10) **Treatment by a physical or occupational therapist.**  For each person in each Calendar Year, there is an Eligible Charge Limit for these services.  Only those services will be included that are furnished during not more than 90 days in each Calendar Year in connection with any one Sickness or Injury.  Any days on which any of these services that are Eligible Charges Under Part II are furnished in connection with such Sickness or Injury will count toward this limit.

(11) **Inhalation therapy.**

83500
MM R 3048

15

(1-42)

(12) **Injectables,** other than prescribed insulin.

(13) **Allergy sera and biological sera.**

(14) **X-ray exams and lab exams.**

(15) **X-ray, Radium and Chemotherapy Treatments:** Treatment by X-ray, radium or any other radioactive substance, or by chemotherapy.

(16) **Medical Supplies:** Surgical dressings; blood and blood plasma not replaced by or for the patient; artificial limbs, larynx and eyes; heart pacemaker; casts, splints, trusses, braces and crutches; oxygen. This item includes replacements that are functionally necessary.

(17) **Medical Equipment:** Rental or, at Prudential's or a Prudential Health Care Doctor's option, purchase of a wheelchair, iron lung, hospital bed, or equipment for use of oxygen. For equipment purchased at Prudential's or a Prudential Health Care Doctor's option, this item includes repair and necessary maintenance of purchased equipment not provided under a manufacturer's warranty or a purchase agreement.

(18) **Services or Supplies for a Live Transplant Donor:** Any of the services and supplies shown above that are required for a live donor as a result of a surgical transplant procedure. This applies whether the Covered Person is the donor or the recipient of the transplant. But in the case of a Covered Person who is the recipient of the transplant, both of the following will apply:

    (a) The services and supplies will be considered to be furnished on account of the recipient's Sickness or Injury.

    (b) There is an Eligible Charge Limit on the charges for those services and supplies. That limit is the extent to which benefits for the charges, services and supplies are not provided by reason of the donor's coverage under one or more of:

        (i) the Group Contract, or any other group contract;

        (ii) any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including any prepayment coverage.

(19) **Home Health Care** services for part-time or intermittent home nursing care, other than Custodial Care, given or supervised by a Registered Nurse (R.N.), but only if the services:

    (a) are authorized by a Doctor; and

    (b) are furnished to the person while under a Doctor's care.

(20) **Preventive Care Services:** The following routine, screening or preventive health care services and supplies:

    (a) Newborn baby care.

    (b) Routine health assessments.

    (c) Immunizations.

    (d) One mammogram every year for women age 35 and older.

83500
MM R 3048

(1-42)

(e) Bone mass measurements performed on a qualified person to detect low bone mass and determine the person's risk of osteoporosis and fractures associated with osteoporosis. The term "qualified person" means:

   (i) a postmenopausal woman who is not receiving estrogen replacement therapy; or

   (ii) a person with: vertebral abnormalities; primary hyperparathyroidism; or a history of bone fractures; or

   (iii) a person who is: receiving long-term glucocorticoid therapy; or being monitored to assess the response to or efficacy of an approved osteoporosis drug therapy.

(f) Prostate cancer screening, as follows:

   (i) One screening every year for men age 40 through 49 who have a family history of prostate cancer or other prostate cancer risk factors.

   (ii) One screening every year for men age 50 and older.

Any requirement that a service or supply be for the diagnosis or treatment of a Sickness or Injury does not apply to this item (20).

(21) **Hospice Care Program** services and supplies authorized by a Doctor for the following for a member of the Family Unit, one member of which is a Terminally Ill Person (a person whose life expectancy is six months or less, as certified by the Doctor):

(a) Hospice room and board for the Terminally Ill Person, while the Terminally Ill Person is an inpatient in a Hospice.

(b) Other Hospice services furnished by a Hospice or a Hospice Team.

(c) Counseling services provided by members of a Hospice Team.

A Hospice Team must include a Doctor and a registered graduate nurse, and may include one or more of the following: a social worker; a clergyman/counselor; volunteers; a clinical psychologist; a physiotherapist; an occupational therapist.

But these services and supplies are included in this list of Services and Supplies only if all of these conditions are met:

(a) The Hospice operates as an integral part of a Hospice Care Program. If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a Hospice.

(b) Each service or supply is furnished within seven months from the date the Terminally Ill Person entered the Hospice Care Program or re-entered such program.

(22) **Counseling Services After the Death of a Terminally Ill Person:** Counseling services furnished to a Family Unit after the death of a Terminally Ill Person. But these services are included in this list of Services and Supplies only if all of these conditions are met:

(a) The counseling services are authorized by a Doctor and received under a Hospice Care Program within three months after the death of the Terminally Ill Person.

83500
MM R 3048

(1-42)

(b) On the day before the date of death, the Terminally Ill Person was:

(i) in the Hospice Care Program; and

(ii) a member of the Family Unit; and

(iii) a Covered Person for the benefits of this Coverage.

(23) **Post-delivery Inpatient Care:** Post-delivery inpatient care in a Hospital as needed for the medical treatment of a mother and her newborn child, but for not less than the Minimum Hospital Stay defined below.

But, if the Prudential Health Care Doctor(s) for the mother and child determine, and the mother agrees that the mother and child can be discharged from the Hospital before the end of the Minimum Hospital Stay, then post-delivery care will also include coverage for post-delivery visits. Any such visits will include at least the Postpartum Services defined below and will meet these tests:

(a) It is made on a timely basis as determined in accordance with recognized medical standards for that care.

(b) It is made in the mother's home, at a Prudential Health Care Doctor's office, at a health care facility or another appropriate location.

(c) It is made to or by a Prudential Health Care Doctor, a registered nurse, or a licensed health care provider whose scope of practice includes postpartum care and newborn assessment.

"Minimum Hospital Stay" means the following periods of inpatient Hospital stay, if the Prudential Health Care Doctor(s) for the mother and child determine the length of stay to be medically necessary or, if the mother requests it:

(a) 48 hours after a vaginal delivery; and

(b) 96 hours after a delivery by cesarean section; or

"Postpartum Services" means:

(a) parent education;

(b) help and training in breast or bottle feeding; and

(c) maternal and newborn screening lab tests, to the extent they are not performed during the inpatient Hospital stay.

Any requirement that a service or supply be for the diagnosis or treatment of a Sickness or Injury does not apply to: (a) the Minimum Hospital Stay; or (b) home visit described above.

(24) **Inpatient Care:** Inpatient care in a Hospital as needed for medical treatment following a mastectomy, but for not less than:

(a) 48 hours after a mastectomy; and

(b) 24 hours after a lymph node dissection for the treatment of breast cancer.

But, the Prudential Health Care Doctor may confer with the patient and determine that the patient may be discharged from the hospital sooner.

Any requirement that a service or supply be for the diagnosis or treatment of a Sickness or Injury does not apply to this item (24).

(25) The following services and supplies for the treatment of diabetes:

(a) supplies including:  blood glucose monitors; blood glucose monitors for the legally blind; test strips for glucose monitors; visual reading and urine testing strips; lancets and lancet devices; insulin and insulin analogs; injection aids; syringes; insulin pumps and equipment; insulin infusion devices; prescriptive and non-prescriptive oral agents for controlling blood sugar; glucagon emergency kits and podiatric appliances for the prevention of complications associated with diabetes.

(b) self-management training services, as needed, due to a significant change in the covered person's symptoms or conditions.  The services must be provided by a licensed, registered or certified or licensed health care provider.  Self-management training services shall include nutritional counseling, proper use of diabetes equipment, and periodic continuing education training when prescribed by a Prudential Health Care Doctor as warranted by the development of new techniques and treatment for diabetes.

## B.  BENEFITS FOR ELIGIBLE CHARGES UNDER PART I.

This Section describes the benefits for Eligible Charges under Part I.  Benefits for certain Sicknesses are limited as shown in Part III.  All benefits under this Part I and under Part II are subject to the Overall Maximum described in Part III.

(1) **Charges Not Subject to a Deductible:**

The Eligible Charges under this Part I are not subject to a Deductible, except as shown in (2) and (3) below.

**Benefit Amount Payable:**  The amount payable for all Eligible Charges under this Part I that are not subject to a Deductible and that are incurred by a person is the Covered Percent of those Eligible Charges.

(2) **Charges for Provider's Office Visits - Subject to Provider's Office Visit Deductible:**

Eligible Charges under this Part I for all medical care furnished during a visit to a Provider's office by a person are subject to a Provider's Office Visit Deductible.  That Deductible must be met for each Provider's office visit, except as stated below.  The Provider's Office Visit Deductible Amount is shown in the Schedule of Benefits.  The Provider's Office Visit Deductible applies to visits: (a) to a Prudential Health Care Doctor's office; (b) to another Prudential Health Care Provider's office; and (c) to a Non-Prudential Health Care Provider's office, if the visits are authorized by a Prudential Health Care Doctor.

The Provider's Office Visit Deductible does not apply to such Eligible Charges incurred during a visit for care and treatment of mental, psychoneurotic and personality disorders.

**Benefit Amount Payable:**  For each Provider's office visit that is subject to the Provider's Office Visit Deductible, the amount payable is the Covered Percent of those Eligible Charges incurred

by a person for the office visit after the Provider's Office Visit Deductible Amount for that visit has been met.

(3) **Charges for Emergency Room Visits - Subject to Emergency Room Visit Deductible:**

Eligible Charges under this Part I for all services and supplies furnished for medical care during a visit by a person to a Hospital's emergency room are subject to an Emergency Room Visit Deductible that must be met for each visit. The Emergency Room Visit Deductible Amount is shown in the Schedule of Benefits.

**Benefit Amount Payable:** For each visit to a Hospital's emergency room, the amount payable is the Covered Percent of those Eligible Charges incurred by a person for the visit after the Emergency Room Visit Deductible Amount for that visit has been met.

## PART II

## (Out-of-Network)

This Part II describes the benefits for charges that are Eligible Charges under this Part II.

## A.  ELIGIBLE CHARGES UNDER PART II.

The Eligible Charges under this Part II are described below. Part III describes any modification of these Eligible Charges for certain Sicknesses.

A charge is an Eligible Charge under this Part II if all of these conditions are met:

- It is made for a service or supply furnished to you or your Qualified Dependent and the service or supply:

    (a)  is a Prescription Drug dispensed by a pharmacy or other person or organization licensed to dispense drugs; or

    (b)  is other than a Prescription Drug and is furnished by a Non-Prudential Health Care Provider unless the furnishing of the particular service or supply by a Non-Prudential Health Care Provider is authorized by a Prudential Health Care Doctor.

- The service or supply is in the list below.

- The service or supply is ordered by a Doctor on account of the person's Sickness or Injury.

- The person is a Covered Person when the charge is incurred.

A charge is considered incurred on the date of the service or purchase for which the charge is made. A charge, or part of a charge, is not an Eligible Charge under this Part II if excluded. It is excluded to the extent it falls outside any Eligible Charge Limit in the list or is described in the Generally Excluded Charges section.

83500
MM R 3048

(1-42)

**Services and Supplies**

(1) **Hospital room and board.** This includes normal daily services and supplies furnished by the Hospital. This item (1) has an Eligible Charge Limit for each day the person is in a private room. That limit is the Hospital's standard semi-private room rate for that day. If the Hospital has no semi-private rooms, that limit is 90% of its lowest private room rate for that day. This Eligible Charge Limit does not apply for a day if on that day: (a) the person is being isolated in a private room because of the person's communicable disease; or (b) use of a private room is medically necessary, as determined by Prudential, for treatment of the person's condition.

(2) **All other supplies and non-professional services** furnished by the Hospital for medical care in it.

(3) **Convalescent Nursing Home** services and supplies for the following:

   (a) Convalescent Nursing Home room and board. This includes normal daily services and supplies furnished by the Convalescent Nursing Home.

   (b) Other supplies and non-professional services furnished by the Convalescent Nursing Home for medical care in it.

But these services and supplies are included in this list of Services and Supplies only if all of these conditions are met:

   (a) The person had a Hospital stay of at least three consecutive days.

   (b) The person's Doctor recommends the Convalescent Nursing Home Stay for recovery from a Sickness or Injury that caused the Hospital stay, or from a related Sickness or Injury.

   (c) The Convalescent Nursing Home Stay starts:

      (i) within 15 days after discharge from the Hospital stay; or

      (ii) within 15 days after a related Convalescent Nursing Home Stay (defined below).

   (d) The person is under the continuous care of the person's Doctor.

   (e) The person's Doctor certifies that the person needs 24 hour a day nursing care.

**There are these Eligible Charge Limits:**

   (a) Services and supplies are limited to those that are furnished during the first 60 days of all of the person's stays in a Convalescent Nursing Home that are due to the same or related causes and are separated by less than three months. Any days on which any of these services and supplies that are Eligible Charges Under Part I are furnished during those 60 days will count toward this limit.

   (b) There is an Eligible Charge Limit for each day of a Convalescent Nursing Home Stay. That limit is 50% of the standard semi-private room daily rate in the last Hospital in which the person was confined before the Convalescent Nursing Home Stay. If the Hospital has no semi-private rooms, the limit is 45% of its lowest private room daily rate.

**Related Convalescent Nursing Home Stays:** For the purpose of this item (3), all Convalescent Nursing Home Stays of a person due to the same or related causes are considered related unless:

(a) Between the stays, the person fully recovered from the Sickness or Injury that caused the prior stay; or

(b) In the case of your stays, you return to full-time work for your employer between the stays.

(4) **Anesthetics** and their administration.

(5) **Ambulance** use for local travel.

(6) **Doctors' services** for Surgical Procedures and for other medical care. There are these Eligible Charge Limits for Doctors' services:

(a) There is an Eligible Charge Limit shown in Part III for visits to or by Doctors for the person's mental, psychoneurotic or personality disorders.

(b) There is an Eligible Charge Limit for Elective Surgical Procedures performed without an Affirmative Second or Third Opinion. The Eligible Charge Limit is 80% of the amount which would otherwise have been the Eligible Charge for the Surgical Procedure.

(7) **Private duty professional nursing** by a registered graduate nurse, if such care is furnished while:

(a) intensive nursing care by such a nurse is required in the treatment of an acute Sickness or Injury; and

(b) the patient is not in either: (i) a Hospital; or (ii) any other health care institution that provides nursing care.

For each patient, the Eligible Charge Limit is $10,000 in each Calendar Year. Any charges for private duty professional nursing services that are Eligible Charges Under Part I will count toward this limit.

Requirement (a) above will in no event be considered to be met if the care actually furnished is mainly Custodial Care.

(8) **Speech therapy** by a qualified speech therapist.

(9) **Treatment by an audiologist** for loss or impairment of hearing. This includes examinations to determine the need for hearing aids or the need to adjust them.

(10) **Treatment by a physical or occupational therapist.** For each person in each Calendar Year, there is an Eligible Charge Limit for these services. Only those services will be included that are furnished during not more than 90 days in each Calendar Year in connection with any one Sickness or Injury. Any days on which any of these services that are Eligible Charges Under Part I are furnished in connection with such Sickness or Injury will count toward this limit.

(11) **Inhalation therapy.**

83500
MM R 3048

22

(1-42)

(12) **Prescription Drugs, including oral contraceptives and diaphragms,** prescribed by a Doctor and dispensed by a pharmacy or any other person or organization licensed to dispense drugs. Any requirement that a service or supply be for the diagnosis or treatment of Sickness or Injury does not apply to oral contraceptives and diaphragms.

(13) **Injectables,** other than prescribed insulin.

(14) **Allergy sera and biological sera.**

(15) **X-ray exams and lab exams.**

(16) **X-ray, Radium and Chemotherapy Treatments:** Treatment by X-ray, radium or any other radioactive substance, or by chemotherapy.

(17) **Medical Supplies:** Surgical dressings; blood and blood plasma not replaced by or for the patient; artificial limbs, larynx and eyes; heart pacemaker; casts, splints, trusses, braces and crutches; oxygen. This item includes replacements that are functionally necessary.

(18) **Medical Equipment:** Rental or, at Prudential's option, purchase of a wheelchair, iron lung, hospital bed, or equipment for use of oxygen. For equipment purchased at Prudential's option, this item includes repair and necessary maintenance of purchased equipment not provided under a manufacturer's warranty or a purchase agreement.

(19) **Services and Supplies for a Live Transplant Donor:** Any of the services and supplies shown above that are required for a live donor as a result of a surgical transplant procedure. This applies whether the Covered Person is the donor or the recipient of the transplant. But in the case of a Covered Person who is the recipient of the transplant, both of the following will apply:

   (a) The services and supplies will be considered to be furnished on account of the recipient's Sickness or Injury.

   (b) There is an Eligible Charge Limit on the charges for those services and supplies. That limit is the extent to which benefits for the charges, services and supplies are not provided by reason of the donor's coverage under one or more of:

      (i) the Group Contract, or any other group contract;

      (ii) any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including any prepayment coverage.

(20) **Home Health Care** services and supplies for the following:

   (a) Part-time or intermittent home nursing care given or supervised by a Registered Nurse (R.N.).

   (b) Part-time or intermittent home health aide service, mainly for care of the person.

   (c) Physical, occupational, speech or respiratory therapy by a qualified therapist.

   (d) Nutrition counseling furnished or supervised by a registered dietician.

   (e) Medical supplies and equipment, lab services, drugs and medicines prescribed by a Doctor.

83500
MM R 3048

(1-42)

But these services and supplies are included in this list of Services and Supplies only if all of these conditions are met:

(a) The services are not mainly Custodial Care.

(b) The services and supplies are prescribed in writing by the person's Doctor:

    (i) as medically needed for the continued care and treatment of the person's Sickness or Injury at home; and

    (ii) as being in place of an Inpatient Stay in a Hospital or Convalescent Nursing Home that would be required in the absence of such services; and

    (iii) no later than 14 days after the start of the home health care.

(c) The services and supplies are furnished to the person while under a Doctor's care.

There is an Eligible Charge Limit on the Services included above. For each person in each Calendar Year, the services are limited to those that are furnished during the first 60 Home Health Care Visits in that Calendar Year. A Home Health Care Visit means a visit by a member of a home health care team. Any Home Health Care Visits during which any of these services that are Eligible Charges Under Part I are furnished will count toward this limit.

(21) **Hospice Care Program** services and supplies that are described below and are furnished for a member of the Family Unit who is a Terminally Ill Person. Terminally Ill Person means a person whose life expectancy is six months or less, as certified by the person's Doctor. Hospice Care Program means a formal program directed by a Doctor to help care for a Terminally Ill Person.

(a) Hospice room and board for the Terminally Ill Person, while the Terminally Ill Person is an inpatient in a Hospice.

(b) Other Hospice services furnished by a Hospice or a Hospice Team.

(c) Counseling services provided by members of a Hospice Team.

A Hospice Team is a team of professionals and volunteer workers who provide care to: (1) reduce or abate pain or other symptoms of mental or physical distress; and (2) meet the special needs arising out of the stresses of the terminal illness, dying and bereavement. The team may include one or more of the following: a social worker; a clergyman/counselor; volunteers; a clinical psychologist; a physiotherapist; an occupational therapist.

But these services and supplies are included in this list of Services and Supplies only if all of these conditions are met:

(a) The Hospice operates as an integral part of a Hospice Care Program. If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a Hospice.

(b) The Hospice Team includes at least a Doctor and a registered graduate nurse.

83500
MM R 3048

(1-42)

(c) Each service or supply also meets these conditions:

(i) It is furnished under a Hospice Care Program that meets standards set by the National Hospice Organization and approved by Prudential. If such a program is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a Hospice Care Program.

(ii) It is furnished while the Terminally Ill Person is in a Hospice Care Program. The person will not be considered in a Hospice Care Program until Prudential is given certification of the person's terminal illness by the person's Doctor.

(iii) It is ordered by the Doctor directing the Hospice Care Program as part of the Hospice Care Program.

(iv) It is provided within seven months from the date the Terminally Ill Person entered the Hospice Care Program or re-entered such program.

(22) **Counseling Services After the Death of a Terminally Ill Person:** Counseling services furnished to a Family Unit after the death of a Terminally Ill Person. But these services are included in this list of Services and Supplies only if all of these conditions are met:

(a) The Counseling Services are ordered and received under a Hospice Care Program within three months after the death of the Terminally Ill Person.

(b) On the day before the date of death, the Terminally Ill Person was:

(i) in the Hospice Care Program; and

(ii) a member of the Family Unit; and

(iii) a Covered Person for the benefits of this Coverage.

(23) **Preventive Care Services:** The following routine, screening or preventive health care services and supplies:

(a) Routine health assessments, up to an Eligible Charge Limit of $100.00 for all assessments furnished to a person in any one calendar year.

(b) Child immunization services from birth through 6 years of age.

(c) Immunizations for you, and your Qualified Dependents age 7 and older, as follows:

(i) The wholesale cost of the immunization agent plus $5.00 if the immunization is given during a Doctor's office visit for a Sickness; and

(ii) The wholesale cost of the immunization agent if the immunization is given other than during a Doctor's office visit for a Sickness.

(d) One mammogram every year for women age 35 and older.

(e) Bone mass measurements performed on a qualified person to detect low bone mass and determine the person's risk of osteoporosis and fractures associated with osteoporosis. The term "qualified person" means:

(i) a postmenopausal woman who is not receiving estrogen replacement therapy; or

      (ii)  a person with:  vertebral abnormalities; primary hyperparathyroidism; or a history of bone fractures; or

      (iii)  a person who is:  receiving long-term glucocorticoid therapy; or being monitored to assess the response to or efficacy of an approved osteoporosis drug therapy.

  (f)  Prostate cancer screening, as follows:

      (i)  One screening every year for men age 40 through 49 who have a family history of prostate cancer or other prostate cancer risk factors.

      (ii)  One screening every year for men age 50 and older.

Any requirement that a service or supply be for the diagnosis or treatment of a Sickness or Injury does not apply to this item (23).

(24) **Post-delivery Inpatient Care:**  Post-delivery inpatient care in a Hospital as needed for the medical treatment of a mother and her newborn child, but for not less than the Minimum Hospital Stay defined below.

But, if the Doctor(s) for the mother and child determine, and the mother agrees that the mother and child can be discharged from the Hospital before the end of the Minimum Hospital Stay, then post-delivery care will also include coverage for post-delivery visits.  Any such visits will include at least the Postpartum Services defined below and will meet these tests:

  (a)  It is made on a timely basis as determined in accordance with recognized medical standards for that care.

  (b)  It is made in the mother's home, at a Doctor's office, at a health care facility or another appropriate location.

  (c)  It is made to or by a Doctor, a registered nurse, or a licensed health care provider whose scope of practice includes postpartum care and newborn assessment.

"Minimum Hospital Stay" means the following periods of inpatient Hospital stay, if the Doctor(s) for the mother and child determine the length of stay to be medically necessary or, if the mother requests it:

  (a)  48 hours after a vaginal delivery; and

  (b)  96 hours after a delivery by cesarean section; or

"Postpartum Services" means:

  (a)  parent education;

  (b)  help and training in breast or bottle feeding; and

  (c)  maternal and newborn screening lab tests, to the extent they are not performed during the inpatient Hospital stay.

Any requirement that a service or supply be for the diagnosis or treatment of a Sickness or Injury does not apply to:  (a) the Minimum Hospital Stay; or (b) home visit described above.

83500
MM R 3048

(1-42)

(25) **Inpatient Care:**  Inpatient care in a Hospital as needed for medical treatment following a mastectomy, but for not less than:

(a) 48 hours after a mastectomy; and

(b) 24 hours after a lymph node dissection for the treatment of breast cancer.

But, the Doctor may confer with the patient and determine that the patient may be discharged from the hospital sooner.

Any requirement that a service or supply be for the diagnosis or treatment of a Sickness or Injury does not apply to this item (25).

(26) The following services and supplies for the treatment of diabetes:

(a) supplies including:  blood glucose monitors; blood glucose monitors for the legally blind; test strips for glucose monitors; visual reading and urine testing strips; lancets and lancet devices; insulin and insulin analogs; injection aids; syringes; insulin pumps and equipment; insulin infusion devices; prescriptive and non-prescriptive oral agents for controlling blood sugar; glucagon emergency kits and podiatric appliances for the prevention of complications associated with diabetes.

(b) self-management training services, as needed, due to a significant change in the covered person's symptoms or conditions.  The services must be provided by a licensed, registered or certified or licensed health care provider.  Self-management training services shall include nutritional counseling, proper use of diabetes equipment, and periodic continuing education training when prescribed by a Doctor as warranted by the development of new techniques and treatment for diabetes.

## B. BENEFITS FOR ELIGIBLE CHARGES UNDER PART II.

This Section describes the benefits for Eligible Charges under Part II.  Benefits for certain Sicknesses are limited as shown in Part III.  All benefits under this Part II and under Part I are subject to the Overall Maximum described in Part III.

All Eligible Charges under this Part II are subject to either the Calendar Year Deductible or the Prescription Drug Calendar Year Deductible.

(1) **Charges Subject to the Calendar Year Deductible:**

All Eligible Charges under this Part II, other than charges for Prescription Drugs, are subject to the Calendar Year Deductible.  Each person must meet the Calendar Year Deductible for each Calendar Year before benefits will be payable for any Eligible Charges Under Part II incurred by the person in that Calendar Year for other than Prescription Drugs.  It will be met when Eligible Charges Under this Part II equal to the Calendar Year Deductible Amount have been incurred by that person in that Calendar Year for other than Prescription Drugs.  Eligible Charges Under Part I do not count toward the Calendar Year Deductible under this Part II.  The Calendar Year Deductible Amount is shown in the Schedule of Benefits.

**Benefit Amount Payable:**  For each person, the amount payable for Eligible Charges under this Part II, other than charges for Prescription Drugs, is the Covered Percent of those Eligible Charges incurred in a Calendar Year by the person after the person's Calendar Year Deductible has been met for that Calendar Year.

83500
MM R 3048

27

(1-42)

(2) **Charges for Prescription Drugs - Subject to the Prescription Drug Calendar Year Deductible:**

All Eligible Charges under this Part II for Prescription Drugs are subject to the Prescription Drug Calendar Year Deductible. Each person must meet the Prescription Drug Calendar Year Deductible for each Calendar Year before benefits will be payable for any Eligible Charges Under Part II for Prescription Drugs incurred by the person in that Calendar Year. It will be met when Eligible Charges Under this Part II equal to the Prescription Drug Calendar Year Deductible Amount have been incurred by that person in that Calendar Year for Prescription Drugs. Eligible Charges Under Part I do not count toward the Prescription Drug Calendar Year Deductible under this Part II. The Prescription Drug Calendar Year Deductible Amount is shown in the Schedule of Benefits.

**Benefit Amount Payable:** For each person, the amount payable for Eligible Charges under this Part II for Prescription Drugs is the Covered Percent of those Eligible Charges incurred in a Calendar Year by the person after the person's Prescription Drug Calendar Year Deductible has been met for that Calendar Year.

## PART III

## (Both In and Out-of-Network)

This Part III describes benefit limits for and modifications of the Eligible Charges under Part I and Part II for certain Sicknesses. It also describes the Overall Maximum that applies to all benefits under Part I and Part II.

## A. BENEFIT LIMITS FOR AND MODIFICATION OF ELIGIBLE CHARGES UNDER PART I AND PART II
## - for Charges for Serious Mental Illnesses:

This Section A applies only to Eligible Charges under Part I and Part II, and benefits for those charges, that are for services and supplies furnished on account of Serious Mental Illnesses. The Eligible Charges under Part I and Part II, and the benefits for those charges, are determined in the same way as for other Sicknesses, except as stated below.

The Eligible Charges under Part I and Part II, and the benefits for those charges for the diagnosis and treatment of Serious Mental Illnesses, are determined in the same way as for other Sicknesses, except as stated in (1) and (2) below.

(1) Hospital Inpatient Stays for the diagnosis and treatment of Serious Mental Illnesses.

Benefits will not be provided for more than 45 days of a person's Hospital Inpatient Stays in a Calendar Year.

(2) Outpatient services, including group and individual treatment, for the diagnosis and treatment of Serious Mental Illnesses.

Benefits will not be provided for more than 60 outpatient visits in a Calendar Year. However, outpatient visits solely for the purpose of medication management will not count towards this visit limit.

83500
MM R 3048

(1-42)

Serious Mental Illnesses are the following psychiatric illnesses, as defined by the American Psychiatric Association in the Diagnostic and Statistical Manual (DMS) III-R:

- schizophrenia;

- paranoid and other psychotic disorders;

- bipolar disorders; hypomanic, manic and mixed;

- major depressive disorders (single episode or recurrent);

- schizo-affective disorders (bipolar or depressive);

- pervasive developmental disorders;

- obsessive-compulsive disorders;

- depression in childhood and adolescence.

## B. BENEFIT LIMITS FOR AND MODIFICATION OF ELIGIBLE CHARGES UNDER PART I AND PART II
### - for Charges for Mental, Psychoneurotic and Personality Disorders (other than Serious Mental Illnesses), and Chemical Dependency:

This Section B applies only to Eligible Charges under Part I and Part II, and benefits for those charges, that are for services and supplies furnished on account of Sicknesses that are: mental, psychoneurotic or personality disorders (other than Serious Mental Illnesses), or chemical dependency. The Eligible Charges under Part I and Part II, and the benefits for those charges, are determined in the same way as for other Sicknesses, except as stated below.

The list of Services and Supplies is enlarged to include Intermediate Care Facility Services and services furnished by a Psychiatric Day Treatment Facility, a Residential Treatment Center for Children and Adolescents, and a Crisis Stabilization Unit.

(1) **Definitions:**

**A Psychiatric Day Treatment Facility** is a mental health facility which meets all of these conditions:

- It is clinically supervised by a doctor of medicine who is certified in psychiatry by the American Board of Psychiatry and Neurology.

- It provides organizational structure and individualized treatment plans separate from an inpatient program.

- It is accredited by the Program of Psychiatric Facilities, or its successor, The Joint Commission on Accreditation of Healthcare Organizations.

- It treats a patient for not more than 8 hours in any 24-hour period.

- The treatment is provided in a structured psychiatric program using an Individual Treatment Plan.

**An Individual Treatment Plan** is a plan with specific attainable goals and objectives appropriate both to the patient and the treatment modality of the program.

**A Residential Treatment Center for Children and Adolescents** is a child-care institution that provides residential care and treatment for emotionally disturbed children and adolescents and that is accredited as a residential treatment center by the Council on Accreditation, the Joint Commission on Accreditation of Healthcare Organizations or the American Association of Psychiatric Services for Children.

**A Crisis Stabilization Unit** is a 24-hour residential program that is usually short-term in nature and that provides intensive supervision and highly structured activities to persons who are demonstrating an acute demonstrable psychiatric crisis of moderate to severe proportions.

**A Hospital Inpatient Stay** is a Hospital Stay for which a room and board charge is made by the Hospital.

**Intermediate Care Facility Services** means only continuous treatment at an Intermediate Care Facility of not less than three hours and not more than twelve hours in a 24 hour period. It does not include a Hospital Inpatient Stay.

**Chemical Dependency** means the abuse of or psychological or physical dependence on or addiction to alcohol or a controlled substance.

**Controlled Substance** means a toxic inhalant or a substance designated as a controlled substance in the Chapter 481, Health and Safety Code.

**Series of Treatments** means a planned, structured, and organized program promoting chemical free status which may include different facilities or modalities. A Series of Treatments is complete when the covered individual is discharged on medical advice from one, or a series, of the following levels without a lapse in treatment:

- inpatient detoxification;

- inpatient rehabilitation/treatment; or

- partial hospitalization or intensive outpatient.

**Toxic Inhalant** means a volatile chemical under Chapter 484, Health and Safety Code, or abusable glue or aerosol paint under Section 485.001, Health and Safety Code.

(2) Hospital Inpatient Stays for mental, psychoneurotic and personality disorders other than for the diagnosis and treatment of Serious Mental Illnesses.

Subject to (9) below, benefits will not be provided for more than 30 days of a person's Hospital Inpatient Stays in a Calendar Year.

(3) Intermediate Care Facility Services for mental, psychoneurotic and personality disorders other than for the diagnosis and treatment of Serious Mental Illnesses.

83500
MM R 3048

(1-42)

Subject to (9) below, benefits will not be provided for more than 60 days of Intermediate Care Facility Services in a Calendar Year.

(4) Treatment in a Psychiatric Day Treatment Facility for mental, psychoneurotic and personality disorders (other than Serious Mental Illnesses):

Benefits for treatment in a Psychiatric Day Treatment Facility will be determined as if the treatment were care during a Hospital Inpatient Stay, subject to (a) and (b) below:

(a) The treatment must be under the direction and continued medical supervision of a doctor of medicine or doctor of osteopathy; and the attending Doctor must certify that the treatment is in lieu of care during a Hospital Inpatient Stay.

(b) Each full day of treatment in a Psychiatric Day Treatment Facility will be considered as one half of one day of treatment during a Hospital Inpatient Stay.

(5) Treatment in a Residential Treatment Center for Children and Adolescents and a Crisis Stabilization Unit for mental, psychoneurotic and personality disorders (other than Serious Mental Illnesses):

Benefits for treatment in a Residential Treatment Center for Children and Adolescents and a Crisis Stabilization Unit will be determined as if the treatment were care during a Hospital Inpatient Stay, subject to (a), (b) and (c) below:

(a) The services for which benefits are to be paid must be based on an Individual Treatment Plan.

(b) The providers of services for which benefits are to be paid must be licensed or operated by the appropriate state agency or board to provide those services.

(c) Each full day of treatment in a Residential Treatment Center for Children and Adolescents or Crisis Stabilization Unit will be considered as one half of one day of treatment during a Hospital Inpatient Stay.

(6) Subject to (8) and (9) below, the percents used in determining the benefit amount payable for Hospital Inpatient Stays for mental, psychoneurotic and personality disorders (other than Serious Mental Illnesses) are as follows, and not the Covered Percent shown in the Schedule of Benefits.

Under Part I -   80%   for all services received in the first 15 days of treatment in any Calendar Year;

              60%   for all services received after the 15th day of treatment in any Calendar Year.

Under Part II -   50%

(7) Subject to (8) and (9) below, the percents used in determining the benefit amount payable for Intermediate Care Facility Services for mental, psychoneurotic and personality disorders (other than Serious Mental Illnesses) are as follows, and not the Covered Percent shown in the Schedule of Benefits.

Under Part I -   80%   for all services received in the first 30 days of treatment in any Calendar Year;

60%    for all services received after the 30th day of treatment in any Calendar Year.

Under Part II -    50%

(8) In determining the number of days for which benefits are available and the percent at which benefits are payable for mental, psychoneurotic and personality disorders (other than Serious Mental Illnesses):

    (a) Each day of Hospital Inpatient Stay will count as two days of Intermediate Care Facility Services; and

    (b) Each two days of Intermediate Care Facility Services will count as one day of Hospital Inpatient Stay.

(9) After a specified amount of Eligible Charges under Part I (shown in the Covered Percents section of the Schedule of Benefits) is incurred in a Calendar Year for any of a person's Sicknesses and Injuries, the percent, other than any percent shown in (10) below, at which benefits will be payable under Part I for that person will be 100% for the balance of that Calendar Year. Charges used to meet a Deductible and charges already payable at 100% do not count toward that specified amount under Part I.

After a specified amount of Eligible Charges under Part II (shown in the Covered Percents section of the Schedule of Benefits) is incurred in a Calendar Year for any of a person's Sicknesses and Injuries, the percent, other than any percent shown in (10) below, at which benefits will be payable under Part II for that person will be 100% for the balance of that Calendar Year. Charges used to meet a Deductible and charges already payable at 100% do not count toward that specified amount under Part II.

(10) The Limits below apply to charges for mental, psychoneurotic and personality disorders incurred other than: (i) during a Hospital Inpatient Stay; (ii) for Intermediate Care Facility Services; and (iii) for convulsive therapy; and (iv) for the diagnosis and treatment of Serious Mental Illnesses.

- Eligible Charge Limit under Part II - $80.00 for each visit.

- The percentages used in determining the benefit amount payable are as follows, and not the Covered Percent shown in the Schedule of Benefits.

Under Part I -    100%    for the first 3 visits in any Calendar Year;

                70%    for each visit thereafter.

Under Part II -    70%    for the first 3 visits in any Calendar Year.

                50%    for each visit thereafter.

(11) Chemical Dependency:

For each person, the services for Chemical Dependency are limited to three separate Series of Treatments per lifetime. No other limitations apply.

If a Covered Person fails to materially comply with the treatment program for a period of 30 days, any additional treatment will be considered a separate Series of Treatments.

83500
MM R 3048

32

(1-42)

## C. OVERALL MAXIMUM.

This section C applies to all benefits for Eligible Charges under both Part I and Part II.

The benefits of this Coverage under Part I and Part II for a person's Sicknesses and Injuries will not be more than any applicable Overall Benefit Maximum(s) shown in the Schedule of Benefits. Exceptions to this rule are described below.

**Automatic Limited Restoration:** Except as stated in the Schedule of Benefits, this applies when there is any lifetime Overall Benefit Maximum for all of the person's Sicknesses and Injuries (or all of a certain kind).

At the start of each Calendar Year, if the person is then a Covered Person, any previously used part of that maximum will then be restored for future charges, up to the lesser of:

(a)   $1,000; and

(b)   The amount needed to restore the full maximum.

**Restoration with Evidence of Insurability:** Except as stated in the Schedule of Benefits, this applies to any lifetime Overall Benefit Maximum of a person, when at least $1,000 of that maximum has become payable. That full Overall Benefit Maximum may be restored for future charges. To get this, you must give evidence of that person's insurability satisfactory to Prudential. The maximum will be restored when Prudential decides the evidence is satisfactory.

The Schedule of Benefits shows the maximum for any kinds of Sicknesses or Injuries to which restoration does not apply.

The benefits of this Coverage under Part I for services and supplies furnished to a person (you or your Qualified Dependent) by a Prudential Health Care Provider are payable to that Prudential Health Care Provider. Otherwise, the benefits of this Coverage are payable to you. The Claim Rules apply to the payment of the benefits to you.

83500
MM R 3048                                                                                                                (1-42)

# Modification of Part II of the Major Medical Expense Coverage - Early Determination of Need for Hospital Stay

Under the terms of the Coverage, Eligible Charges do not include charges for services or supplies that are not needed or not appropriately provided. Those services or supplies are ones which are not needed and appropriately provided for medical care of a diagnosed Sickness or Injury. The Group Contract includes the tests which a service or supply, including a Hospital stay, must meet in order to be considered needed and appropriately provided. Prudential will make a Determination of Need for each day of an Inpatient Hospital Stay. That Determination of Need is solely for the purpose of determining Eligible Charges under the Coverage, and is not medical advice.

For days of Inpatient Hospital Stay not approved as needed and appropriately provided under a Determination of Need, no benefits are payable under the Coverage. This could include all days of an Inpatient Hospital Stay or some of them.

Section C describes the procedures and time limits that apply to a request for an early Prudential Determination of Need for days of an Inpatient Hospital Stay. Unless such a request is made and complies with Section C within those time limits, the Eligible Charges for approved days of Inpatient Hospital Stay are subject to the Eligible Charge limit in Section A. This can result in a smaller benefit under the Coverage, since benefits are based upon Eligible Charges.

Section B defines many of the terms used in this Modification.

## A. EFFECT WHEN A REQUEST FOR PRUDENTIAL'S DETERMINATION OF NEED IS NOT MADE ON TIME.

The Eligible Charge limit below applies to charges incurred for each day of Inpatient Hospital Stay that Prudential approves as needed and appropriately provided for medical care of the patient's condition, other than:

(1) Any day approved as a result of a Determination of Need or extension that complies with Section C, including its time limits.

(2) Any day which: (a) is approved as a result of a Determination of Need or extension that complies with Section C except for its time limits; and (b) occurs after the date of Prudential's receipt of the request.

Thus, the Eligible Charge limit applies only to an approved day not described in (1) or (2) above. That Eligible Charge limit does not apply when there is full compliance with Section C (Request For Early Prudential Determination Of Need).

**Eligible Charge limit:** The Eligible Charges for each such day will be only 80% of the charges that would be Eligible Charges without regard to this Modification.

## B.  DEFINITIONS.

**Inpatient Hospital Stay:**  A Hospital stay for which a room and board charge is made by the Hospital.

**Determination of Need:**  A determination by Prudential, under the terms of the Coverage, that approves or disapproves a day or days of Inpatient services or days of Inpatient Hospital Stay (including Hospital services and supplies) as needed and appropriately provided for medical care of a diagnosed Sickness or Injury.

**Eligible Charges:**  These are the charges that may be used as the basis for a claim under the terms of the Coverage.

**Non-Emergency Admission:**  A Hospital admission which is for an Inpatient Hospital Stay but is not an Emergency Admission.

**Emergency Admission:**  A Hospital admission for an Inpatient Hospital Stay for a condition that requires Emergency Care.

**Emergency Care:**  Bona fide emergency services provided after the sudden onset of a medical condition manifesting itself by acute symptoms of sufficient severity, including severe pain, such that the absence of immediate medical attention could reasonably be expected to result in:

(1)  placing the patient's health in serious jeopardy; or

(2)  serious impairment to bodily functions; or

(3)  serious dysfunction of any bodily organ or part.

GRP 89010

**Weekday:**  Any day of the week including Saturday, Sunday and legal holidays.

## C.  REQUEST FOR EARLY PRUDENTIAL DETERMINATION OF NEED.

1.  Non-Emergency Admission.

You or the patient must arrange for a request for Prudential's Determination of Need to be made. The request must meet these tests:

(a)  It must be made by phone call to Prudential from the Doctor, patient or a member of the patient's family at least seven Weekdays before the Hospital stay starts.  However, the time frame for the notice will be reduced if Prudential determines that it is not medically appropriate for the Hospital stay to be delayed for seven Weekdays.

(b)  It must include the facts required by Prudential for its Determination of Need.  If the request does not include all such facts, Prudential has the right to ask you or the patient's Doctor for them.  The request for Determination of Need will not be considered complete unless they are supplied by the end of the second Weekday after Prudential asks.

If the above tests are met, Prudential will tell the patient's Doctor and the Hospital, by phone, the number of days of Inpatient Hospital Stay that Prudential approves as needed and appropriately provided for medical care of the patient's condition.  This will be confirmed by written notice sent to you, to the Doctor, and to the Hospital.

2.  Emergency Admission.

The rules for Non-Emergency Admission apply, except that:

(a)  The request for Prudential's Determination of Need must be made by phone not later than 48 hours after the Hospital stay starts.  Exceptions may be made if it can be demonstrated to Prudential's satisfaction that it was not possible to meet this time frame.

(b)  The phone call may be made by the patient's Doctor, the Hospital, or a member of the patient's family.

3.  Extension of Length of Hospital Stay.

It may be possible to extend the number of days of Inpatient Hospital Stay that Prudential had approved as needed and appropriately provided for medical care of the patient's condition under the terms of the Coverage.

Prudential will make a new Determination of Need on the basis of information given by the Doctor.  The Doctor will be told how many more days, if any, that Prudential approves as needed and appropriately provided for medical care of the patient's condition.  This will be confirmed by written notice sent to you, to the Doctor, and to the Hospital.

## D.  EARLY PRUDENTIAL DETERMINATION OF NEED DOES NOT GUARANTEE BENEFITS.

Prudential's Determination of Need under Section C does not guarantee either payment of benefits or the amount of benefits.  Eligibility for, and payment of, benefits are subject to all of the terms of the Coverage.  But Prudential's Determination of Need under that section is binding on it, unless Prudential has been misled by the information furnished to it.

## E.  PRUDENTIAL'S ADDRESS AND PHONE NUMBER.

Prudential will give the Contract Holder instructional material to give to you.  That material includes the address and phone number to be used in requesting an early Prudential Determination of Need.  It also describes the facts to be supplied with the request.

---

**Covered Classes to Which These Changes Apply:  All Employees located in one of the following Service Areas:  El Paso, Texas; North Texas; or North East Texas.**

# Changes in Major Medical Expense Coverage for Mental, Psychoneurotic and Personality Disorders, and Chemical Dependency

The Coverage is changed as follows with respect to services and supplies furnished for mental, psychoneurotic and personality disorders, and chemical dependency.

1.  Any part of the Coverage, Part I (In-Network) and Part III, which requires such services or supplies to be furnished or authorized by a Prudential Health Care Doctor to obtain a certain level of benefits, shall not apply.  Instead, those services and supplies must be authorized by a Mental Health Case Manager.

    A Mental Health Case Manager is a person named by Prudential who:

    a.  Assesses and refers Covered Persons for treatment of mental, psychoneurotic and personality disorders, and chemical dependency; and

    b.  Has special education or training in psychiatric nursing, clinical psychology or counseling.

2.  The exclusion for Emergency Care shown on the list of Generally Excluded Charges shall not apply to charges incurred in connection with emergency incidents for mental, psychoneurotic and personality disorders, and chemical dependency.  Instead, the following exclusion will apply for those emergency incidents:

    **Emergency Care for Mental, Psychoneurotic and Personality Disorders, and Chemical Dependency**

    Charges incurred in connection with Emergency Care for these conditions after the first 48 hours following the onset of the emergency incident will not be covered In-Network (Part I).  But this will not apply if: (a) a Mental Health Case Manager is given notice of the emergency incident within those first 48 hours; and (b) the service or supply furnished after the first 48 hours is authorized by a Mental Health Case Manager.

    If because of the patient's condition, it is not reasonably possible to give such notice within this time limit, a Mental Health Case Manager must be notified as soon as reasonably possible.

83500
MM T 3054

(1-1)

# Modification of Major Medical Expense Coverage For Institutes of Quality and Companion Travel Programs

These provisions change the Major Medical Expense Coverage (called Coverage below) to provide Health Care Services under the Group Contract for Covered Persons under written agreements (called the Agreement below) between Prudential and the Institute of Quality. These provisions also reflect the addition of the Companion Travel Program to the Coverage.

All of the terms and provisions of the Group Contract apply to the Institutes of Quality and Companion Travel Programs, except as specifically altered by this Modification.

## I.   DEFINITIONS.

For the purpose of the Coverage of which this form is a part, the following terms will have the meaning set forth below:

**Health Care Services** means the medical care rendered to a Covered Person by a Provider for Procedures.

**Institute of Quality** means a Provider who has entered into an Agreement with Prudential to provide Health Care Services for specific procedures. The Institutes of Quality are shown in the listing as required by the provisions of section V. Listing of Institutes of Quality and Procedures.

**Negotiated Fees** means a specific dollar amount to be charged by an institutional Provider per stay, regardless of the actual itemized services and supplies furnished by the Provider. Negotiated Fees are set forth in the reimbursement schedule in the Agreement between Prudential and the Provider.

**Pre-Screening Evaluation** means the review of past and present medical records and current X-ray and laboratory results by the Institute of Quality to determine whether the Covered Person is an appropriate candidate for the Procedure.

**Procedure** means one or more surgical procedures or medical therapy performed in an Institute of Quality. Examples of procedures that may be performed in an Institute of Quality are organ transplants, bone marrow transplants for certain diseases and brain and spinal cord injury rehabilitation.

**Provider** means an individual, organization or institution licensed by the state in which it is located and that is an Institute of Quality.

**Travel Companion** means that person chosen by a Covered Person to accompany the Covered Person to an Institute of Quality, or other facility that performs Procedures that could be performed in an Institute of Quality, and to remain there for all or a portion of the duration of the Covered Person's stay. In the event the Covered Person is incapable of making this choice, the selection may be made by the person responsible for the welfare of the Covered Person.

## II.  INSTITUTES OF QUALITY PROGRAM.

Each Institute of Quality has agreed to furnish services and supplies for one or more Procedures to Covered Persons under the terms of the Agreement.  The charges for Health Care Services under the Agreement are reimbursed on the basis of a Negotiated Fee.  The Negotiated Fee is generally lower than the Institute of Quality's usual charge for other patients.

Under the Institutes of Quality Program, the Covered Person or the Covered Person's physician, may elect to use the services of and initiate the referral to an Institute of Quality for the Procedures covered by the Agreement.  The Institute of Quality selected by the Covered Person is subject to approval by Prudential.  Covered Persons do not have to use an Institute of Quality, in which case, only the provisions of sections III and IV of this Modification shall apply to the Procedure.

If a Covered Person elects to use the Institute of Quality Program to provide Health Care Services for a Procedure, any requirements for early determination of need for hospital stay or for second surgical opinions that may be part of the Group Contract will not apply.

The Institute of Quality Program covers eligible charges incurred for the Covered Person's travel to and from the Institute of Quality in which the Procedure is performed.

### Changes Made in the Coverage

Benefits for Eligible Charges for services and supplies furnished at an Institute of Quality are described below.  For the charges to be eligible, the Institute of Quality must perform a Pre-Screening Evaluation on the Covered Person and determine that the Procedure is appropriate for the treatment of the Covered Person.  In the case where the Covered Person initiates the referral, the Covered Person's physician, if any, will be notified prior to the Pre-Screening Evaluation being completed.

Benefits under the Coverage for Eligible Charges incurred for services and supplies at an Institute of Quality are modified as follows:

(1)  The Calendar Year Deductible Amount will not apply to Eligible Charges for services and supplies furnished by an Institute of Quality.

(2)  The reduction in benefit amount for any one period of Hospital stays, as stated in the Benefit Modification for Certain Hospital-Related Charges, shall not apply to stays in an Institute of Quality.

(3)  The Covered Percent for Eligible Charges for services and supplies furnished by an Institute of Quality is increased to 100%, and not the Covered Percent shown in the Schedule of Benefits of the Coverage.

(4)  100% of the eligible charges incurred for the transportation, by air, ambulance or otherwise, of a Covered Person to and from the Institute of Quality in which the Procedure is to be performed will be payable.  Unless otherwise approved by Prudential, the Institute of Quality in which the Procedure is performed must be the one that is nearest to the Covered Person's home.

## III.  COMPANION TRAVEL PROGRAM.

Under the Companion Travel Program, the Coverage is changed to pay benefits for some of the charges incurred by a person to accompany a Covered Person to an Institute of Quality, or alternative facility that performs procedures that could be performed at an Institute of Quality.  It also pays benefits for some of the charges a Travel Companion incurs to remain with the Covered Person for all

83500
MM T 3052

(3-1)

or a portion of the duration of the Covered Person's stay in the Institute of Quality, or alternative facility. Not all charges are eligible; some are excluded entirely or included to a limited extent. The itinerary the Travel Companion uses must be approved by Prudential before any charges are incurred. Itinerary includes mode of transportation and hotel accommodations. There are Companion Travel maximums and limits which apply to each Covered Person's stay in an Institute of Quality, or alternative facility.

**Changes Made in the Coverage**

Benefits under the Coverage are payable according to the terms of this section. Benefits are payable for Eligible Charges incurred for services and supplies by a Travel Companion while accompanying a Covered Person to an Institute of Quality or alternative facility located 50 or more miles from the Travel Companion's home.

A charge is an Eligible Charge under this Section if it is for a service or supply that meets all of these conditions:

(1)  It is in the list below.

(2)  It is furnished while the Travel Companion is accompanying a Covered Person to or from an Institute of Quality or while the Covered Person is confined in an Institute of Quality. The Institute of Quality must be located 50 or more miles from the Travel Companion's home. Or, if the Covered Person is an appropriate candidate for a procedure which could be performed at an Institute of Quality, but the Covered Person elects to have the procedure performed at an alternative facility, the services and supplies are incurred by a Travel Companion while accompanying a Covered Person to an alternative facility located 50 or more miles from the Travel Companion's home.

(3)  It is furnished as a part of a Travel Companion's itinerary which has been approved by Prudential.

List of Companion Travel Program Services and Supplies, subject to the Limits below.

(1)  Transportation as a passenger in or on a public vehicle provided by a common carrier for passenger service to the Institute of Quality or alternative facility; or

(2)  Transportation to the Institute of Quality or alternative facility by a Travel Companion using a motor vehicle; and

(3)  Hotel accommodations necessary for a Travel Companion to remain in the immediate area of the Institute of Quality or alternative facility for all or a portion of the duration of the Covered Person's stay; and

(4)  Meal expenses incurred by a Travel Companion.

**Limits:**

(1)  The following Eligible Charge Limits apply for Companion Travel Program Services and Supplies above:

(a)  There is an Eligible Charge Limit for each trip to an Institute of Quality or alternative facility. That limit is the amount equal to the cost of a round trip coach air fare to the Institute of Quality or alternative facility. This limit applies whether the transportation is as a passenger in or on a public vehicle provided by a common carrier for passenger service or while using a motor vehicle.

83500
MM T 3052

(3-1)

(b) There is a Hotel Accommodation Daily Eligible Charge Limit for charges incurred for each day of a Travel Companion's stay. That limit is an amount equal to the usual and prevailing daily charge for a room in a mid-range priced hotel.

(c) There is a Meal Expense Daily Limit of the reasonable and necessary charges incurred each day, not to exceed $25.00 per day.

(2) A service or supply which is a Companion Travel Program Service or Supply will be considered included in the list of services and supplies in the Eligible Charges section of the Coverage only by reason of these Companion Travel Program provisions.

**Amount Payable:**

For each stay by a Covered Person in an Institute of Quality, the amount payable for Eligible Charges for Companion Travel Services and Supplies incurred by a Travel Companion will be as described below. For each stay by a Covered Person in an alternative facility, the amount payable for Eligible Charges for Companion Travel Services and Supplies incurred by a Travel Companion will be seventy percent (70%) of the amount that would have been payable if the procedure had been performed in an Institute of Quality.

(1) The amount of the Eligible Charges incurred for transportation as a passenger in or on a public vehicle to the Institute of Quality, or alternative facility, up to the Companion Travel Transportation Maximum. The Maximum is an amount equal to the cost of one round trip coach air fare to the Institute of Quality or alternative facility, except if the Covered Person's stay in an Institute of Quality or alternative facility, is for three or more weeks. In that case, the Maximum will be the cost of two round trip coach air fares to the Institute of Quality or alternative facility.

(2) For transportation to the Institute of Quality or alternative facility while using a motor vehicle, the amount equal to (a) the number of miles to the Institute of Quality, or alternative facility, times (b) $.15 per mile, up to the Companion Travel Transportation Maximum, as defined in item (1) above.

Mileage will be determined by Prudential in accordance with the most current edition of the Rand McNally guide.

(3) The amount of the Eligible Charges incurred for Companion Travel Hotel Accommodations, not to exceed an amount of $50.00 per day, nor more than a total of 21 days during each stay by a Covered Person in an Institute of Quality, or alternative facility.

(4) The amount of the Eligible Charges for Travel Companion Meal Expenses not to exceed the Meal Expenses Maximum of $500.00.

**Charges Not Covered:**

(1)  Charges for personal comfort and convenience items.

(2)  Charges in connection with the Companion Travel Program that are not incurred during a Covered Person's stay in an Institute of Quality, or alternative facility, except travel days.

(3)  Charges in connection with transportation for the Travel Companion other than the trip required to accompany the Covered Person to and from the Institute of Quality, or alternative facility, except as stated above in item (1), Amount Payable.

(4)  Charges in connection with the repair or maintenance of a motor vehicle.

(5)  Charges for personal expenses incurred by the Travel Companion to maintain the Companion's home during the Covered Person's stay in the Institute of Quality or alternative facility.  These expenses include, but are not limited to: child care charges; house sitting charges; and kennel charges.

(6)  Reimbursement of any wages lost by the Travel Companion during the Covered Person's stay in the Institute of Quality or alternative facility.

## IV.  APPLICATION OF GENERALLY EXCLUDED CHARGES TO THE COMPANION TRAVEL PROGRAM.

Charges incurred for Companion Travel are not subject to the Generally Excluded Charges section of the Group Contract.

## V.  LISTING OF INSTITUTES OF QUALITY AND PROCEDURES.

The Covered Person shall receive from Prudential a listing of the institutes which are taking part in the Institutes of Quality Program.  The listing shall include the institute's name, address, telephone number, and the procedure(s) for which the institute is participating in the program.

---

The relationship between The Prudential and the Institute of Quality is that of independent contractors, and The Prudential, by virtue of the Institutes of Quality or Companion Travel Programs, is not responsible for the acts or omissions of the Institute of Quality involved in this program.

---

83500
MM T 3052

(3-1)

# Generally Excluded Charges

The term "Generally Excluded Charges" is used only in a health care expense Coverage. When it is used, it includes all of the following.

(1) **Pre-existing Sickness or Injury**

Charges in connection with all of a person's pre-existing Sicknesses or Injuries within a limited period will not be covered after $1,000 of benefits have become payable for those charges.

"Pre-existing condition" means a person's Sicknesses or Injuries for which any charges were incurred, or services received or treatment given, for medical care of that Sickness or Injury within the 90 days before the date that person became a Covered Person.

The limited period starts with the date that a person became a Covered Person and goes to the earlier of (a) and (b):

(a) The end, on or after the date the person became a Covered Person, of a period of 90 consecutive days in which no charges were incurred, nor services received nor treatment given, for medical care of that Sickness or Injury.

(b) The end of the one year period starting with the date the person became a Covered Person.

A charge is considered incurred on the date of the service or purchase for which the charge is made.

This limited period will not apply to a Covered Person who was continuously covered for a period of twelve months under any Prior Creditable Coverage, excluding any Prior Creditable Coverage that precedes a 63 consecutive day (or more) break in coverage. A period when a person is in an employment waiting period, if any, is not considered a break in coverage.

The limited period will be reduced by the length of time, during the twelve months preceding the person's enrollment date, that the Covered Person was covered under any Prior Creditable Coverage and any waiting period, during that twelve month period, that was applied before that Prior Creditable Coverage became effective.

This item (1) does not apply to:

(a) genetic information unless a condition related to that information is diagnosed;

(b) pregnancy;

(c) a newborn who became covered within 31 days of the date of birth;

(d) an adopted child under the age of eighteen who became covered within 31 days of the date of adoption or the date of placement for adoption.

(2) **Services or Supplies that are Not Needed or Not Appropriately Provided**

A charge for a service or supply will not be covered to the extent that it is not needed or not appropriately provided. Charges for services or supplies furnished in connection with a service or supply that is not needed or not appropriately provided are also not covered.

For the purpose of this exclusion a service or supply will be considered both "needed and appropriately provided" if Prudential determines that it meets each of these requirements:

(a) It is ordered by a Doctor for the diagnosis or the treatment of a Sickness or Injury. But certain routine and preventive health care services and supplies will be considered needed and appropriately provided for medical care only if they are included in the lists of Eligible Services and Supplies.

(b) The prevailing opinion within the appropriate specialty of the United States medical profession is that it is safe and effective for its intended use, and that its omission would adversely affect the person's medical condition.

(c) It is furnished by a provider with appropriate training, experience, staff and facilities to furnish that particular service or supply.

Prudential will determine whether these requirements have been met based on:

- Published reports in authoritative medical literature;

- Regulations, reports, publications or evaluations issued by government agencies such as the Agency for Health Care Policy and Research, the National Institutes of Health, and the Food and Drug Administration (FDA);

- Listings in the following drug compendia: *The American Medical Association Drug Evaluations, The American Hospital Formulary Service Drug Information and The United States Pharmacopeia Dispensing Information*; and

- Other authoritative medical sources to the extent that Prudential determines them to be necessary.

Services and supplies, including physical examinations and immunizations, solely required in connection with insurance, licensure, school or employment, for travel outside the United States, or for other similar reasons will not be covered.

(3) **Experimental or Investigational Services or Supplies**

A charge for a service or supply will not be covered to the extent that it is experimental or investigational. Charges for services or supplies furnished in connection with a service or supply that is experimental or investigational are also not covered.

For the purpose of this exclusion a service or supply will be considered "experimental or investigational" if Prudential determines that one or more of the following is true:

(a) The service or supply is under study or in a clinical trial to evaluate its toxicity, safety or efficacy for a particular diagnosis or set of indications. Clinical trials include but are not limited to phase I, II and III clinical trials.

(b) The prevailing opinion within the appropriate specialty of the United States medical profession is that the service or supply needs further evaluation for the particular diagnosis or set of indications before it is used outside clinical trials or other research settings.

Prudential will determine if this item (b) is true based on:

(i) Published reports in authoritative medical literature; and

(ii) Regulations, reports, publications and evaluations issued by government agencies such as the Agency for Health Care Policy and Research, the National Institutes of Health, and the FDA.

(c) In the case of a drug, device or other supply that is subject to FDA approval:

(i) It does not have FDA approval; or

(ii) It has FDA approval only under its Treatment Investigational New Drug regulation or a similar regulation; or

(iii) It has FDA approval, but it is being used for an indication or at a dosage that is not an accepted off-label use. Prudential will determine if a use is an accepted off-label use based on published reports in authoritative medical literature and entries in the following drug compendia: *The American Medical Association Drug Evaluations, The American Hospital Formulary Service Drug Information and The United States Pharmacopeia Dispensing Information.*

(d) The provider's institutional review board acknowledges that the use of the service or supply is experimental or investigational and subject to that board's approval.

(e) The provider's institutional review board requires that the patient, parent or guardian give an informed consent stating that the service or supply is experimental or investigational or part of a research project or study; or federal law requires such a consent.

(f) Research protocols indicate that the service or supply is experimental or investigational. This item (f) applies for protocols used by the patient's provider as well as for protocols used by other providers studying substantially the same service or supply.

**(4) Educational Services or Supplies**

A charge for a service or supply will not be covered to the extent that it is determined by Prudential to be educational. Charges for services or supplies furnished in connection with a service or supply that is educational are also not covered. "Educational" means:

(a) That the primary purpose of the service or supply is to provide the person with any of the following: training in the activities of daily living; instruction in scholastic skills such as reading and writing; preparation for an occupation; or treatment for learning disabilities; or

(b) That the service or supply is being provided to promote development beyond any level of function previously demonstrated.

"Training in the activities of daily living" does not include training directly related to treatment of a Sickness or Injury that resulted in a loss of a previously demonstrated ability to perform those activities.

In addition, in the case of a Hospital stay, charges will be considered "Educational" to the extent that Prudential determines them to be allocable to the scholastic education or vocational training of the patient.

(5) **Charge Above the Usual Charge**

A charge for a service or supply will not be covered to the extent that it is above the usual charge made by the provider for the service or supply when there is no insurance.

(6) **Charge Above the Prevailing Charge**

A charge for a service or supply will not be covered to the extent that it is above the prevailing charge in the area for a like service or supply. A charge is above the prevailing charge to the extent that it is above the range of charges generally made in the area for a like service or supply. The area and that range are as determined by Prudential.

(7) **Dental Services**

Charges for dental services are not covered. A dental service charge is a charge for Doctors' services or X-ray exams involving one or more teeth, the tissue or structure around them, the alveolar process or the gums. This exclusion applies even if a condition requiring any of these services involves a part of the body other than the mouth such as the treatment of Temporomandibular Joint Disorders (TMJD) or malocclusion involving joints or muscles by methods including, but not limited to, crowning, wiring or repositioning teeth.

The following **are not** considered to be dental services:

(a) Diagnostic services and surgery relating to the medical treatment of TMJD.

(b) The treatment or removal of a malignant tumor.

(c) The treatment of accidental Injury to natural teeth when the charges:

    (i)  are for Doctors' services or X-ray exams; and

    (ii)  are incurred within twelve months of the accident. "Treatment" includes the replacement of those teeth within that time.

(8) **Cosmetic Services**

A charge in connection with Cosmetic services and supplies, including Cosmetic Surgery, is not covered. "Cosmetic Surgery" means surgery performed mainly to change a person's appearance. It includes surgery performed to treat a mental, psychoneurotic or personality disorder through change in appearance.

The following **are not** considered to be Cosmetic Surgery:

(a) Surgery to correct the result of an accidental Injury sustained while a person is a Covered Person.

(b) Surgery to treat congenital birth defects of a newborn child.

(c) Surgery to treat any condition that impairs bodily function.

(d) Surgery to reconstruct a breast after a mastectomy performed for the treatment of a disease.

83500
BGX 3002

(1-4)

(9) **Foot Conditions**

Charges for Doctors' services for treatment of foot conditions are not covered, if the charge is for:

(a) A weak, strained, flat, unstable or imbalanced foot or for a metatarsalgia or bunion.

This (a) **does not** apply to a charge for an open cutting operation.

(b) Removal of or treatment for one or more corns, calluses or toenails.

This (b) **does not** apply to a charge for (i) removal of part or all of one or more nail roots and (ii) services in connection with treatment of a metabolic or peripheral vascular disease.

(10) **Eye Care**

A charge for eye care is not covered, if the charge is for or in connection with:

(a) Exams to determine the need for (or changes of) eyeglasses or lenses of any type.

(b) Eyeglasses or lenses of any type except initial replacements for loss of the natural lens.

(c) Eye surgery such as radial keratotomy, when the primary purpose is to correct myopia (nearsightedness), hyperopia (farsightedness) or astigmatism (blurring).

(11) **Impregnation or Fertilization**

A charge for either of the following that involves either a Covered Person or a surrogate as a donor or recipient is not covered:

(a) Actual or attempted impregnation.

(b) Actual or attempted fertilization.

(12) **Sex Changes or Reversal of Voluntary Sterilization**

Charges in connection with Surgical Procedures for sex changes or for reversal of a previous voluntary Surgical Procedure to induce infertility are not covered.

(13) **Work-connected Injuries or Diseases**

Charges for work-connected injuries or diseases will not be covered if the charge is in connection with:

(a) An injury arising out of, or in the course of, any work for wage or profit (whether or not with the Employer); or

(b) A disease covered, with respect to such work, by any workers' compensation law, occupational disease law or similar law.

(14) **Government Plans**

A charge for a service or supply provided under a government plan will not be covered:

(a) If the service or supply is furnished by or for the United States government or any other government, unless payment of the charge is required by law; or

83500
BGX 3002

47

(1-4)

(b) To the extent that the service or supply, or any benefit for the charge, is provided by any law or governmental plan under which the patient is or could be covered.  This (b) does not apply to a state plan under Medicaid or to any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program.

**(15) Blood Charge**

A charge for blood or blood plasma which is replaced by or for the patient will not be covered.

**(16) War**

Charges for Sickness or Injury due to War or any act of War while the person is a Covered Person are not covered.

**(17) Custodial Care**

Charges for services in connection with Custodial Care are not covered.

**(18) Comfort and Convenience Items and Services**

Charges for personal comfort and convenience items and services are not covered.

**(19) Charges Made by the Employer or a Close Relative**

Charges for a service or supply furnished by (a) the Employer or (b) you, your spouse, or a child, brother, sister, or parent of you or your spouse are not covered.

**(20) Hearing Aids**

Charges for hearing aids or charges for the adjustment of hearing aids are not covered.

**(21) Part I (In-Network) and Part II (Out-of-Network) Charges**

Any charge that is an Eligible Charge under Part I is not covered under Part II.  Any charge that is an Eligible Charge under Part II is not covered under Part I.

**(22) Prescription Drugs Under Part I (In-Network)**

Charges for Prescription Drugs prescribed in writing by a Doctor and dispensed by a pharmacy or other person or organization licensed to dispense drugs are not covered under Part I (In-Network).  This (22) does not apply to Prescription Drugs furnished by a Hospital during a Hospital Inpatient Stay.

**(23) Pregnancy Charges Incurred Outside of a Service Area**

Charges in connection with termination of a Pregnancy outside the Service Area are not covered under Part I (In-Network) unless it is for Emergency Care.

**(24) Emergency Care**

Charges by a Non-Prudential Health Care Provider that are incurred in connection with Emergency Care after the first 48 hours following the onset of the emergency incident will not be covered In-Network (Part I).  But this (24) will not apply if Prudential or its designee is given notice of the emergency incident within those first 48 hours.  If, because of the patient's condition, it is not reasonably possible to give such notice within this time limit, Prudential or its designee must

be notified as soon as reasonably possible. In connection with a Covered Person's pregnancy, a term delivery, whether vaginal or by cesarean section, inside or outside the Service Area, is not an emergency.

**(25) Services or Supplies covered under an HMO**

Charges for services or supplies furnished on a prepayment basis by an HMO according to an agreement between the Employer and the HMO will not be covered.

**(26) Replacement or Repair of Medical Equipment**

Loss of or damage to medical equipment due to negligence, abuse or improper use is not covered. This includes charges for:

(a) Rental or purchase of replacement medical equipment; and

(b) Repair and maintenance of purchased medical equipment.

**(27) Payment Not Required:**

Charges which the Covered Person is not legally required to pay.

———————————————

# Benefit Modification for Expenses Covered by the Texas Department of Human Services

This modifies the terms of the Group Contract. These modifications apply only with respect to a person who is receiving assistance from the Texas Department of Human Services.

To the extent that a benefit is payable for the same charge both under the Group Contract and by the Texas Department of Human Services, that benefit will be payable to the Texas Department of Human Services, if both of these are true:

   (1)  The person is receiving benefits under a medical assistance service program administered by the Texas Department of Human Services pursuant to the Texas Human Resources Code.

   (2)  Benefits under the Group Contract would be payable to you for such a charge in the absence of these modifications.

Any such benefit will also be payable to the Texas Department of Human Services if the following apply with respect to a Qualified Dependent child:

   (1)  The child is receiving benefits under a financial or medical assistance service program administered by the Texas Department of Human Services pursuant to the Human Resources Code.

   (2)  You either:  (a) have possession of or access to the child pursuant to a court order; or (b) are required by a court to pay child support.

   (3)  Benefits under the Group Contract would be payable to you for such a charge in the absence of these modifications.

When a claim is first submitted to Prudential, it must include a notice stating that any benefits under the Contract must be paid to the Texas Department of Human Services. If, after benefits have been paid, it is determined that such benefits should have been paid to the Texas Department of Human Services and were not, the following applies:  Prudential will not have to pay the Texas Department of Human Services any amount so paid under the Group Contract.

---

# Benefit Modification for Right of Reimbursement Under the Group Contract

This modifies any Coverage of the Group Contract that is a health care expense Coverage.

This Modification applies when a person, corporation, or other entity (called the Third Party below), other than the person for whom a claim is made, is considered responsible for a Sickness or Injury. Benefits for health care expense charges which result from that Sickness or Injury will be determined as if no Third Party were responsible, subject to items A. through H. below.

A.   If a Covered Person receives any payment by or for a responsible Third Party for a Sickness or Injury (as a settlement, judgment, or in any other way), reimbursement must be made to Prudential as described below.

Immediately upon receipt of any payments or collection of damages with respect to such Sickness or Injury, the Covered Person involved (or if incapable, that person's legal representative) will reimburse Prudential for the benefits provided by Prudential as a result of that Sickness or Injury.

Such reimbursement will be made only to the extent of any such payments or collections actually received from or for a responsible Third Party as a settlement, judgment or in any other way.

Such reimbursement will be made whether or not liability for the payments is admitted by the Third Party. It will be made whether or not such payments are itemized.

Prudential will have a lien on any such payments or collections to the extent of the amount or reimbursement to which it is entitled under this Modification.

B.   Only upon agreement in writing will Prudential be responsible for fees and expenses incurred as a result of a suit in which reimbursement of benefits already paid by Prudential is sought.

C.   The Covered Person involved (or if incapable, that person's legal representative) will execute and deliver to Prudential such documents and agreements as are requested by Prudential in order to enforce its rights hereunder.

D.   If payments are made to a Covered Person or another person by or for a responsible third party, Prudential may deduct any amount due under this Modification from other benefits payable to that person.

E.   Prudential has the right to bring suit in its name or in the Covered Person's name against the Third Party or to intervene in any litigation filed by the Covered Person against the Third Party to recover the benefits provided by Prudential as a result of the Sickness or Injury.

83500
GBT T 3030

51

(3-1)

F.   When such benefits are provided, or later as Prudential may request, the Covered Person (or if incapable, that person's legal representative) agrees to cooperate with Prudential in order to protect Prudential's rights.  This includes:

(1)  Providing Prudential with relevant information; and

(2)  Signing a formal written Injury report, if benefits are provided for an Injury; and

(3)  Signing and delivering such other papers as Prudential requests to secure its claim; and

(4)  Providing reasonable help and appearing in court; and

(5)  Obtaining the consent of Prudential before releasing a party from liability for payment of medical expense resulting from the Sickness or Injury; and

(6)  Refraining from taking any action or making any statement to prejudice Prudential's recovery rights under this Modification.

G.   Nothing in these provisions requires Prudential to pursue the Covered Person's claim against any Third Party for any damages or claims or causes of action that the Covered Person might have against such Third Party as a result of the Sickness or Injury.

H.   Prudential may designate an agency or organization to act for it in matters related to reimbursement.  If this is done, any act of that agency or organization with respect to such matters will be considered an act of Prudential.

# Changes of Benefits to Provide Alternate Treatment for Certain Sicknesses and Injuries

These Changes apply only to health care expense Coverages under the Group Contract. Under certain conditions, these Changes modify the benefits payable under a Coverage to provide benefits for those services and supplies furnished as alternate treatment for a person's Catastrophic Sickness or Injury.

In connection with a person's Catastrophic Sickness or Injury, Prudential will review the patient's medical needs and determine whether services and supplies are available as an alternative treatment to the services and supplies for which benefits would otherwise be payable under a Coverage. You, the patient, the patient's Doctor, or the Employer may inform Prudential of the existence of the Catastrophic Sickness or Injury and request Prudential's review.

The term "Alternate Treatment" means those services and supplies which meet both of these tests:

(1)  They are determined in advance by Prudential to be medically appropriate and cost effective in meeting the long term or intensive care needs of a person in connection with a Catastrophic Sickness or Injury. A Catastrophic Sickness or Injury is one included in the List of Catastrophic Sicknesses and Injuries below.

(2)  Benefits for charges incurred for the services and supplies would not otherwise be payable under the Coverage.

Alternate Treatment does not include services or supplies that Prudential determines to be Experimental or Investigational as defined in the Charges for Experimental or Investigational Services or Supplies exclusion of the Generally Excluded Charges.

**List of Catastrophic Sicknesses and Injuries:**

> Head Injury requiring an inpatient stay.
> Spinal cord Injury.
> Severe burn over 20% or more of the body.
> Multiple Injuries due to an accident.
> Premature birth.
> CVA or stroke.
> A congenital defect which severely impairs a bodily function.
> Brain damage due to either an accident or cardiac arrest or resulting from a
>     Surgical Procedure.
> A terminal Sickness, with a prognosis of death within six months.
> Acquired Immune Deficiency Syndrome (AIDS).
> Chemical Dependency.
> Mental, nervous, and psychoneurotic disorders.
>
> Any other Sickness or Injury for which Prudential determines Alternate Treatment to be medically appropriate and cost effective in meeting the medical care needs of a Covered Person.

83500
GBT T 1042                                                                              (1-3)

**Charges to Which These Changes Apply:**

These Changes apply only to charges incurred for services and supplies furnished to a person as part of the Alternate Treatment approved in advance by Prudential for the care and treatment of the person's Catastrophic Sickness or Injury.

**When These Changes Apply:**

These Changes apply if the following conditions are met:

(1)   The patient is a Covered Person when the service or supply is furnished.

(2)   Prudential has discussed the available Alternate Treatment with the patient and the patient's Doctor and has agreed to provide the benefits for the Alternate Treatment.

(3)   The Alternate Treatment is ordered by the patient's Doctor.

(4)   The patient (or you if the patient is a minor) agrees to the Alternate Treatment.

(5)   You agree to accept the benefits for the Alternate Treatment in lieu of the benefits otherwise payable in connection with the Catastrophic Sickness or Injury.

**Changes Made in Benefits Under the Coverages:**

When these Changes apply, the benefits otherwise payable under the Coverages will be modified according to this section.

Benefits in connection with Alternate Treatment will be payable as an alternative to the benefits otherwise payable under a Coverage for the Catastrophic Sickness or Injury.  The amount payable for charges incurred for Alternate Treatment will be solely as determined by Prudential.

Any benefits payable for Alternate Treatment shall be considered to be benefits payable under a Coverage and shall count towards any Benefit Maximums included in the Coverage.  Prudential shall determine the part of a Coverage under which the benefits for Alternate Treatment shall be considered to be payable.

The total of (1) the benefits payable for all such Alternate Treatment and (2) any other benefits payable under a Coverage for that Catastrophic Sickness or Injury will not be more than the amount which would have been payable for charges incurred in connection with the Catastrophic Sickness or Injury under the Coverage if these Changes did not apply.

---

# Rules For Coordination of Benefits of the Group Contract With Other Benefits

The purpose of a group health care program is to help you pay for covered expenses, but not to result in total benefits greater than the covered expenses incurred. Thus, the Group Contract's benefits that, without these rules, would be payable for your or your Qualified Dependent's health care expenses may be reduced so that the total benefits from this and all of the other Programs (defined below) will not be more than the total Allowable Expenses (defined below). That reduction will be made only if these rules so state. This coordination with other Programs helps to control the cost of benefits for everyone.

These rules for coordination apply to This Program, but only with respect to expenses incurred on or after the date these rules take effect. "This Program" and other terms used in these rules are defined in Section A. Section B describes the effect of other health care benefits on those of the Group Contract, subject to Sections C, D and E.

## A. DEFINITIONS.

(1) Program: Any of these which provide benefits or services for, or by reason of, medical, dental or vision care or treatment:

    (a) Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program.

    (b) Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But this does not include school accident-type coverage for grammar school, high school, and college students.

    (c) Medical, dental or vision care coverage under the "no fault" or medical payments provisions of an automobile insurance contract, to the extent coordination with the provisions is allowed by law.

For the purposes of these rules, each Program will be treated as one of these three types of Program:

A Dental Program is one that mainly provides benefits or services for, or because of, dental care or treatment.

A Vision Care Program is one that mainly provides benefits or services for, or because of, vision care or treatment.

A Medical Program is one that mainly provides benefits or services for, or because of, medical care or treatment, and is not a Dental Program or a Vision Care Program.

83500
COB 1083

(1-1)

**Separate Programs:**

Each contract or other arrangement for coverage under (a), (b) or (c) is a separate Program. But each part of a contract or other arrangement for coverage that is a Dental Program, a Vision Care Program, or a Medical Program is a separate Program.

Also, rules for coordination of benefits may apply only to part of a Dental Program, Vision Care Program, or Medical Program. If so, the part to which the rules apply is a separate Program from the part to which the rules do not apply.

(2) This Program: The part of the Group Contract that provides benefits for health care expenses.

The term "This Program" applies separately to each part of the Group Contract that is a Dental Program, a Vision Care Program, or a Medical Program.

(3) Allowable Expense: For any health care expense insurance Coverages described in the Booklet, the usual and prevailing charge for a needed service or supply, when the charge, service or supply is covered at least in part by one or more Medical Programs or Vision Care Programs covering the person for whom claim is made. "Usual charge", "prevailing charge" and "needed service or supply" have the same meanings as in the Generally Excluded Charges.

For any dental expense insurance Coverage described in the Booklet, an Allowable Expense is the usual and prevailing charge for a reasonably necessary service or supply, when the charge, service or supply is covered at least in part by one or more Dental Programs covering the person for whom claim is made. "Usual charge" and "prevailing charge" have the same meanings as described in the dental expense insurance Coverage.

When a Program provides benefits in the form of services, the reasonable cash value for each service rendered will be considered both an Allowable Expense and a benefit paid.

If a person covered by This Program has expenses for a stay in a Hospital private room, the term Allowable Expense does not include the difference between the charge for the Hospital private room and the Eligible Charge for a Hospital room under This Program, unless:

(a) the Hospital private room charges are a covered expense under one of the Programs; or

(b) the person's stay in a Hospital private room is medically necessary in terms of generally accepted medical practice.

The term Allowable Expense does not include any amount that is not payable under another Program because a person covered by This Program does not adhere to the Cost Containment Provisions of the other Program. This applies only if the other Program determines its benefits first.

Cost Containment Provisions are those provisions of a contract that are intended to reduce unnecessary medical care or to make medical services and supplies available at a reduced cost. Examples of Cost Containment Provisions include, but are not limited to, second surgical opinion programs, pre-certification programs, and preferred provider arrangements.

(4) Claim Determination Period: A Calendar Year, but, for a person, this does not include any part while the person has no coverage under This Program or any part before the date these or similar rules take effect.

## B. EFFECT ON BENEFITS.

(1) **When this Section Applies:** This Section B applies when the sum of the benefits in (a) and (b) below for a person's Allowable Expenses in a Claim Determination Period would be more than those Allowable Expenses. In that case, the benefits of This Program will be reduced so that they and the benefits in (b) do not total more than those Allowable Expenses.

(a) The benefits that would be payable for the Allowable Expenses under This Program in the absence of this Section B.

(b) The benefits that would be payable for the Allowable Expenses under all other Programs of the same type as This Program, in the absence of rules with a purpose like that of these rules, whether or not claim is made. But this (b) does not include the benefits of a Program if:

(i) It has rules coordinating its benefits with those of This Program; and

(ii) Those rules have Claim Determination Period and Facility of Payment items similar to those in these rules; and

(iii) Its rules and This Program's rules both require This Program to determine benefits before it does.

(2) **This Program's Rules for the Order in which Benefits are Determined:** When a person's health care is the basis for a claim, This Program determines its order of benefits using the first of the following rules that applies:

(a) **Non-dependent/Dependent:** The benefits of a Program that covers the person other than as a dependent are determined before those of a Program that covers the person as a dependent. But if the person is also covered under Medicare and, if, by its rules, Medicare is:

(i) secondary to the Program covering the person as a dependent; and

(ii) primary to the Program covering the person as other than a dependent;

then the benefits of the Program covering the person as a dependent are determined before those of the Program covering that person as other than a dependent.

(b) **Dependent Child/Parents Not Separated or Divorced:** Except as stated in subparagraph B.(2)(c) below, when This Program and another Program cover the same child as a dependent of different persons, called "parents":

(i) the benefits of the Program of the parent whose birthday falls earlier in a year are determined before those of the Program of the parent whose birthday falls later in that year; but

(ii) if both parents have the same birthday, the benefits of the Program which covered the parent longer are determined before those of the Program which covered the other parent for a shorter period of time.

However, if the other Program does not have this rule (b), and if, as a result, the Programs do not agree on the order of benefits, the rule in the other Program will determine the order of benefits.

83500
COB 1083

57

(1-1)

(c) **Dependent Child/Separated or Divorced Parents:** If two or more Programs cover a person who is a dependent child of divorced or separated parents, benefits for the child are determined in this order:

    (i) first, the Program of the parent with custody of the child;

    (ii) then, the Program of the spouse of the parent with custody of the child; and

    (iii) finally, the Program of the parent not having custody of the child.

However, the following exceptions apply:

    (A) If the specific terms of a court decree state that one of the parents is responsible for the health care expenses of the child, and the entity obligated to pay or provide the benefits of the Program of that parent has actual knowledge of those terms, the benefits of that Program are determined first. This paragraph does not apply when any benefits are actually paid or provided before the entity has that actual knowledge.

    (B) If the specific terms of a court decree state that the parents shall share joint custody, without stating that one of the parents is responsible for the health care expenses of the child, benefits for the child are determined in accordance with rule B.(2)(b) above.

(d) **Active/Inactive Employee:** The benefits of a Program which covers a person as an employee who is neither laid off nor retired, or as that employee's dependent, are determined before those of a Program which covers that person as a laid off or retired employee or as that employee's dependent. If the other Program does not have this rule, and if, as a result, the Programs do not agree on the order of benefits, this rule (d) is ignored.

(e) **Continuation Coverage:** If a person whose coverage is provided under a right of continuation pursuant to federal or state law also is covered under another Program, benefits for the person are determined in this order:

    (i) first, the benefits of the Program covering the person as an employee, or as that person's dependent;

    (ii) second, the benefits under the continuation coverage.

If the other Program does not have this rule, and if, as a result, the Programs do not agree on the order of benefits, this rule (e) is ignored.

(f) **Longer/Shorter Length of Coverage:** If none of the above rules determine the order of benefits, the benefits of the Program which covered an employee longer are determined before those of the Program which covered the employee for the shorter time.

(3) **Effect of Reduction in Benefits:** When these rules reduce This Program's benefits, each benefit is reduced in proportion. It is then charged against any applicable benefit limit of This Program.

## C. RIGHT TO RECEIVE AND RELEASE NEEDED INFORMATION.

Certain facts are needed to apply these coordination of benefits rules. Prudential has the right to decide which facts it needs. It may get needed facts from or give them to any other organization or person. Prudential need not tell, or get the consent of, any person to do this. Each person claiming benefits under This Program must give Prudential any facts it needs to pay the claim.

83500
COB 1083

(1-1)

## D.  FACILITY OF PAYMENT.

A payment made under another Program may include an amount which should have been paid under This Program.  If it does, Prudential may pay that amount to the organization which made that payment.  That amount will then be treated as though it were a benefit paid under This Program. Prudential will not have to pay that amount again.  The term "payment made" includes providing benefits in the form of services, in which case the payment made shall be deemed to be the reasonable cash value of any benefits provided in the form of services.

## E.  RIGHT OF RECOVERY.

If the amount of the payments made by Prudential is more than it should have paid under This Program, it may recover the excess.  It may get such recovery or payment from one or more of:

(A)  the persons it has paid or for whom it has paid;

(B)  insurance companies; or

(C)  other organizations.

The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

---

# Provisions For Reduction of Benefits Because of Medicare

These Provisions apply to all health care expense Coverages under the Group Contract (called Affected Coverages below). They change the Affected Coverages to reduce their benefits because of those a person has or could have obtained under Medicare. The changes are described below.

Some of the terms used in these Provisions:

Medicare: Title XVIII (Health Insurance for the Aged and Disabled) of the United States Social Security Act, as amended from time to time.

Part A of Medicare: The program of Hospital Insurance Benefits for the Aged and Disabled under Part A of Medicare.

Part B of Medicare: The voluntary program of Supplementary Medical Insurance Benefits for the Aged and Disabled under Part B of Medicare.

Subject Person: A person who is or could be covered under Medicare.

Full Medicare Coverage: Coverage for all benefits provided under Part A and Part B of Medicare. This includes benefits that would be provided under Medicare in the absence of benefits payable under the group health plan of an employer other than the Employer. But it does not include benefits provided under Part A of Medicare in the case of a Subject Person who: (1) is not covered under that Part A; and (2) could become covered under that part only by enrolling and paying the required premium.

---

Changes made in the Group Contract:

(1) The following will apply when charges within the scope of the Affected Coverages are made for services and supplies furnished a Subject Person, in a Calendar Year and while the Subject Person has protection under those Coverages. The total benefits payable for those charges under those Coverages will be (a) minus (b):

    (a) The total amount that would be payable for those charges under the Affected Coverages in the absence of these Provisions.

    (b) The total amount that is considered to be paid for those charges under Medicare, as described in (2).

The above will be determined before the rules of the Group Contract for coordination of benefits are applied.

(2)  In determining amounts under (1):

    (a)  This applies when charges are not actually made because payment under Medicare is based on the "reasonable cost" of services and supplies rather than charges. Charges for those services and supplies will be considered to have been made in the amount of the usual and prevailing charges that would have been made for them in the absence of Medicare.

    (b)  The amount considered to be paid under Medicare with respect to services and supplies is the amount of the charges made for those services and supplies, to the extent that:

        (i)  those charges are usual and prevailing; and

        (ii)  those services and supplies are within the scope of Full Medicare Coverage. But that amount will not include coinsurance and other amounts which are directly chargeable to the Subject Person under Medicare or would be so chargeable if the Subject Person had Full Medicare Coverage.

(3)  Any provision of the Group Contract that excludes a charge for a service or supply to the extent that the service or supply, or any benefit for the charge, is provided by any law or governmental plan, will not apply to Medicare.

(4)  The rules of the Group Contract for coordination of benefits are changed as follows:

    (a)  The term Program in those rules will not include any coverage under Medicare.

    (b)  If a Subject Person incurs an expense for a service or supply during a Claim Determination Period (defined in those rules), that both is an Allowable Expense (defined in those rules) and is within the scope of that person's Medicare coverage, the following will apply. The total Allowable Expenses will be reduced by the amount equal to the benefits that are considered to be paid under Medicare for that service or supply. (See (2)(b) above.)

—————————————

# Rules For HMO Optional Enrollment

These Rules apply to all insurance under the health care expense Coverages of the Group Contract (called "insurance" below). They apply to you and your Qualified Dependents, if any, when: (1) you are enrolled in an HMO; or (2) you have ceased to be enrolled in an HMO because you no longer reside within that HMO's service area or because the HMO has ended operation.

"HMO" means a health maintenance organization offered by the Employer as an alternate to the insurance.

The provisions of these Rules do not apply separately to you and your Qualified Dependents. If you are enrolled in an HMO, none of your dependents will be Qualified Dependents under the insurance.

## A. PERSONS ENROLLED IN AN HMO.

Both of these apply to a person who is enrolled in an HMO, regardless of any provision of the Group Contract to the contrary.

- The person is not a Covered Person for the insurance.

- No benefits will be payable under the insurance for charges for services and supplies furnished while the person is so enrolled.

## B. PERSONS PREVIOUSLY ENROLLED IN AN HMO.

A person to whom Section A applies and who has ceased to be enrolled in an HMO may become a Covered Person for the insurance according to (1) or (2) below. This is true regardless of any other provisions of the Group Contract for becoming insured.

(1) The person will become a Covered Person at such cessation, if both (a) and (b) are then met:

    (a) In your case, you are a member of the Covered Classes for the insurance; in the case of a spouse or child, the spouse or child is your Qualified Dependent.

    (b) You have elected the insurance for the person either:

        (i) during an annual group enrollment period set up by the Employer for electing alternatives within the Employer's health benefits plan; or

        (ii) immediately upon ceasing to be enrolled in an HMO due to a change of residence or the end of the HMO's operation.

(2) If the person does not become a Covered Person according to (1), the provisions of the Group Contract for becoming insured, exclusive of this Section B, will apply with respect to that person. None of your dependents may become Covered Persons for the insurance if you do not become a Covered Person for it.

If the person becomes a Covered Person according to (1), any exclusion of charges for a pre-existing Sickness or Injury under the Generally Excluded Charges section of the Group Contract will not apply with respect to that person.

## C. NON-DUPLICATION OF BENEFITS.

The following will not be considered an Eligible Charge under any Coverage of the Group Contract:  a charge for a service or supply furnished on a prepayment basis by an HMO according to an agreement between the Employer and the HMO.

———————————————

83500
HMO 1001                                                                    (1-4)

# General Information

## LIMITS ON ASSIGNMENTS

You may assign your insurance under a Coverage. Unless the Schedule of Benefits states otherwise, the following rules apply to assignments: (1) Insurance under any Coverage providing periodic benefits on account of disability may be assigned only as a gift assignment; (2) Insurance under any other Coverage may be assigned without restriction. Any rights, benefits or privileges that you have as an Employee may be assigned. Assignments may be made directly to health care providers. Prudential will not decide if an assignment does what it is intended to do. Prudential will not be held to know that one has been made unless it or a copy is filed with Prudential through the Contract Holder.

## DEFINITIONS

**Affirmative Second or Third Surgical Opinion:** Second Surgical Opinion or Third Surgical Opinion which confirms that a proposed Elective Surgical Procedure is advisable.

**Calendar Year:** A year starting January 1.

**Contributory Insurance, Non-contributory Insurance:** Contributory Insurance is insurance for which the Contract Holder has the right to require your contributions. Non-contributory Insurance is insurance for which the Contract Holder does not have the right to require your contributions. The Schedule of Benefits shows whether insurance under a Coverage is Contributory Insurance or Non-contributory Insurance.

**Convalescent Nursing Home:** An institution that meets all of these tests:

(1)  It is legally operated.

(2)  It mainly provides short-term nursing and rehabilitation services for persons recovering from Sickness or Injury. The services are provided for a fee from its patients, and include both:

    (a)  Room and board; and

    (b)  24 hour a day skilled nursing service.

(3)  It provides the services under the full-time supervision of a Doctor or registered graduate nurse (R.N.); if full-time supervision by a Doctor is not provided, it has the services of a Doctor available under a fixed agreement.

(4)  It keeps adequate medical records.

But, "Convalescent Nursing Home" does not include an institution or part of one that is used mainly as a place for rest or for the aged.

**Coverage:** A part of the Booklet consisting of:

(1)  A benefit page labeled as a Coverage in its title.

(2)  Any page or pages that continue the same kind of benefits.

83500
BAS 1001

(19990407)

(3)  A Schedule of Benefits entry and other benefit pages or forms that by their terms apply to that kind of benefits.

**Covered Percent:**  A percent of Eligible Charges used to determine the benefits payable for those charges under the Major Medical Expense Coverage.  The Covered Percent is not applied to charges used to meet any Deductible.  The Covered Percent for each benefit is shown in the Major Medical Expense Coverage section of the Schedule of Benefits; it is not the same for all Eligible Charges. Under Part II of the Major Medical Expense Coverage, the Covered Percent is lower than under Part I, except as shown in the Schedule of Benefits.

**Covered Person** under a Coverage:  An Employee who is insured for Employee Insurance under that Coverage; a Qualified Dependent for whom an Employee is insured for Dependents Insurance, if any, under that Coverage.

**Custodial Care:**  This means that care that provides a level of routine maintenance for the purpose of meeting personal needs.  This is care that can be provided by a lay person who does not have professional qualifications, skills or training.  Custodial Care includes, but is not limited to: help in walking and getting into or out of bed; help in bathing, dressing, and eating; help in other functions of daily living of a similar nature; administration of or help in using or applying medications, creams and ointments; routine administration of medical gasses after a regimen of therapy has been set up; routine care of a patient, including functions such as changes of dressings, diapers and protective sheets and periodic turning and positioning in bed; routine care and maintenance in connection with casts, braces and other similar devices, or other equipment and supplies used in treatment of a patient, such as colostomy and ileostomy bags and indwelling catheters; routine tracheostomy care; general supervision of exercise programs including carrying out of maintenance programs of repetitive exercises that do not need the skills of a therapist and are not skilled rehabilitation services.

**Deductible:**  This is the amount of Eligible Charges that each person must incur before benefits under the Major Medical Expense Coverage are payable for certain Eligible Charges.  No benefit is payable for any charge used to meet a Deductible.  The Benefits sections of the Coverage have details.

**Dependents Insurance:**  Insurance on the person of a dependent.

**Doctor:**  A licensed practitioner of the healing arts acting within the scope of the license.

**Earnings:**  This is the gross amount of money paid to you by the Employer in cash for performing the duties required of your job.  Bonuses, overtime pay, Earnings for more than 40 hours per week, and all other benefits are not included.

**Elective Surgical Procedure:**  A non-emergency Surgical Procedure that may be scheduled for a day of the patient's choice without risking the patient's life or causing serious harm to the patient's bodily functions.

**Eligible Charges:**  These are the charges that may be used as the basis for a claim under the Major Medical Expense Coverage.  They are the charges for certain services and supplies, to the extent the charges meet the terms of the Eligible Charges sections in Part I and Part II of the Major Medical Expense Coverage.  If a person receives a benefit in the form of a service or supply, the Eligible Charge for that service or supply will be its reasonable cash value.

**Emergency Care:**  Bona fide emergency services provided after the sudden onset of a medical condition manifesting itself by acute symptoms of sufficient severity, including severe pain, such that the absence of immediate medical attention could reasonably be expected to result in 1) placing the patient's health in serious jeopardy; 2) serious impairment to bodily functions; or 3) serious dysfunction of any bodily organ or part.  Some examples of emergencies are apparent heart attack including, but

not limited to, severe, crushing chest pain radiating to the arms and jaw; cerebral vascular accidents; severe shortness of breath or difficulty in breathing; severe bleeding; sudden loss of consciousness; convulsions, severe or multiple injuries, including obvious fractures; severe allergic reactions; cyanosis; apparent poisoning. Some examples of conditions that are not usually emergencies: colds; influenza; ordinary sprains; children's ear infections; nausea; and headaches. In connection with the pregnancy of a Covered Person, a term delivery, whether vaginally or by cesarean section, inside or outside the Service Area is not an emergency.

**Employee:** A person employed by the Employer; a proprietor or partner of the Employer. The term also applies to that person for any rights after insurance ends.

**Employee Insurance:** Insurance on the person of an Employee.

**The Employer:** Collectively, all employers included under the Group Contract.

**Family Unit:** You and your Qualified Dependents.

**Formulary:** A list of medications determined to be safe and effective that is regularly reviewed and updated to reflect current medical standards of drug therapy. When one or more equivalent drugs or brands of drugs exist that reflect current medical standards of drug therapy, the Formulary need not include more than one such drug or brand.

**Home Health Care:** A program, prescribed in writing by a person's Doctor and administered by a Home Health Care Agency, that provides for the care and treatment of a person's Sickness or Injury in the person's home.

**Home Health Care Agency:** An organization that has been licensed or certified as a home health agency in the state where the home health care is given, or is a home health agency as defined in Medicare.

**Hospice:** A facility that provides short periods of stay for a Terminally Ill Person in a home-like setting for either direct care or respite. This facility may be either free-standing or affiliated with a Hospital.

**Hospital:** An institution that meets any of these three tests:

* It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Healthcare Organizations.

* It is legally operated, has 24 hour a day supervision by a staff of Doctors, has 24 hour a day nursing service by registered graduate nurses, and complies with (1) or (2):

    (1) It mainly provides general inpatient medical care and treatment of sick and injured persons by the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

    (2) It mainly provides specialized inpatient medical care and treatment of sick or injured persons by the use of medical and diagnostic facilities (including X-ray and laboratory). All such facilities are in it, under its control, or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

- It is a Chemical Dependency Treatment Center which provides a program for the treatment of chemical dependency pursuant to a written treatment plan approved and monitored by a doctor, and complies with (1), (2), or (3):

    (1) It is affiliated with an institution which meets the definition of "Hospital" under a contractual agreement with an established system of patient referral.

    (2) It is licensed as a chemical dependency treatment program by the Texas Commission on Alcohol and Drug Abuse.

    (3) It is licensed, certified, or approved as a chemical dependency treatment program or center by the appropriate agency of the state in which it is located.

But Hospital does not include a nursing home. Neither does it include an institution, or part of one, which: (a) is used mainly as a place for convalescence, rest, nursing care or for the aged; or (b) furnishes mainly homelike or Custodial Care, or training in the routines of daily living; or (c) is mainly a school.

**Hospital Inpatient Stay:** A Hospital stay for which a room and board charge is made by the Hospital.

**Hospital Outpatient Stay:** A Hospital stay for which no room and board charge is made by the Hospital.

**Injury:** Injury to the body of a Covered Person.

**Intermediate Care Facility:** An institution that provides care and treatment of mental, psychoneurotic and personality disorders; alcoholism; or drug abuse through one or more specialized programs and meets all of these three tests:

- It is staffed by registered graduate nurses and other mental health professionals.

- It provides for the clinical supervision of such specialized programs by Doctors who are licensed in the state in which it is located.

- Each specialized program provided by it must:

    (1) provide treatment for no less than three hours nor more than twelve hours per day; and

    (2) furnish a written, individual treatment plan which states specific goals and objectives; and

    (3) maintain, at a minimum, ongoing weekly progress notes which demonstrate periodic review and direct patient evaluation by the attending Doctor; and

    (4) meet either of these two tests:

        (a) It is accredited by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) to provide the type of specialized program described above; or

        (b) It is licensed, accredited or approved by the appropriate agency in the state in which it is located to provide the type of specialized program described above.

83500
BAS 1001

(19990407)

**Maintenance Drug:** A Prescription Drug used for the treatment of the following chronic medical conditions: chronic obstructive pulmonary disease; clotting disorders; congestive heart failure; coronary artery disease (angina); diabetes (oral agents only); glaucoma; hypertension; thyroid disease; seizure disorders.

**Medicaid:** Title XIX (Grants to States for Medical Assistance Programs) of the United States Social Security Act, as amended from time to time.

**Medicare:** Title XVIII (Health Insurance for the Aged and Disabled) of the United States Social Security Act, as amended from time to time.

**Non-Prudential Health Care Provider:** A Doctor, Hospital or other provider of medical services or supplies which is not a Prudential Health Care Provider.

**Participating Pharmacy:** A licensed and registered pharmacy operated by The Prudential or with whom The Prudential has a pharmacy service agreement.

**Prescription Drug:** This means only: (1) a medicinal substance that, by law, can be dispensed only by prescription; (2) a compound medication that includes a substance described in (1); (3) prescribed injectable insulin and insulin syringes; or (4) diaphragms. It does not include allergy and biological sera; therapeutic devices or appliances; and injectables, other than prescribed injectable insulin.

**Prior Creditable Coverage:** means coverage under any of the following:

(1)   A group health plan;

(2)   Health insurance coverage;

(3)   Part A or Part B of Title XVIII of the Social Security Act;

(4)   Title XIX of the Social Security Act, other than coverage consisting solely of benefits under Section 1928;

(5)   Chapter 55 of Title 10, United States Code;

(6)   A medical care program of the Indian Health Service or of a tribal organization;

(7)   A State health benefits risk pool;

(8)   A health plan offered under Chapter 89 of Title 5, United States Code;

(9)   A public health plan (as defined in regulations); or

(10) A health benefit plan under Section 5(e) of the Peace Corps Act (22 U.S.C. 2504(e)).

Prior Creditable Coverage does not include:

(1)   Accident or disability income insurance, or any combination thereof;

(2)   Liability insurance and related supplemental insurance;

(3)   Workers' compensation or similar insurance;

(4)   Automobile medical payment insurance;

(5)   Credit-only insurance;

83500
BAS 1001                                                                                          (19990407)

(6)  Coverage for on-site medical clinics; or

(7)  Other similar insurance coverage (as specified in regulations) where benefits for medical care are secondary or incidental to other insurance benefits.

**Prudential:** The Prudential Insurance Company of America.

**Prudential Health Care Doctor:** A Doctor who is a Prudential Health Care Provider.

**Prudential Health Care Provider:** A Doctor, Hospital or other provider of medical services or supplies which has agreed with Prudential, directly or indirectly, to arrange or provide for furnishing medical or surgical services and supplies to Covered Persons. Such services and supplies may be furnished for predetermined amounts. A current list of all Prudential Health Care Providers will be given to you when you become eligible for Employee Insurance under the Major Medical Expense Coverage and at least once a calendar year after you become a Covered Person.

**Prudential's Home Office:** Prudential's Corporate Office in Newark, New Jersey, or any of its Home or Head Offices.

**Related Hospital Inpatient Stays:** Separate Hospital Inpatient Stays of a person starting while the person is a Covered Person are considered related unless:

(1)  Between the stays, the person fully recovered from the Sickness or Injury that caused the prior stay; or

(2)  The stays result from wholly unrelated causes; or

(3)  In the case of your stays, you return to full-time work for your employer between stays.

**Second Surgical Opinion:** An opinion given by a Doctor named by Prudential, as to whether or not it is medically advisable for a patient to have an Elective Surgical Procedure. The opinion will be based on that Doctor's evaluation or examination of the patient. There is no cost to you or the patient for this. The Elective Surgical Procedure must be one that a Doctor licensed to perform surgery has proposed to do but that has not yet been done.

**Service Area:** The geographical area within which health care services are provided for Covered Persons by Prudential Health Care Providers.

**Sickness:** Any disorder of the body or mind of a Covered Person, but not an Injury; pregnancy of a Covered Person, including abortion, miscarriage or childbirth.

**Surgical Procedure:** This means only cutting, suturing, treatment of burns, correction of fracture, reduction of dislocation, manipulation of joint under general anesthesia, electrocauterization, tapping (paracentesis), application of plaster casts, administration of pneumothorax, endoscopy or injection of sclerosing solution.

**Third Surgical Opinion:** The same kind of opinion as the Second Surgical Opinion, given by another Doctor named by Prudential. It is one given: (1) after the Second Surgical Opinion showed that the proposed Elective Surgical Procedure is not medically advisable; and (2) before that Elective Surgical Procedure is done. There is no cost to you or the patient for the Third Surgical Opinion.

**Toxic Inhalant:** A volatile chemical under Chapter 323, Acts of the 68th Legislature, Regular Session, 1983, or abusable glue or aerosol paint under Section 4.13, Texas Controlled Substance Act.

**War:** This means declared or undeclared war and includes resistance to armed aggression.

83500
BAS 1001                                                                                     (19990407)

**You:** An Employee.

---

## RELATION AMONG PARTIES AFFECTED BY THE GROUP CONTRACT

The relationship between Prudential and any Hospital is that of an independent contractor. No Hospital is an agent or employee of Prudential, nor is Prudential or any employee of Prudential an employee or agent of any Hospital. Each Hospital will maintain the hospital-patient relationship with Covered Persons under the Group Contract and is solely responsible to Covered Persons for Hospital supplies and services.

The relationship between Prudential and any Prudential Health Care Provider is that of an independent contractor. No Prudential Health Care Provider is an agent or employee of Prudential, nor is Prudential or any employee of Prudential an employee or agent of a Prudential Health Care Provider. Each Prudential Health Care Provider will maintain the provider-patient relationship with the Covered Persons under the Group Contract and is solely responsible to Covered Persons for supplies and services furnished to Covered Persons.

Neither the Contract Holder nor any Covered Person under the Group Contract is the agent or representative of Prudential. Neither the Contract Holder nor any Covered Person under the Group Contract will be liable for any acts or omissions: (a) of Prudential, its agent or employees; or (b) of any Hospital or other health care provider with which Prudential, its agents or employees make arrangements for furnishing supplies and services to Covered Persons.

---

## CLAIM RULES

These rules apply to payment of benefits under a Coverage when the Coverage states that they do.

**Proof of Loss:** Prudential must be given written proof of the loss for which claim is made under the Coverage. This proof must cover the occurrence, character and extent of that loss. It must be furnished within 90 days after the date of the loss, except that:

(1)  If any Coverage provides for periodic payment of benefits at monthly or shorter intervals, the proof of loss for each such period must be furnished within 90 days after its end.

(2)  If payment under a Coverage is to be made for charges incurred during a Calendar Year, the proof for that Calendar Year must be furnished within 90 days after its end.

A claim will not be considered valid unless the proof is furnished within these time limits. However, it may not be reasonably possible to do so. In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible. Prudential will pay benefits within 60 days after receiving satisfactory proof of loss.

**When Benefits are Paid:** Benefits are paid when Prudential receives written proof of the loss. But, if a Coverage provides that benefits are payable at equal intervals of a month or less, Prudential will not have to pay those benefits more often.

A benefit unpaid at your death will be paid to your estate. But this does not apply if the Coverage or the Limits on Assignments section on an earlier page states otherwise.

**Physical Exam:** Prudential, at its own expense, has the right to examine the person whose loss is the basis of claim. Prudential may do this when and as often as is reasonable while the claim is pending.

**Legal Action:** No action at law or in equity shall be brought to recover on the Group Contract until 60 days after the written proof described above is furnished. No such action shall be brought more than three years after the end of the time within which proof of loss is required.

**Complaint Procedure:** Prudential has set up a procedure for receiving and resolving complaints by a person whose loss is the basis of a claim.

## INCONTESTABILITY OF INSURANCE TO WHICH THE CLAIM RULES APPLY

This limits Prudential's use of your statements in contesting an amount of that insurance for which you are insured. These are statements made to persuade Prudential to effect an amount of that insurance. They will be considered to be made to the best of your knowledge and belief. These rules apply to each statement:

(1)  It will not be used in a contest to avoid or reduce that amount of insurance unless:

(a)  It is in a written application signed by you; and

(b)  A copy of that application is or has been furnished to you.

83500
BCL 3003

(3-1)

(2)  It will not be used in the contest after that amount of insurance has been in force, before the contest, for at least two years during your lifetime.

———————————————

# When Your Insurance Ends

## EMPLOYEE AND DEPENDENTS INSURANCE

Your Employee Insurance under a Coverage or your Dependents Insurance under a Coverage will end when the first of these occurs:

- Your membership in the Covered Classes for the insurance ends because your employment ends (see below) or for any other reason.

- The part of the Group Contract providing the insurance ends.

- You fail to pay, when due, any contribution required for an insurance of the Group Contract. But failure to contribute for Dependents Insurance will not cause your Employee Insurance to end.

- The insurance is Dependents Insurance and your Employee Insurance under that Coverage ends.

Your Dependents Insurance for a Qualified Dependent under a Coverage will end when that person ceases to be a Qualified Dependent for that Coverage. (See Continued Coverage for an Incapacitated Child below.)

**End of Employment:** For insurance purposes, your employment will end when you are no longer a full-time Employee actively at work for the Employer. But, under the terms of the Group Contract, the Contract Holder may consider you as still employed in the Covered Classes during certain types of absences from full-time work. This is subject to any time limits or other conditions stated in the Group Contract.

With regard to your health care expense insurance under the Group Contract, your employment in the Covered Classes will not be considered to end while you are absent from work due to leave for which insurance is required to be continued under the Federal Family and Medical Leave Act of 1993 or a state law requiring similar continuation, as reported to Prudential by the Employer.

If you stop active full-time work for any reason, you should contact the Employer at once to determine what arrangements, if any, have been made to continue any of your insurance.

**Ceasing to be a Covered Person for Benefits Under Part I of the Major Medical Expense Coverage:** If either of the following conditions apply to you or one of your Qualified Dependents, Prudential may give you written notice that the person to whom the condition applies (you or your Qualified Dependent) is no longer a Covered Person for the benefits under Part I of the Major Medical Expense Coverage:

(1) **Misuse of Identification Card:** The person (you or the Qualified Dependent) permits any other person who is not a member of the Family Unit to use any identification card issued by Prudential.

(2) **Furnishing Incorrect or Incomplete Information:** The person (you or the Qualified Dependent) furnishes incorrect or incomplete information in a statement made for the purpose of effecting insurance for the person under the Group Contract. This condition is subject to the provisions of the section Incontestability of Insurance to Which The Claim Rules Apply.

If Prudential gives you such written notice with respect to a person (yourself or one of your Qualified Dependents):

(a)  the person (you or the Qualified Dependent) will cease to be a Covered Person for the benefits under Part I of the Major Medical Expense Coverage on the date 31 days after Prudential gives you such written notice; and

(b)  no benefits under that Part I will be paid to you after that date with respect to the person (yourself or the Qualified Dependent).

Any action by Prudential under these provisions is subject to review in accordance with the Complaint Procedure established by Prudential.

GRP 54055

**Continued Coverage for an Incapacitated Child:**  This applies only to the Dependents Insurance you have for a child under a health care expense Coverage.  The insurance for the child will not end on the date the age limit in the definition of Qualified Dependent is reached if both of these are true:

(1)  The child is then mentally or physically incapable of earning a living.  Prudential must receive proof of this within the next 31 days.

(2)  The child otherwise meets the definition of Qualified Dependent.

If these conditions are met, the age limit will not cause the child to stop being a Qualified Dependent under that Coverage.  This will apply as long as the child remains so incapacitated.  During the first two years after the child reaches the age limit, Prudential may request proof that such incapacity continues as often as is reasonably required.  After that time, Prudential will not request such proof more than once each year.

**Continued Health Care Expense Insurance at Your or Your Dependents' Option (including rights under COBRA):**  These provisions apply to the health care expense Coverages of the Group Contract.  They describe who has the right to continue insurance under those Coverages and how it may be continued.  The provisions are concerned with continuation of your insurance beyond the date it would otherwise have ended above.

Right to Continue Insurance:  A right under this part is subject to the rest of these provisions:

You have the right to continue your Employee or Employee and Dependents Insurance under the health care expense Coverages of the Group Contract if your insurance under those Coverages would have ended:  (1) because your employment ended for a reason other than gross misconduct; or (2) because your work hours were reduced.

Each of your Qualified Dependents has the right to continue insurance under the health care expense Coverages of the Group Contract if your Dependents Insurance for the Qualified Dependent under those Coverages would have ended:

(1)  because your employment ended for a reason other than gross misconduct; or

(2)  because your work hours were reduced; or

(3)  at your death; or

(4)  because you became entitled to Medicare benefits; or

83500
BTE 1017 (as modified by GRP 54055)

(19990407)

(5)  in the case of your spouse, when your spouse ceased to be a Qualified Dependent as a result of divorce or legal separation; or

(6)  in the case of your Qualified Dependent child, when your child ceased to be a Qualified Dependent under the rules of the Group Contract.

Notice: This applies if your Dependents Insurance for a Qualified Dependent would have ended due to an event shown in (5) or (6) above. If a person wants to continue the insurance, written notice of the event must be given to the Contract Holder within 60 days after the event shown in (5) or (6) above.

Continuation: The Contract Holder will give a written election notice of the right to continue the insurance. Such notice will state the amount of the payments, if any, required for the continued insurance. If a person wants to continue the insurance, the election notice must be completed and returned to the Contract Holder within 60 days of the later of: (1) the date the insurance would otherwise have ended; or (2) the date of the notice informing the person of the right to continue. But, in no event, may election be made more than 120 days (150 days if the insurance is being continued due to an event shown in (5) or (6) above) after the date the insurance would otherwise have ended. The first payment for the continued insurance must be made by the 45th day after the date the election notice is completed. If this is done, the insurance will be continued until the first of these occurs:

(1)  The day 18 months from the earlier of the date: (a) your employment ends for a reason other than gross misconduct, except as described in (3) below, or (b) your work hours are reduced. But, insurance may continue for up to 11 additional months while a person is determined to be disabled under Title II or XVI of the United States Social Security Act if:

   (i)   the disability existed on or begins within 60 days of the date employment ended or work hours were reduced; and

   (ii)  the person gives the Contract Holder written notice of the disability within 60 days after the determination of disability is made and within the 18 months after the date employment ended or work hours were reduced.

   If you are entitled to the 11 month extension and have nondisabled Qualified Dependents who are also entitled to continuation, those nondisabled Qualified Dependents are also entitled to 11 months of continuation.

   The Contract Holder must be notified if there is a final determination under the United States Social Security Act that the person is no longer disabled. The notice must be provided within 30 days after the final determination. The insurance will end as of the first month that starts more than 30 days after the determination.

(2)  The day 36 months from the earliest of the date: (a) of your death; or (b) of your entitlement to Medicare benefits; or (c) of your divorce or legal separation from your spouse; or (d) your Qualified Dependent child ceases to be a Qualified Dependent under the rules of the Group Contract. The 36 months will be reduced by the number of months you had the insurance after employment ended or work hours were reduced.

(3)  With regard to your Qualified Dependents, the day 36 months from the date of your retirement. But the Qualified Dependent must have been a Covered Person for at least twelve months, or must be a child less than twelve months old, on the date continued insurance began. The 36 months will be reduced by the number of months the person had the insurance after employment ended or work hours were reduced.

83500
BTE 1017 (as modified by GRP 54055)                                                    (19990407)

(4)   If the person fails to make any payment required by the Contract Holder for the continued insurance, the end of the period for which the person has made required payments.

(5)   The day the person becomes covered (after the day the person made the election for continuation coverage) under any other health plan for persons in a group, on an insured or uninsured basis. This item (5) by itself will not prevent coverage from being continued until the end of any period for which preexisting conditions are excluded or benefits for them are limited under the other health plan.

(6)   The day the person becomes entitled to Medicare benefits.

(7)   The part of the Group Contract providing the insurance ends.

While Employee Insurance is continued under this part, all other terms of the Group Contract will apply.

While Dependents Insurance is continued under this part, all other terms of the Group Contract will apply, except that benefits under the health care expense Coverages will be paid to the person who elected the continuation right. If the person who elected the continuation right is not living, the following will apply:

(1)   If you elected the continuation right, benefits will be paid to:

   (a)   your spouse, if living; or

   (b)   your spouse's estate, if your spouse is not living but survived your Qualified Dependent children; or

   (c)   the person or institution appearing to Prudential to have assumed the main support of your Qualified Dependent children, if neither (a) nor (b) applies.

(2)   If your spouse elected the continuation right, benefits will be paid to:

   (a)   your spouse's estate, if your spouse survived your Qualified Dependent children; or

   (b)   the person or institution appearing to Prudential to have assumed the main support of your Qualified Dependent children, if (a) does not apply.

(3)   If your Qualified Dependent child elected the continuation right, benefits will be paid to your Qualified Dependent child's estate.

If an amount is so paid, Prudential will not have to pay that part of your insurance again.

**Continued Health Care Expense Insurance for Retirees in the Event of Bankruptcy:** These provisions apply to the health care expense Coverages of the Group Contract. They apply only if coverage for Retired Employees and their Dependents is provided under those Coverages. The provisions are concerned with continuation of your insurance beyond the date it would otherwise have ended because the Employer entered into a bankruptcy proceeding under Title XI, United States Code.

Right to Continue Insurance: A right under this part is subject to the rest of these provisions:

For the purpose of these provisions, reference to your insurance ending includes a substantial elimination of your insurance, provided that it occurs within one year before or after the bankruptcy proceeding begins; and reference to a Qualified Dependent includes a Surviving Spouse if your death

83500
BTE 1017 (as modified by GRP 54055)                                        (19990407)

occurs: (a) after your retirement from employment with the Employer; and (b) before the date the insurance under the Coverage would have ended because the Employer entered into a Title XI bankruptcy proceeding.

You have the right to continue your Employee or Employee and Dependents Insurance under the health care expense Coverages of the Group Contract if these two conditions are met:

(1)   The insurance under the Coverage would have ended because the Employer entered into a Title XI bankruptcy proceeding.

(2)   You retired from employment with the Employer on or before the date the insurance under the Coverage ended.

Each of your Qualified Dependents (including a Surviving Spouse) has the right to continue insurance under the health care expense Coverages of the Group Contract if your Dependents Insurance for the Qualified Dependent under those Coverages would have ended, provided: (a) the above conditions (1) and (2) are met; and (b) such Qualified Dependent was covered for the insurance on the day prior to the date it would have ended.

Continuation: The Contract Holder will give a written election notice of the right to continue the insurance. Such notice will state the amount of the payments, if any, required for the continued insurance. If a person wants to continue the insurance, the election notice must be completed and returned to the Contract Holder within 60 days of the later of: (1) the date the insurance would otherwise have ended; or (2) the date of the notice informing the person of the right to continue. But, in no event, may election be made more than 120 days after the date the insurance would otherwise have ended. The first payment for the continued insurance must be made by the 45th day after the date the election notice is completed. If this is done, the insurance will be continued until the first of these occurs:

(1)   Your death. However, the insurance for your spouse and Qualified Dependent children may be continued for up to 36 months from the date of your death if written notice is given to the Contract Holder within 60 days after your death. See "Notice" (below) for details.

(2)   In the case of a person who is a Surviving Spouse of a deceased retired Employee when the coverage would have ended, the date the Surviving Spouse dies.

(3)   If the person fails to make any payment required by the Contract Holder for the continued insurance, the end of the period for which the person has made required payments.

(4)   The day the person becomes covered (after the day the person made the election for continuation coverage) under any other health plan for persons in a group, on an insured or uninsured basis. This item (4) by itself will not prevent coverage from being continued until the end of any period for which pre-existing conditions are excluded or benefits for them are limited under the other health plan.

(5)   The part of the Group Contract providing the insurance ends.

Notice: This applies if you die while your Dependents Insurance for a Qualified Dependent is being continued by reason of these provisions. If your Qualified Dependents want to continue the insurance after your death, written notice of the death must be given to the Contract Holder within 60 days after the death.

While Employee Insurance is continued under this part, all other terms of the Group Contract will apply.

83500
BTE 1017 (as modified by GRP 54055)                                                          (19990407)

While Dependents Insurance is continued under this part, all other terms of the Group Contract will apply, except that benefits under the health care expense Coverages will be paid to the person who elected the continuation right. If the person who elected the continuation right is not living, the following will apply:

(1)  If you elected the continuation right, benefits will be paid to:

    (a)  your spouse, if living; or

    (b)  your spouse's estate, if your spouse is not living but survived your Qualified Dependent children; or

    (c)  the person or institution appearing to Prudential to have assumed the main support of your Qualified Dependent children, if neither (a) nor (b) applies.

(2)  If your spouse (including a Surviving Spouse) elected the continuation right, benefits will be paid to:

    (a)  your spouse's estate, if your spouse survived your Qualified Dependent children; or

    (b)  the person or institution appearing to Prudential to have assumed the main support of your Qualified Dependent children, if (a) does not apply.

(3)  If your Qualified Dependent child elected the continuation right, benefits will be paid to your Qualified Dependent child's estate.

If an amount is so paid, Prudential will not have to pay that part of your insurance again.

**Continued Health Care Expense Insurance or Conversion to an Individual Contract at Your or Your Dependent's Option (Including Rights after any Continuation Described Above).**

Continuation/Conversion After the Continuation Described Above:

(1)  If you or a Covered Dependent have been continuously covered under the Group Contract for at least three consecutive months prior to termination; and

(2)  Coverage terminated for any reason other than involuntary termination for cause, or failure to pay the required contribution,

you or your Dependent have the right to conversion or continuation under the Group Contract as outlined below.

Each person whose Coverage is terminating may separately select one of the following three options:

Option 1.    A Converted Contract providing the same coverage and benefits as provided under the Group Contract. If this option is selected, lifetime maximums shall be computed considering any amount applied toward the maximum under the Group Contract; or

Option 2.    A converted Contract with lesser coverage and benefits. If this option is selected, the benefits and premium will be provided in accordance with the minimum standards for converted contracts.

A converted Contract will be effective on the day after termination of Coverage under the Group Contract. Credit will be given for any satisfaction under the Group Contract of waiting periods or limitations for any Preexisting Condition.

83500
BTE 1017 (as modified by GRP 54055)                                                                    (19990407)

Option 3.        Continuation of Coverage under the Group Contract.  If this option is selected, continuation will be permitted for a maximum of six months.  Your contribution will be not more than 102% of the group premium paid by the Contract Holder.  The contribution will be payable in advance to the Employer or Group Contract Holder on a monthly basis, unless other arrangements have been described to you. Continuation may not terminate until the earliest of:

a.  six months after the date the election is made;

b.  the date the Covered Person fails to make timely payments;

c.  the date on which the Covered Person is or could be covered under Medicare;

d.  the date on which the Covered Person is covered for similar benefits under another group or individual policy;

e.  the date on which the Covered Person is eligible for similar benefits under another group plan;

f.  the date on which similar benefits are provided for or available to the Covered Person under any state or federal law.

If this continuation option is selected and the Group Contract ends before the end of the six month continuation period, the Covered Person may choose to convert Coverage in accordance with Options 1 or 2.

Continuation or conversion of group Coverage must be requested of the Contract Holder in writing along with the first required payment within 31 days following the later of:

A.  the date the group Coverage would otherwise terminate; or

B.  the date the Covered Person is given notice of the right of continuation or conversion by either the Employer or the Group Contract Holder.

Any continuation or conversion option will be provided to you or your Dependents upon the completion of any continuation of Coverage as described above.

A Covered Person also has a right to convert in accordance with Options 1 and 2 above upon the end of an Extension of Health Care Protection under the Group Contract.

There is no right of conversion or continuation under this section if:

(1)  the termination of Coverage occurred because of either failure to pay a required contribution or any discontinued group Coverage was replaced by similar group Coverage within 31 days of the discontinuance ; or

(2)  the Covered Person is or could be covered by Medicare; or

(3)  the Covered Person has similar benefits under another group plan whether insured or uninsured; or

(4)  the Covered Person is eligible for similar benefits under another group plan whether insured or uninsured; or

83500
BTE 1017 (as modified by GRP 54055)

79

(19990407)

(5)  similar benefits are provided for or available to the Covered Person under any state or federal law.

A person does not have the right to Continuation or a Converted Contract while covered under a Converted Contract or Continuation as a Dependent.

———————————————

# Extension of Health Care Protection

This page applies to a health care expense Coverage when that Coverage states that it does.

A person's protection under the Coverage may be extended after the date that person ceases to be a Covered Person under that Coverage. It will be extended if, on that date, the person is totally disabled from a Sickness or Injury and is under a Doctor's care. The extension is only for that and any related Sickness or Injury. It will be for the time the person remains so disabled from any such Sickness or Injury and under such care, but not beyond three months if the person ceases to be a Covered Person because part of the Group Contract providing the Coverage ends; otherwise, one month.

A Coverage will apply during an extension as if the person were still a Covered Person. There are two exceptions. Restorations will not be allowed under the Overall Maximum section of the Major Medical Expense Coverage. And a Coverage will apply only to the extent that other coverage for its Eligible Charges is not provided for the person through the Employer.

---

83500
EXT 1001

81

(1-20)

# Prudential HealthCare Point of Service[SM] (POS) Service Area Description

The following communities and counties in the state of Texas:

## AMARILLO POS SERVICE AREA:

All zip codes and communities in the following Texas counties: Armstrong, Carson, Crosby, Floyd, Garza, Gray, Hale, Hutchinson, Lamb, Lynn, Potter, Randall and Swisher counties.

The following zip codes and communities in Hockley County, Texas: Anton (79313), Levelland (79336), Pep (79353), Ropesville (79358), Smyer (79367), Sundown (79372), Whitharral (79380)

The following Zip Codes and communities in Lubbock County, Texas: Lubbock (79329, 79401, 79403-79407, 79410 - 79416, 79423, 79424, 79489, 79490, 79493, 79499), Ransom Canyon (79366), Shallowater (79363), Slaton (79364), Wolfforth (79382)

The following Zip Codes and communities in Moore County, Texas: Dumas (79029), Sunray (79086)

The following Zip Codes and communities in Terry County, Texas: Brownfield (79316), Meadow (79345), Tokio (79376)

## AUSTIN POS SERVICE AREA

All zip codes and communities in the following Texas counties: Bastrop, Bell, Burnet, Caldwell, Coryell, Falls, Fayette, Hays, Lee, Limestone, Llano, Mc Lennon, Milam, Travis and Williamson, and portions of the following counties and communities:

The following zip code and community in Blanco County, Texas: Blanco (78606)

The following zip codes and communities in Colorado County, Texas: Altair (77412), Columbus (78934), Glidden (78943), Weimer (78962)

The following zip codes and communities in Lavaca County, Texas: Hallettsville (77964), Moulton (77975)

The following zip codes and community in Washington County, Texas: Brenham (77833, 77834)

## BEAUMONT POS SERVICE AREA

The following zip codes and communities in Hardin County, Texas: Batson (77519), Kountze (77625), Lumberton (77657), Saratoga (77585), Silsbee (77656), Sour Lake (77659)

The following zip codes and communities in Jefferson County, Texas: Beaumont (77701-77711, 77713, 77720, 77726), China (77613), Groves (77619), Hamshire (77622), Lakeview (77640), Nederland (77627), Nome (77629), Port Arthur (77641 - 77643), Port Neches (77651), Sabine Pass (77655), Winnie (77665)

The following zip codes and communities in Orange County, Texas: Bridge City (77611), Lakeview (77662), Orange (77630, 77631, 77632), Vidor (77670)

## CORPUS CHRISTI POS SERVICE AREA

All zip codes and Communities in the following Texas counties: Bee, Duval, Jim Wells, Kleberg, Live Oak, Nueces and San Patricio.

The following zip code and community in Aransas County, Texas: Rockport (78381, 78382)

The following zip codes and communities in Refugio County, Texas: Bayside (78340), Refugio (78377), Tivoli (77990), Woodsboro (78393)

## DALLAS POS SERVICE AREA

All zip codes and Communities in the following Texas counties: Archer, Clay, Cooke, Collin, Dallas, Denton, Ellis, Grayson, Hood, Johnson, Kaufman, Montague, Palo Pinto, Parker, Rockwall, Somervell, Tarrant, Wichita, and Wise

## EL PASO POS SERVICE AREA

All zip codes and communities within El Paso County, Texas.

## HOUSTON POS SERVICE AREA

The following zip codes and Communities in Austin County, Texas: Bellville (77418), Sealy (77474), Wallis (77485)

The following zip code and community in Colorado County, Texas: Eagle Lake (78434)

The following zip codes and communities in Brazoria County, Texas: Alvin (77511), Angleton (77515), Clute (77531), Damon (77430), Danbury (77534), Freeport (77541), Lake Jackson (77566), Liverpool (77577), Manvel (77578), Pearland (77581, 77584), Rosharon (77583), West Columbia (77486)

The following zip codes and communities in Chambers County, Texas: Anahuac (77514), Baytown (77520), Hankamer (77560), Mont Belvieu (77580), Wallisville (77597).

The following zip codes and communities in Fort Bend County, Texas: Beasley (77417), Fresno (77545), Fulshear (77441), Guy (77444), Katy (77450, 77494), Kendleton (77451), Missouri City (77459, 77489), Needville (77461), Orchard (77464), Richmond (77406, 77469), Rosenberg (77471), Stafford (77477), Sugar Land (77478, 77479), Thompsons (77481)

The following zip codes and communities in Galveston County, Texas: Bacliff (77518), Dickinson (77539), Friendswood (77546), Galveston (77550, 77551, 77554), Hitchcock (77563), Kemah (77565), La Marque (77568), League City (77573, 77574), Port Bolivar (77650), Santa Fe (77510, 77517), Texas City (77590 - 77592)

The following zip codes and communities in Grimes County, Texas: Navasota (77868), Plantersville (77363), Richards (77873).

The following zip codes and communities in Harris County, Texas: Alief (77411), Barker (77413), Baytown (77520, 77521, 77522), Bellaire (77401), Channelview (77530), Crosby (77532), Cypress

83500
POS SA 3002                                                                                    (1-1)

(77429, 77433), Deer Park (77536), Galena Park(77547), Highlands (77562), Hockley (77447), Huffman (77336), Humble (77338, 77339, 77345, 77346, 77396), Katy (77449, 77491 - 77493), La Porte (77571, 77572), Pasadena (77501 - 77507), Seabrook (77586), South Houston (77587), Spring (77373, 77379, 77383, 77388, 77389), Tomball (77375, 77337), Webster (77598), and all Zip Codes in the city of Houston

The following zip code and community in Matagorda County, Texas: Pledger (77468)

The following zip codes and communities in Montgomery County, Texas: Conroe (77301 - 77304, 77306, 77384, 77385), Magnolia (77355), Montgomery (77356), New Caney (77357), Pinehurst (77362), Porter (77365), Splendora (77372), Spring (77380 - 77382, 77386, 77387), Willis (77378)

The following zip codes and communities in San Jacinto County, Texas: Coldspring (77331), Oakhurst (77359), Shepherd (77371

The following zip codes and communities in Waller County, Texas: Brookshire (77423), Hempstead (77445), Pattison (77466), Waller (77484)

The following zip code and community in Walker County, Texas: New Waverly (77358)

The following zip code and community in Washington County, Texas: Chappell Hill (77426)

The following zip codes and communities in Wharton County, Texas: Boling (77420), East Bernard (77435), Wharton (77488)


## Northeast Texas POS Service Area

All zip codes and Communities in the following Texas counties: Anderson, Angelina, Bowie, Camp, Cass, Cherokee, Delta, Fannin, Franklin, Freestone, Gregg, Harrison, Henderson, Hopkins, Hunt, Lamar, Marion, Morris, Nacogdoches, Navarro, Panola, Rains, Red River, Rusk, Shelby, Smith, Titus, Upshur, Van Zandt, Wood


## Rio Grande Valley POS Service Area

The zip codes and communities within the following Texas counties: Hidalgo, Willacy

The following zip codes and Communities in Cameron County, Texas: Los Fresnos (78566), Los Indios(78567), Lozano (78568), La Feria (78559), Olmito (78575), Harlingen (78550 - 78553), Port Isabel (78578, 78597), Santa Rosa (78593), Rio Hondo (78583), San Benito (78586), Combes (78535), Brownsville (78520, 78521

The following zip codes and Communities in Starr County, Texas: San Isidro (78588), Rio Grande (78582)


## San Antonio POS Service Area

All of the zip codes and communities in the following Texas counties: Bexar, Comal, Wilson

The following zip codes and communities in Atascosa County, Texas: Charlotte (78011), Jourdanton (78026), Leming (78050), Lytle (78052), McCoy (78053), Pleasanton (78064), Poteet (78065), Somerset (78069)

83500
POS SA 3002

(1-1)

The following zip codes and communities in Bandera County, Texas: Bandera (78003), Pipe Creek (78063)

The following zip codes and communities in Frio County, Texas: Bigfoot (78005), Moore (78057), Pearsall (78061)

The following zip codes and communities in Guadalupe County, Texas: Cibolo (78108), Geronimo (78115), Kingsbury (78638), Marion (78124), McQueeney (78123), New Braunfels (78130), Schertz (78154), Sequin (78155, 78156)

The following zip code and community in Karnes County, Texas: Falls City (78113)

The following zip codes and communities in Kendall County, Texas: Bergheim (78004), Boerne (78006, 78015), Kendalia (78027), Waring (78074)

The following zip codes and communities in Medina County, Texas: Castroville (78009, 78056), Devine (78016), Hondo (78861), La Coste (78039), Natalia (78059), Rio Medina (78066), Yancey (78886)

---

83500
POS SA 3002

(1-1)

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

Employee: The Employee whose signature appears on the Foreword in the front of the Booklet.

# Certificate of Coverage

**Prudential** certifies that insurance is provided according to the Group Contract(s) for each Insured Employee. Your Booklet's Schedule of Benefits shows the Contract Holder and the Group Contract Number(s).

Insured Employee: You are eligible to become insured under the Group Contract if you are in the Covered Classes of the Booklet's Schedule of Benefits and meet the requirements in the Booklet's Who is Eligible section. The When You Become Insured section of the Booklet states how and when you may become insured for each Coverage. Your insurance will end when the rules in the When Your Insurance Ends section so provide. Your Booklet and this Certificate of Coverage together form your Group Insurance Certificate.

Coverages and Amounts: The available Coverages and the amounts of insurance are described in the Booklet.

If you are insured, your Booklet and this Certificate of Coverage form your Group Insurance Certificate. Together they replace any older booklets and certificates issued to you for the Coverages in the Booklet's Schedule of Benefits. All Benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate.

**The Prudential Insurance Company of America**

83500
BCT 1005

(1-18)

Prudential HealthCare is a brand name for all of the health and dental employee benefit products marketed by The Prudential Insurance Company of America and its subsidiaries.

Prudential HealthCare Point of Service℠, Prudential HealthCare POS℠ are service marks of The Prudential Insurance Company of America.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **LETICIA SHELDON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-150** |
| | § | |
| **PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S STIPULATION OF DAMAGES AND ATTORNEYS' FEES**

Leticia Sheldon, Plaintiff in the above-entitled and numbered cause, makes the following stipulation with respect to the pleaded allegations in the above-captioned lawsuit:

> I, Leticia Sheldon, hereby stipulate that I am not seeking, and will not seek, more than $75,000.00 in damages and attorneys' fees in this lawsuit or any other lawsuit based upon the allegations contained in my pleadings filed in this suit. Accordingly, upon trial of this cause, should I have judgment, I stipulate that I shall not seek, request or accept relief in the form of damages or attorneys' fees, or any other relief, whether in the nature of tort, contract, statutory or injunctive relief, in a total amount or value exceeding $75,000.00, in this or any other Court, regardless of what subsequent discovery may reveal. I further stipulate that the United States District Court for the Southern District of Texas, Brownsville Division, maintains continuing jurisdiction over this case for the purpose of enforcement of this Stipulation. I also stipulate that I waive any and all challenges under 28 U.S.C. § 1446(b) to the timeliness of any future removal of this case on diversity of citizenship grounds, and all other procedural challenges to a future removal of this case, if I ever seek or am awarded more than $75,000.00 in damages and attorneys' fees in this suit.

Plaintiff's acknowledgment, and her attorney's approval, of this stipulation are indicated by their signatures below.

Respectfully submitted,


BY:_____

     GUILLERMO VEGA, JR.
     State Bar No. 20533700
     Attorney-in-Charge for Plaintiff
     302 Kings Highway, Suite 105
     Brownsville, Texas 78521
     (956) 546-5573
     (956) 542-1977 (Fax)


APPROVED AND AGREED:



_____

Leticia Sheldon, Plaintiff



STATE OF TEXAS      §
                  §
COUNTY OF _____ §


     BEFORE ME, on this day personally appeared, Leticia Sheldon, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

     Given under my hand and seal of office this _____ day of _____, 2003.



     _____
     Notary Public in and for
     The State of Texas

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was this ____ day of _____, 2003, served via certified mail, return receipt requested, on:

Mr. John B. Shely
Andrews & Kurth
600 Travis, Suite 4200
Houston, Texas 77002

_____
GUILLERMO VEGA, JR.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **LETICIA SHELDON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-150** |
| | § | |
| **PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND

The Court has considered Plaintiff's Motion to Remand to State Court and Plaintiff's First Amended Motion to Remand to State Court ("Motion"), and Defendant's Response in Opposition to Plaintiff's Motion to Remand, the evidence on file, and all of the parties' respective arguments and briefing, and the Court is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand is hereby DENIED in all respects.

_____
UNITED STATES DISTRICT JUDGE