

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **LETICIA SHELDON** <br> **Plaintiff** | § § § § | |
| VS. | § § | CIVIL ACTION NO. <u>B-03-150</u> |
| **PRUDENTIAL INSURANCE COMPANY OF AMERICA AND BROWNSVILLE INDEPENDENT SCHOOL DISTRICT** <br> **Defendant** | § § § § § § | |

### PLAINTIFF'S STIPULATION OF DAMAGES

Leticia Sheldon, Plaintiff in the above-entitled and numbered cause, makes the following stipulation with respect to the pleaded allegations in the above-captioned lawsuit:

I, Leticia Sheldon, hereby stipulate that:

(1) I did not intend to seek recovery of more than $75,000.00 when I filed my complaint;

(2) I will never claim or accept more than $75,000.00, exclusive of interest and costs.

(3) I agree to a court order capping my damages at $75,000.00 exclusive of interest and costs.

Plaintiff acknowledgment of this stipulation is indicated by her signature below.

Affiant sayeth not.

*Leticia S. Sheldon*
Leticia Sheldon

| | |
|---|---|
| **STATE OF TEXAS** | § § |
| **COUNTY OF CAMERON** | § |

BEFORE ME, on this day personally appeared, Leticia Sheldon, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office this 17th day of October, 2003.



Ileana M. Hernandez
Notary Public in and for The State of Texas

My Commission Expires: 05-12-2007