United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LETICIA SHELDON | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. B-03-150** |
| | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA | § | |
| | § | |
| **Defendant.** | § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE**

**NOW COME,** all parties and file this their Joint Report of Meeting and Joint Discovery/Case Management Plan under Rule 26(f) and would show the Court as follows:

1.    **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

The meeting was held via telephone on December 1, 2003. The attorneys present were Marjory Colvin Batsell, counsel for Defendant, and Guillermo Vega, Jr., counsel for Plaintiff.

2.    **List the cases related to this one that are pending in any state or federal court, with the case number and court.**

None.

3.    **Specify the allegation of federal jurisdiction.**

Defendant removed this case based on federal question grounds. More specifically, Defendant contends that this Court has diversity jurisdiction under 28 U.S.C. § 1332. The case was properly removed to this Court under 28 U.S.C. § 1441(a) & (b)

4.    **Name the parties who disagree and the reasons.**

Plaintiff filed a motion to remand to state court pursuant to 28 USC 1446(a0 and 28 USC 1447(c). Since the amount in controversy does not exceed $25,000, Plaintiff contends the case was improperly removed to federal court and should be remanded to state court pursuant to 28 USC 1447(c) and 28 USC 1447(d).

5.    **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

None.

6.    **List anticipated interventions.**

None.

7.    **Describe class action issues.**

None.

8.    **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

The parties will provide each other with initial disclosures no later than Monday, December 29, 2003.

9.    **Describe the proposed agreed discovery plan, including:**

a.    **Responses to all matters raised in Rule 26(f).**

No changes should be made to the timing, form, or requirement for disclosures under Rule 26(a). Disclosures will be made by Monday, December 29, 2003. The parties incorporate their response to the other matters set forth in Rule 26(f) below.

b.    **When and to whom Plaintiff anticipates it may send Interrogatories.**

Plaintiff will send her interrogatories to Defendant on or before February 2, 2004.

c.    **When and to whom Defendants anticipate they may send Interrogatories.**

Defendant will serve interrogatories to Plaintiff on or before February 2, 2004.

d.    **Of whom and by when the Plaintiff anticipates taking oral depositions.**

Plaintiff anticipates taking the depositions of the Defendant. Plaintiff will take these depositions by August 27, 2004.

    e.        **Of whom and by when the Defendants anticipate taking oral depositions.**

            To the extent deposition testimony is necessary and appropriate, Defendant may depose the Plaintiff by August 27, 2004.

    f.        **List expert depositions the Plaintiff anticipates taking and their anticipated completion date.** *See* **Rule 26(a)(2)(B) (expert report).**

            Plaintiff anticipates taking the deposition of her own medical expert and any expert witness designated by the Defendant by August 27, 2004.

    g.        **List expert depositions the Defendants anticipate taking and their anticipated completion date.** *See* **Rule 26(a)(2)(B) (expert report).**

            To the extent deposition testimony is necessary and appropriate, Defendant may depose any experts designated by Plaintiff by August 27, 2004.

10.    **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The parties agree on the discovery plan.

11.    **Specify the discovery beyond initial disclosures that has been undertaken to date.**

None.

12.    **State the date the planned discovery can reasonably be completed.**

August 27, 2004.

13.    **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

The parties are considering settlement discussions and will discuss it further.

14.    **Describe what each party has done or agreed to do to bring about a prompt resolution.**

The parties discussed possible structures for settlement discussions at the Rule 26 case management conference.

15.    **From the attorney's discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

The parties believe that mediation may be appropriate after they have had an opportunity to engage in informal settlement negotiations.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

The parties do not agree to trial before a magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

No jury demand has been made as yet; however, Plaintiff will demand a jury.

18. **Specify the number of hours it will take to present the evidence in this case.**

20 hours.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

Plaintiff's Motion to Remand To State Court and Plaintiff's First Amended Motion To Remand To State Court, and Defendant's responses thereto.

20. **List other motions pending.**

Plaintiff's Motion to Remand To State Court and Plaintiff's First Amended Motion To Remand To State Court, and Defendant's responses thereto.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.**

None.

22. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

Guillermo Vega, Jr.
State Bar No. 20533700
302 Kings Highway, Suite 105
Brownsville, Texas 78521
(956) 546-5573 (Telephone)
(956) 542-1977 (Facsimile)

-5-

John B. Shely
State Bar No. 18215300
S.D.O.T. No. 7544
Dimitri Zgourides
State Bar No. 00785309
S.D.O.T. No. 16513
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200  (Telephone)
(713) 220-4285  (Facsimile)

Norton A. Colvin, Jr.
State Bar No. 04632100
S.D.O.T. No. 3983
Marjory Nell Colvin Batsell
State Bar No. 04631400
S.D.O.T No. 1941
1201 East Van Buren Street
Brownsville, Texas  78520
Telephone:  (956) 542-7441
Facsimile:  (956) 541-2170

Respectfully submitted,

By: _Guillermo Vega Jr._ *by permission MC/Batsell SBOT 04631400*
GUILLERMO VEGA, JR.
Attorney-in-Charge
State Bar No. 20533700
302 Kings Highway, Suite 105
Brownsville, Texas 78521
Telephone:  (956) 546-5573
Facsimile:  (956) 542-1977

ATTORNEY FOR PLAINTIFF
LETICIA SHELDON

OF COUNSEL:

ANDREWS KURTH LLP
and
RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _John B. Shely_ *by permission MC/Batsell SBOT 04631400*
JOHN B. SHELY
Attorney-in-Charge
State Bar No. 18215300
S.D.O.T. No. 7544
DIMITRI ZGOURIDES
State Bar No. 00785309
S.D.O.T. No. 16513
600 Travis Street, Suite 4200
Houston, Texas  77002
Telephone:  (713) 220-4105
Facsimile:  (713) 220-4285

NORTON A. COLVIN, JR.
State Bar No. 04632100
S.D.O.T. No. 1941
MARJORY COLVIN BATSELL
State Bar No. 04631400
S.D.O.T No. 3983
1201 East Van Buren Street
Brownsville, Texas  78520
Telephone:  (956) 542-7441
Facsimile:  (956) 541-2170

ATTORNEYS FOR DEFENDANT
AETNA LIFE INSURANCE COMPANY
AS ADMINISTRATOR FOR THE
PRUDENTIAL LIFE INSURANCE
COMPANY OF AMERICA

-6-

Respectfully submitted,

By: _____
GUILLERMO VEGA, JR.
Attorney-in-Charge
State Bar No. 20533700
302 Kings Highway, Suite 105
Brownsville, Texas 78521
Telephone: (956) 546-5573
Facsimile: (956) 542-1977

ATTORNEY FOR PLAINTIFF
LETICIA SHELDON

OF COUNSEL:

ANDREWS KURTH LLP
and
RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
JOHN B. SHELY
Attorney-in-Charge
State Bar No. 18215300
S.D.O.T. No. 7544
DIMITRI ZGOURIDES
State Bar No. 00785309
S.D.O.T. No. 16513
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4105
Facsimile: (713) 220-4285

NORTON A. COLVIN, JR.
State Bar No. 04632100
S.D.O.T. No. 1941
MARJORY COLVIN BATSELL
State Bar No. 04631400
S.D.O.T No. 3983
1201 East Van Buren Street
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

ATTORNEYS FOR DEFENDANT
AETNA LIFE INSURANCE COMPANY
AS ADMINISTRATOR FOR THE
PRUDENTIAL LIFE INSURANCE
COMPANY OF AMERICA

-6-