United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LETICIA SHELDON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-150 |
| | § | |
| PRUDENTIAL INSURANCE | § | |
| COMPANY OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S STIPULATION OF DAMAGES AND ATTORNEYS' FEES

Leticia Sheldon, Plaintiff in the above-entitled and numbered cause, makes the following stipulation with respect to the pleaded allegations in the above-captioned lawsuit:

> I, Leticia Sheldon, hereby stipulate that I am not seeking, and will not seek, more than $75,000.00 in damages and attorneys' fees in this lawsuit or any other lawsuit based upon the allegations contained in my pleadings filed in this suit. Accordingly, upon trial of this cause, should I have judgment, I stipulate that I shall not seek, request or accept relief in the form of damages or attorneys' fees, or any other relief, whether in the nature of tort, contract, statutory or injunctive relief, in a total amount or value exceeding $75,000.00, in this or any other Court, regardless of what subsequent discovery may reveal. I further stipulate that the United States District Court for the Southern District of Texas, Brownsville Division, maintains continuing jurisdiction over this case for the purpose of enforcement of this Stipulation. I also stipulate that I waive any and all challenges under 28 U.S.C. § 1446(b) to the timeliness of any future removal of this case on diversity of citizenship grounds, and all other procedural challenges to a future removal of this case, if I ever seek or am awarded more than $75,000.00 in damages and attorneys' fees in this suit.

Plaintiff's acknowledgment, and her attorney's approval, of this stipulation are indicated by their signatures below.

Respectfully submitted,

BY: _____
GUILLERMO VEGA, JR.
State Bar No. 20533700
Attorney-in-Charge for Plaintiff
302 Kings Highway, Suite 105
Brownsville, Texas 78521
(956) 546-5573
(956) 542-1977 (Fax)

APPROVED AND AGREED:

_____
Leticia Sheldon, Plaintiff

STATE OF TEXAS         §
                       §
COUNTY OF Cameron      §

    BEFORE ME, on this day personally appeared, Leticia Sheldon, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration therein expressed.

    Given under my hand and seal of office this 15th day of December, 2003.

_____
Notary Public in and for
The State of Texas

-2-