# Civil Courtroom Minutes



| JUDGE | Hilda G. Tagle |
|---|---|
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas     ■ Levesque |

DATE: 12 — 15 — 03

TIME: 1:48 p.m. — 2:04 p.m.

CIVIL ACTION: B — 03 — 150

United States District Court
Southern District of Texas
FILED

**DEC 1 5 2003**

Michael N. Milby, Clerk of Court

STYLE:

LETICIA SHELDON

*versus*

AETNA LIFE INS. CO., ET AL.

## DOCKET ENTRY

(HGT)  ■Initial Pre-Trial Hearing;                    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):     Guillermo Vega, Jr.
Attorney(s) for Defendant(s):   John Bruce Shely & Norton Colvin

Comments:

**Pl (Vega)'s Motion to Remand:**
- Pl's concede Prudential is a foreign entity - concedes there is complete diversity
- BUT: the amount in controversy is not satisfied - even with attorneys' fees and treble damages, still will not be over 75,000.
- BISD is not a party - the amended complaint filed in state court days after removal has no effect in this court and although Pls were going to join BISD, they have not determined they will not.

**Defs' Response: (Shely):**
- Pls did not sign Defs' proposed stipulation of amount in controversy. Problem with stipulation filed by Pl is that it does not include attorneys' fees. Cites Mayee case for example of federal court that refused remand when amount in controversy was close call and Pl had not filed a stipulation.

**Pls' Reply:**
- Said his client will sign a stipulation that deals with Plaintiffs' concerns - i.e. stipulate to an amount that includes attorneys' fees.