| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

LETICIA SHELDON §

vs. § Civil Action No. B-03-150

PRUDENTIAL INSURANCE COMPANY §
OF AMERICA

United States District Court
Southern District of Texas
ENTERED
JAN 0 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3-4__ days.   ■ Bench   ☐ Jury

2. New parties must be joined by:   N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   8/27/2004

4. The defendant's experts must be named with a report furnished by:   8/27/2004

5. Discovery must be completed by:   9/3/2004
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:   9/17/2004

7. Joint pretrial order is due:   11/17/2004

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   12/2/2004

9. Jury Selection is set for 9:00 a.m. on:   N/A
   *(The case will remain on standby until tried)*

Signed __December 29__, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge